UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DATA SUPPORT ASSOCIATES, INC.**    :    <br>    **Plaintiff** | |
| v.    : | CIVIL NO.: 3:02cv1418(DJS) |
| **MGE UPS SYSTEMS, INC.**    :    <br>    **Defendant** | |
| **MGE UPS SYSTEMS, INC.**    :    <br>    **Third Party Plaintiff** | |
| v.    : | |
| **ENERSYS, INC.**    :    <br>    **Third Party Defendant** | |

### ORDER

The Assented To Motion to Extend and Modify Scheduling Order (Doc. #61) is hereby **GRANTED in part**. All discovery, including expert depositions, shall be completed by **February 16, 2004**. Dispositive motions shall be filed by **February 16, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **March 15, 2004**. This case shall be trial ready **April, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   13th   day of November, 2003.

                                                    /s/DJS  
                                                    Dominic J. Squatrito  
                                                    United States District Judge