UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            )
DATA SUPPORT ASSOCIATES, INC.               )
                                            )
                                            )
         Plaintiff,                         )
                                            ) CIVIL ACTION NO.
                                            ) 3: 02 CV1418 (DJS)
v.                                          )
                                            )
                                            )
MGE UPS SYSTEMS, INC.                       )
                                            )
         Defendant.                         )
_____) JANUARY 13, 2004

**MOTION FOR LEAVE TO AMEND COMPLAINT**

The Plaintiff hereby moves, pursuant to Fed. R. Civ. P. 15(a), to amend its complaint in this matter in accordance with the attached unsigned proposed Second Amended Complaint. Plaintiff requires this amendment in order clarify certain allegations in the Second Cause of Action in the existing complaint, to conform the pleadings to the evidence, and to otherwise set forth its precise allegations in the Second Cause of Action. Defendant will suffer no prejudice by this proposed amendment since Defendant is already on notice of the issues raised thereby. No allegations in the First Cause of Action are affected hereby.

1

Wherefore, the Plaintiff hereby moves for leave to file the attached proposed unsigned Second Amended Complaint.

**THE PLAINTIFF, DATA SUPPORT ASSOCIATES, INC.**

By  /s/ Gary S. Klein
  Gary S. Klein (ct 09827)
  Sandak Hennessey & Greco, LLP
  970 Summer Street
  Stamford, CT  06905
  (203) 425-4200
  (203) 325-8608 (fax)
  gklein@shglaw.com
  Its Attorneys

**CERTIFICATION**

I certify that a copy of the foregoing was sent via federal express on this January 13, 2004 to:

Michael P. Shea, Esq.
Day Berry & Howard
CityPlace I
Hartford, CT 06103

Bradford S. Babbitt, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Daniel B. Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679

    __/s/ Gary S. Klein_____
           Gary S. Klein