UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DATA SUPPORT ASSOCIATES, INC.** : <br>     **Plaintiff** | |
| v.  : | CIVIL NO.: 3:02cv1418(DJS) |
| **MGE UPS SYSTEMS, INC.** : <br>     **Defendant** | |
| **MGE UPS SYSTEMS, INC.** : <br>     **Third Party Plaintiff** | |
| v. | |
| **ENERSYS, INC.** : <br>     **Third Party Defendant** | |

**ORDER**

The Motion For Leave to Amend the Complaint (Doc. #64) is hereby **GRANTED**.

The Plaintiff shall file its Amended Complaint by **February 16, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __23rd__ day of January, 2004.


                                /s/DJS
                                Dominic J. Squatrito
                                United States District Judge