# MGE
**UPS SYSTEMS**

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| | |
|---|---|
| SOLD TO | DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD          CT 06804 |
| SHIP TO | GLOBIX CORPORATION<br>2812 SPRING ROAD<br>!!WILL CALL!!WILL CALL!!<br>WILL CALL!!WILL CALL!!<br>ATLANTA          GA 30339 |

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 208121 | 6/08/02 | 1 |

| CUST. ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| 0000199 | E 280496 | YES |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 | 207 005-284 |

| SHIP DATE | |
|---|---|
| 6/07/02 | |

| SHIP VIA | |
|---|---|
| WILL CALL | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS | WILL CALL |

BILL OF LADING NO.

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

** REPRINT **
INVOICE

Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | (SE 0) ATLANTA, GA<br>NET 30, FOB FACTORY,<br>!!!!!!!!!!!!!WILL CALL***<br>!!!!!!!!!!!!WILL<br>CALL!!!!!!!!!!!!<br>TO PICK UP 06/07 | | | | | | |
| | | | | | | .000 | .00 |
| | SOLUTION PAC (CDROM+CABLE) | EA | 10.000 | .000 | 513.000 | 5130.00 |
| | UPS 2200 VA | EA | 10.000 | .000 | .000 | .00 |
| | | | | | | | |
| 66931 | GEORGIA      5.000 SALES TAX | | | | | | 256.50 |
| 89347 | | | | | | | 256.50 |

| | ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 5130.00 | | .00 | 256.50 | | 5386.50 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# M G E
**UPS SYSTEMS**

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

\*Please note new remit to address\*

**\*\* REPRINT \*\***
**INVOICE**

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 208769 | 6/25/02 | 1 |

| CUST ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| JOHN RAIO | C 281043 | NO |

| MGE CUSTOMER NO. |
|---|
| 100106 211 005-284 |

| REPRESENTATIVE NO. |
|---|

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT 06804

**SHIP TO**
GOLDMANS SACHS
300 CADMAN PLAZA
BROOKLYN        NY 11201

| SHIP DATE | SHIP VIA | TERMS F.O.B. | FREIGHT | BILL OF LADING NO. |
|---|---|---|---|---|
| 6/24/02 | DOCK/DOCK | NET 30 DAYS | | |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | CSS District: 795 | | | | | |
| | PO#: JOHN RAIO | | | | | |
| | Contact Name: Greg Wheeler | | | | | |
| | Contact Phone No: 718 694 7328 | | | | | |
| LABOR NY | LABOR NEW YORK | EA | 26.000 | .000 | 220.000 | 5720.00 |
| | LABOR NON CONTRACT | | | | | |
| TRAVEL NY | TRAVEL NEW YORK | EA | 292.000 | .000 | .370 | 108.04 |
| | TRAVEL NEW YORK | | | | | |
| | TRAVEL | | | | | |
| | NON TAXABLE | | | | | |

| NET SALES AMOUNT | TRADE DISCOUNT | MISC CHARGES | TAXES | TEXAS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 5828.04 | | .00 | .00 | | 5828.04 |

ACCOUNTING

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# M G E
## UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

** REPRINT **
** INVOICE **

| INVOICE NO. | 209108 | | DATE | 6/28/02 | PAGE | 1 |
|---|---|---|---|---|---|---|
| CUST ORDER NO. | | | TAXABLE | | | |
| C 281318 | | | NO | | | |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106  212  005-284 | |

| SHIP DATE | 6/24/02 |
|---|---|
| SHIP VIA | |
| DOCK/DOCK | BILL OF LADING NO. |
| TERMS F.O.B. | FREIGHT |
| NET 30 DAYS | |

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD          CT 06804

**SHIP TO**
USB PAINE WEBBER
805 SOUTHWEST BROADWAY
SUITE 2600
PORTLAND          OR 97205

| MGE ORDER NO. |
|---|
| S2080 |

**CONTACT: DENISE LUCUK**

**REP. 1: DATA SUPPORT ASSOCIATES**

**Federal ID# 95-2916508**

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 789 Contract: CL11939 | | | | | | |
| | PO#: S2080 | | | | | | |
| | Contact Name: TAD SHAW | | | | | | |
| | Contact Phone No: 503-226-1804 | | | | | | |
| | Contact Dates: 04/24/2002 - 04/23/2003 | | | | | | |
| BAT CNTRCT LA | BATTERY CONTRACT LOS ANGELES | EA | 1.000 | .000 | .000 | .000 | .00 |
| | BPMS For 72-160030-00 Serial Numbers | | | | | | |
| | 241001-01 | | | | | | |
| PRCT LA | MAINT CONTRACT LOS ANGELES | EA | 1.000 | .000 | .000 | .000 | .00 |
| | PM For 72-160030-00 Serial Numbers | | | | | | |
| | 241001-01 | | | | | | |
| CNTRCT LA | MAINT CONTRACT LOS ANGELES | EA | 1.000 | .000 | .000 | 2621.600 | 2621.60 |
| | PREMIER For 72-160030-00 Serial Numbers | | | | | | |
| | 241001-01 | | | | | | |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 2621.60 | | .00 | .00 | | 2621.60 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# M G E
## UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

DATA SUPPORT ASSOCIATES
50 POCONO RD/PO Box 220
**Cash in advance only***
**Call Credit Dept.*****
BROOKFIELD        CT 06804

**SOLD TO**

**SHIP TO**
OTA
1 MANHATTANVILLE ROAD
CENTRE BUILDING 1
BROOKFIELD        NY 10577

| | INVOICE NO. | 209229 | DATE | 6/28/02 | PAGE | 1 |
|---|---|---|---|---|---|---|
| | CUST ORDER NO. | | | | TAXABLE | |
| | S2102 | | | | NO | |
| | MGE CUSTOMER NO. | 100106 | | MGE ORDER NO. | C 281739 | |
| | | 27 | 005-283 | | | |

| SHIP DATE | SHIP VIA | TEXAS F.O.B. | REPRESENTATIVE NO. | |
|---|---|---|---|---|
| 6/28/02 | DOCK/DOCK | | | |

NET 30 DAYS        FREIGHT    ALLOWED

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

** REPRINT **
INVOICE
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | CSS District: 795 | | | | | |
| | PO#: S2102 | | | | | |
| | Contact Name: Matthew Huff | | | | | |
| | Contact Phone No: 914-694-5800 x40 | | | | | |
| FREIGHT NY | FREIGHT NEW YORK | EA | 1.000 | .000 | 328.740 | 328.74 |
| | FREIGHT/EXPEDITE | | | | | |
| -164204-02 | SPARE KIT C 100-150KVA COMET | EA | 1.000 | .000 | 8144.800 | 8144.80 |
| | PARTS | | | | | |
| | FREIGHT AMOUNT | | | | | 328.74 |
| | NON TAXABLE | | | | | |

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TEXAS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 8473.54 | | 328.74 | .00 | | 8802.28 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

PURCHASE        NY 10577

ORIGINAL

# M G E
UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

**\*Please note new remit to address\***

| | |
|---|---|
| INVOICE NO. | 209306 |
| DATE | 6/28/02 |
| PAGE | 1 |

| CUST. ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| S2064 | C 281040 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106  100  005-284 | |

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220

BROOKFIELD        CT 06804

**SHIP TO**
DOUBLE CLICK
460 WEST 33RD STREET
12TH FLOOR

NEW YORK        NY 10001

| SHIP DATE | SHIP VIA | |
|---|---|---|
| 6/19/02 | | |
| TERMS F.O.B. | DOCK/DOCK | BILL OF LADING NO. |
| NET 30 DAYS | FREIGHT | |

CONTACT: DENISE LUCUK        REP. 1: DATA SUPPORT ASSOCIATES

** REPRINT **
** INVOICE **
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | CSS District: 795 Contract: CL11630 | | | | | |
| | PO#: S2064 | | | | | |
| | Contact Name: Chuck Cocoran | | | | | |
| | Contact Phone No: 303-729-8150 | | | | | |
| | Billing for Period: 04/01/2002 - 03/31/2003 | | | | | |
| | Contract Dates: 04/01/2002 - 03/31/2006 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | PM For 72-131101-01 Serial Numbers | | | | | |
| | 223189-01, 223189-05, 223189-09 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | PM For PM084-42-075 Serial Numbers | | | | | |
| | 223189-14, 223189-15, 223189-16, 223189-17, 223189-18 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | 223189-19, 223189-20, 223189-21, 223189-22, 223189-23 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | PM For 72-131101-01 Serial Numbers | | | | | |
| | 223189-24 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | PM For PM084-42-075 Serial Numbers | | | | | |
| | 223189-28, 223189-29 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | | | | | |
| | PM For 72-131101-01 Serial Numbers | | | | | |

| ACCOUNTING | UL FREIGHT AMOUNT | MISC CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| | .000 | .000 | .000 | .000 | .00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED ON ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 209306 | 6/28/02 | 2 |

| CUST ORDER NO. | | |
|---|---|---|
| S2064 | | |

| MGE CUSTOMER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| 100106 100 005-284 | C 281040 | NO |

| SHIP DATE | REPRESENTATIVE NO. |
|---|---|
| 6/19/02 | |

SOLD TO:
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD          CT 06804

SHIP TO:
DOUBLE CLICK
460 WEST 33RD STREET
12TH FLOOR
NEW YORK          NY 10001

| SHIP VIA | TERMS F.O.B. | TERMS |
|---|---|---|
| DOCK/DOCK | DOCK/DOCK | NET 30 DAYS |

CONTACT: DENISE LUCUK          PPORT ASSOCIATES

Federal ID# 95-2916508

** REPRINT INVOICE **

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CNTRCT NY | 223189-01, 223189-05, 223189-09 | EA | 1.000 | .000 | .000 | .00 |
| | MAINT CONTRACT NEW YORK | | | | | |
| | ULTIMATE For PM084-42-075 Serial Numbers | | | | | |
| | 223189-14, 223189-15, 223189-16, 223189-17, 223189-18 | | | | | |
| CNTRCT NY | 223189-19, 223189-20, 223189-21, 223189-22, 223189-23 | | | | | |
| | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | ULTIMATE For 72-131101-01 Serial Numbers | | | | | |
| | 223189-24 | | | | | |
| CNTRCT NY | 223189-01, 223189-05, 223189-09 | EA | 1.000 | .000 | .000 | .00 |
| | MAINT CONTRACT NEW YORK | | | | | |
| | ULTIMATE For PM084-42-075 Serial Numbers | | | | | |
| | 223189-14, 223189-15, 223189-16, 223189-17, 223189-18 | | | | | |
| CNTRCT NY | 223189-19, 223189-20, 223189-21, 223189-22, 223189-23 | | | | | |
| | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | ULTIMATE For 72-131101-01 Serial Numbers | | | | | |
| | 223189-24 | | | | | |
| ***TRCT NY | 223189-28, 223189-29 | EA | 1.000 | .000 | .000 | .00 |
| | MAINT CONTRACT NEW YORK | | | | | |
| | UP Component For PM084-42-075 Serial Numbers | | | | | |
| CNTRCT NY | 223189-01, 223189-05, 223189-09 | EA | 1.000 | .000 | .000 | .00 |
| | MAINT CONTRACT NEW YORK | | | | | |
| | UP Component For 72-131101-01 Serial Numbers | | | | | |
| CNTRCT NY | 223189-14, 223189-15, 223189-16, 223189-17, 223189-18 | EA | 1.000 | .000 | .000 | .00 |
| | MAINT CONTRACT NEW YORK | | | | | |
| | UP Component For PM084-42-075 Serial Numbers | | | | | |
| CNTRCT NY | 223189-19, 223189-20, 223189-21, 223189-22, 223189-23 | EA | 1.000 | .000 | .000 | .00 |
| | MAINT CONTRACT NEW YORK | | | | | |
| | UP Component For 72-131101-01 Serial Numbers | | | | | |
| | 223189-24 | | | | | |

| MISC CHARGES 0.00 | TAXES 0.00 | TERMS DISCOUNT 0.00 | AMOUNT DUE .00 |
|---|---|---|---|

CNTRCT NY ACCOUNTING          MAINT CONTRACT   NEW   YORK

EA          NET DISCOUNT

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED AGAINST PAST DUE ACCOUNTS

ORIGINAL

# M G E
## UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| INVOICE NO. | 209306 | | | DATE | 6/28/02 | PAGE 3 |
|---|---|---|---|---|---|---|
| CUST ORDER NO | | | | | | |
| MGE CUSTOMER NO | 100106 | 100 | | MGE ORDER NO | C 281040 | TAXABLE NO |
| | | | 005-284 | | | |
| | | | REPRESENTATIVE NO. | | | |
| SHIP DATE | 6/19/02 | | | BILL OF LADING NO. | | |
| SHIP VIA | DOCK/DOCK | | | FREIGHT | | |
| TEXAS F.O.B. | | | | | | |

S2064

NET 30 DAYS

CONTACT: DENISE LUCUK        PPORT ASSOCIATES

** REPRINT **
INVOICE

Federal ID# 95-2916508

SOLD TO:
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD            CT 06804

SHIP TO:
DOUBLE CLICK
460 WEST 33RD STREET
12TH FLOOR
NEW YORK            NY 10001

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | UP Component For PM084-42-075 Serial Numbers 223189-28, 223189-29 | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 6203.200 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 6203.200 | 6203.20 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 4962.560 | 4962.56 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 4962.560 | 4962.56 |
| TRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 4962.560 | 4962.56 |
| /TRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 4962.560 | 4962.56 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 4962.560 | 4962.56 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |
| CNTRGT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 1025.280 | 1025.28 |

TRADE DISCOUNT    MISC. CHARGES    TAXES .000    TRADE DISCOUNT

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD          CT 06804

**SHIP TO**
DOUBLE CLICK
460 WEST 33RD STREET
12TH FLOOR
NEW YORK          NY 10001

| INVOICE NO. | 209306 | | |
|---|---|---|---|
| DATE | 6/28/02 | PAGE | 4 |
| CUST ORDER NO. | | | |
| MGE ORDER NO. | C 281040 | TAXABLE | NO |
| MGE CUSTOMER NO. | 100106 100 005-284 | | |
| REPRESENTATIVE NO. | | | |

| SHIP DATE | 6/19/02 |
| SHIP VIA | DOCK/DOCK |
| TERMS F.O.B. | |
| FREIGHT | |
| BILL OF LADING NO. | |

S2064

NET 30 DAYS

CONTACT: DENISE LUCUK          PPORT ASSOCIATES

** REPRINT INVOICE **
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| PRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| PRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| TRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| TRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| TRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 33394.24 | 33394.24 | | .00 | .00 | | 33394.24 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| | |
|---|---|
| INVOICE NO. | 209461 |
| | DATE 6/28/02 | PAGE 1 |
| CUST ORDER NO. | S2064 |
| MGE CUSTOMER NO. | 100106 | 164 | 1005-283 |
| REPRESENTATIVE NO. | C 281041 | TAXABLE NO |

SOLD TO:
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD          CT 06804

SHIP TO:
DOUBLECLICK
12396 GRANT STREET
THORNTON          CO 80241

| | |
|---|---|
| SHIP DATE | 6/19/02 |
| SHIP VIA | |
| DOCK/DOCK | TERMS F.O.B. DOCK/DOCK |
| NET 30 DAYS | FREIGHT PREPAY/ADD |

CONTACT:          REP. 1: DATA SUPPORT ASSOCIATES
                  DENISE LUCUK

** REPRINT **
INVOICE
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 798 Contract: CL11691 | | | | | | |
| | PO#: S2064 | | | | | | |
| | Contact Name: JOHN RAIO | | | | | | |
| | Contact Phone No: 203-740-4200 | | | | | | |
| | Billing for Period: 04/01/2002 - 03/31/2003 | | | | | | |
| | Contract Dates: 04/01/2002 - 03/31/2006 | | | | | | |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | | .00 |
| | PM For 99-56274-00 Serial Numbers | | | | | | |
| | 245113-01, 245113-02, 245113-03, 245113-04, 245113-05 | | | | | | |
| | 245113-06, 245113-07, 245113-08, 245113-09, 245113-10 | | | | | | |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | | .00 |
| | ULTIMATE For 99-56274-00 Serial Numbers | | | | | | |
| | 245113-01, 245113-02, 245113-03, 245113-04, 245113-05 | | | | | | |
| | 245113-06, 245113-07, 245113-08, 245113-09, 245113-10 | | | | | | |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | | .00 |
| | UP Component For 99-56274-00 Serial Numbers | | | | | | |
| | 245113-01, 245113-02, 245113-03, 245113-04, 245113-05 | | | | | | |
| | 245113-06, 245113-07, 245113-08, 245113-09, 245113-10 | | | | | | |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | | .00 |

| | MISC CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|
| | .000 | .000 | .000 | .00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED AGAINST ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| | |
|---|---|
| INVOICE NO. | 209461 |
| DATE | 6/28/02 |
| PAGE | 2 |
| CUST. ORDER NO. | S22064 |
| MGE ORDER NO. | C 281041 |
| TAXABLE | NO |
| SHIP DATE | 6/19/02 |
| MGE CUSTOMER NO. | 100106 164 005-283 |
| REPRESENTATIVE NO. | |

SOLD TO
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD          CT 06804

SHIP TO
DOUBLECLICK
12396 GRANT STREET
THORNTON          CO 80241

| SHIP VIA | BILL OF LADING NO. |
|---|---|
| DOCK/DOCK | |
| TERMS F.O.B. | FREIGHT |
| NET 30 DAYS | PREPAY/ADD |

CONTACT: DENISE LUCUK          PPORT ASSOCIATES

** REPRINT **
INVOICE

Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| TRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| TRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| NTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.280 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.28 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.28 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.28 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.28 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.28 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | 1025.28 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT ACCOUNTING | MAINT CONTRACT-SOUTHWEST DIST | EA MISC CHARGES.000 | | TAXES.000 | | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | | NET SALES.000 | | TERMS DISCOUNT.000 | | AMOUNT DUE .00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM WILL BE CHARGED ON PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT  06804

**SHIP TO:**
DOUBLECLICK
12396 GRANT STREET
THORNTON        CO  80241

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 209461 | 6/28/02 | 3 |

| CUST. ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| S2064 | C 281041 | NO |

| MDE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106  164 | 005-283 |

| SHIP DATE | | |
|---|---|---|
| 6/19/02 | | |

| SHIP VIA | | |
|---|---|---|
| DOCK/DOCK | BILL OF LADING NO. | |

| TERMS F.O.B. | FREIGHT | |
|---|---|---|
| NET 30 DAYS | PREPAY/ADD | |

CONTACT: DENISE LUCUK        PPORT ASSOCIATES

**REPRINT INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | .000 | .00 |
| CNTRCT SW | MAINT CONTRACT-SOUTHWEST DIST | EA | 1.000 | .000 | .000 | .00 |
| | NON TAXABLE | | | | | |

| NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 10252.80 | | .00 | .00 | | 10252.80 |

ACCOUNTING

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT 06804

**SHIP TO**
BARNES & NOBLE.COM
76 9TH AVENUE
NEW YORK        NY 10011

| INVOICE NO. | 209307 | | | | DATE | 6/28/02 | PAGE | 1 |
|---|---|---|---|---|---|---|---|---|
| CUST ORDER NO. | S2074 | | | | | | TAXABLE | |
| MGE ORDER NO. | C 281042 | | | | | | | NO |
| MGE CUSTOMER NO. | 100106 | 208 | 005-284 | | | | | |
| REPRESENTATIVE NO. | | | | | | | | |
| SHIP DATE | 6/19/02 | | | | | | | |
| SHIP VIA | | | | | | | | |
| DOCK/DOCK | | | | | | | | |
| TERMS F.O.B. | NET 30 DAYS | | | | | | | |
| BILL OF LADING NO. | | | | | | | | |
| FREIGHT | | | | | | | | |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

Federal ID# 95-2916508

** REPRINT **
INVOICE

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 Contract: CLI1701 | | | | | | |
| | PO#: S2074 | | | | | | |
| | Contact Name: JOHN RAIO | | | | | | |
| | Contact Phone No: 646-473-1230 | | | | | | |
| | Contact Dates: 02/17/2002 - 02/16/2003 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 734.400 | 734.40 |
| | BPMS For 72-160250-21 Serial Numbers | | | | | | |
| | 98720-02, 98720-03 | | | | | | |
| CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 734.400 | 734.40 |
| | PM For 72-160402-42 Serial Numbers | | | | | | |
| | 98720-01 | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| | ULTIMATE For 72-160402-42 Serial Numbers | | | | | | |
| | 98720-01 | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 3649.600 | 3649.60 |
| | UP Component For 72-160402-42 Serial Numbers | | | | | | |
| | 98720-01 | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |

| | NON TAXABLE | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE | |
| | 5118.40 | .00 | .00 | .00 | | 5118.40 | |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

**M G E**
UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 210722 | 7/24/02 | 1 |

| CUST ORDER NO. | TAXABLE |
|---|---|
| S2108 | NO |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. |
|---|---|---|
| 100106 | 47 005-284 | C 282979 |

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT 06804

**SHIP TO**
BANCO PORTUGUES
2 WALL STREET
NEW YORK        NY 10005

| SHIP DATE | SHIP VIA | DOCK/DOCK | BILL OF LADING NO. |
|---|---|---|---|
| 7/22/02 | | | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS | PREPAY/ADD |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

** REPRINT **
INVOICE
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | CSS District: 795  Contract: CL12752 | | | | | |
| | PO#: S2108 | | | | | |
| | Contact Name: JOHN RAIO | | | | | |
| | Contact Phone No: 646-473-1230 | | | | | |
| | Contact Dates: 05/01/2002 - 04/30/2003 | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | 960.000 | 960.00 |
| | BPMS For 72-160030-00 Serial Numbers | | | | | |
| | 87007-01 | | | | | |
| TRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | PM For 72-160030-00 Serial Numbers | | | | | |
| | 87007-01 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | 2364.000 | 2364.00 |
| | ULTIMATE For 72-160030-00 Serial Numbers | | | | | |
| | 87007-01 | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| | UP Component For 72-160030-00 Serial Numbers | | | | | |
| | 87007-01 | | | | | |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 3324.00 | | .00 | .00 | | 3324.00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
**UPS SYSTEMS**

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

** REPRINT **
**INVOICE**
Federal ID# 95-2916508

| | | |
|---|---|---|
| INVOICE NO. | DATE | PAGE |
| 210837 | 7/25/02 | 1 |
| CUST ORDER NO. | MGE ORDER NO | TAXABLE |
| 0000211 | S 280978 | NO |

| MGE CUSTOMER NO | REPRESENTATIVE NO. |
|---|---|
| 100106 | 210 005-283 |

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD          CT 06804

**SHIP TO**
ACCU STANDARD
125 MARKET STREET
NEW HAVEN          CT 06513

| SHIP DATE | | |
|---|---|---|
| 7/24/02 | | |
| SHIP VIA | | |
| BESTWAY | | |
| TERMS F.O.B. | FREIGHT | |
| NET 30 DAYS | CUSTOMER PAYS F | |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SPECIAL TOPAZ | (SE 0) NEW HAVEN, CT | | | | | |
| | NET 30, FOB FACTORY, ***MGE ONLY*** CUSTOMER PAYS FREIGHT | | | | | |
| | SHIP VIA BESTWAY | | | | | |
| | SHIP 07/12/02 | | | | | |
| SPECIAL TOPAZ | | EA | 1.000 | .000 | 1803.000 | 1803.00 |
| | T800R-07500 P/N W/ L6-30R-1 | | | | | |
| | FREIGHT AMOUNT | | | | | 90.15 |
| | NON TAXABLE | | | | | |

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 1803.00 | | 90.15 | .00 | | 1893.15 |

ORIGINAL

# MGE UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT 06804

**SHIP TO**
SYMBOL TECHNOLOGIES
ONE SYMBOL PLAZA
HOLTSVILLE        NY 11742

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 210858 | 7/25/02 | 1 |

| CUST ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| S2107 | C 283169 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 | 37 005-284 |

| SHIP DATE | | |
|---|---|---|
| 7/24/02 | | |

| SHIP VIA | BILL OF LADING NO. |
|---|---|
| DOCK/DOCK | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS | |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

Federal ID# 95-2916508

**REPRINT INVOICE**

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 Contract: CL12830 | | | | | | |
| | PO#: S2107 | | | | | | |
| | Contact Name: JOHN RAIO | | | | | | |
| | Contact Phone No: 646-473-1230 | | | | | | |
| | Contract Dates: 06/01/2002 - 12/31/2002 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| | BPMS For 72-131305-01 Serial Numbers | | | | | | |
| | 216901-02, 216901-03 | | | | | | |
| T CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| | PM For 72-130102-01 Serial Numbers | | | | | | |
| | 216901-01 | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| | ULITMATE For 72-130102-01 Serial Numbers | | | | | | |
| | 216901-01 | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 5447.200 | 5447.20 |
| | UP Component For 72-130102-01 Serial Numbers | | | | | | |
| | 216901-01 | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 5447.20 | .00 | .00 | .00 | | 5447.20 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
**UPS SYSTEMS**

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT 06804

**SHIP TO:**
DATA SUPPORT ASSOCIATES
520 8TH AVENUE
21ST FLOOR
NEW YORK        NY 10018

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 211083 | 7/27/02 | 1 |

| CUST ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| 0000246 | E 283293 | NO |

| SHIP DATE | MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|---|
| 7/26/02 | 100106  213  005-284 | |

| SHIP VIA | BILL OF LADING NO. |
|---|---|
| BESTWAY | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS | PREPAY/ADD |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

**\*\* REPRINT \*\***
**INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | (SE 0) NEW YORK, NY | | | | | |
| | NET 30, FOB FACTORY, PREPAY & ADD | | | | | |
| | SHIP VIA BESTWAY | | | | | |
| | TO SHIP 07/26 TO ARRIVE 08/01 | | | | | |
| | MARK ATTN: JOHN RAIO | | | | | |
| | ES98 + 780VA/480W | EA | 1.000 | .000 | 140.000 | 140.00 |
| | SOLUTION PAC (CDROM+CABLE) | EA | 1.000 | .000 | .000 | .00 |
| | NON TAXABLE | | | | | |

84008
66931

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 140.00 | | .00 | .00 | | 140.00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# M G E
### UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**\*\* REPRINT \*\***
# INVOICE

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 211289 | 7/31/02 | 1 |

| CUST ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| 0000247 | E 283309 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 218 | 005-284 |

| SHIP DATE | | |
|---|---|---|
| 7/26/02 | | |

| SHIP VIA | BILL OF LADING NO. |
|---|---|
| BESTWAY | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS | CUSTOMER PAYS F |

REP. 1: DATA SUPPORT ASSOCIATES

CONTACT: DENISE LUCUK

Federal ID# 95-2916508

SOLD TO
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT 06804

SHIP TO
JODD READLICK
1601 51 WEST 86TH STREET
NEW YORK            NY 10024

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 89304 | (SE 0) NET 30, FOB FACTORY, \*\*\*MGE ONLY\*\*\* CUSTOMER PAYS FREIGHT SHIP VIA BESTWAY TO SHIP 07/26 TO ARRIVE 08/02 UPS,ELP 480VA/280W W FAX/USB | EA | 1.000 | .000 | 94.000 | 94.00 |
| | FREIGHT AMOUNT | | | | | 4.70 |
| | NON TAXABLE | | | | | |

| | ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | | 94.00 | | 4.70 | .00 | | 98.70 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
**UPS SYSTEMS**

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| | | | |
|---|---|---|---|
| **INVOICE NO.** | 212705 | **DATE** 8/24/02 | **PAGE** 1 |
| **CUST ORDER NO.** 0000264 | | **MGE ORDER NO.** E 284792 | **TAXABLE** NO |
| **MGE CUSTOMER NO.** 100106 225 005-284 | | **REPRESENTATIVE NO.** | |

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P. O. Box 220
BROOKFIELD            CT 06804

**SHIP TO**
MAN FINANCIAL
717 5TH AVENUE
9TH FLOOR
ATTN: PAUL GROSS
NEW YORK          NY 10022

| | |
|---|---|
| **SHIP DATE** 8/22/02 | |
| **SHIP VIA** BESTWAY | **BILL OF LADING NO.** |
| **TERMS F.O.B.** NET 30 DAYS | **FREIGHT** PREPAY/ADD |

REP. 1: DATA SUPPORT ASSOCIATES

CONTACT: DENISE LUCUK

** REPRINT **
** INVOICE **

Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| TDL-030K-6 | 30K 480VIN, 208Y/120, 60HZ | EA | 1.000 | .000 | 8197.000 | 8197.00 |
| | NON TAXABLE | | | | | |
| | (SE 0)  NEW YORK, NY | | | | | |
| | NET 30, FOB FACTORY, PREPAY & ADD | | | | | |
| | SHIP VIA BESTWAY | | | | | |
| | TO SHIP 08/22 TO ARRIVE 08/27 | | | | | |
| | MARK ATTN: PAUL GROSS | | | | | |

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TEXAS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 8197.00 | | .00 | .00 | | 8197.00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# M G E
### U P S   S Y S T E M S

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

** REPRINT **
** INVOICE **

Federal ID# 95-2916508

| | | | | | | |
|---|---|---|---|---|---|---|
| INVOICE NO. | 212777 | | DATE | 8/27/02 | | PAGE 1 |
| CUST. ORDER NO. | | | MGE ORDER NO. | | | TAXABLE |
| | | | C 284955 | | | NO |
| MGE CUSTOMER NO. | | | REPRESENTATIVE NO. | | | |
| 100106 | 222 | 005-283 | | | | |

SOLD TO
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD        CT  06804

SHIP TO
EASTVIEW HOLDINGS - LANDMAR
777 OLD SAW MILL RIVER RD
LOCKHEED SYSTEM
JOHN TUCKER
TARRYTOWN          NY 10591

PART NUMBER

| | | |
|---|---|---|
| SHIP DATE | 8/26/02 | |
| SHIP VIA | | |
| DOCK/DOCK | | |
| TERMS F.O.B. | | FREIGHT |
| NET 30 DAYS | | |
| | | BILL OF LADING NO. |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

NON TAXABLE

| DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CSS District: 795 Contract: CL13344 | | | | | |
| PO#: S2128 | | | | | |
| Contact Name: JOHN TUCKER | | | | | |
| Contact Phone No: 914-345-5525 | | | | | |
| Contract Dates: 08/01/2002 - 07/31/2003 | | | | | |
| BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | 2073.600 | 2073.60 |
| BPMW For 72-130102-00 Serial Numbers | | | | | |
| 43548-01 | | | | | |
| MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| PM For 72-130102-00 Serial Numbers | | | | | |
| 43548-01 | | | | | |
| MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | 6505.600 | 6505.60 |
| ULTIMATE For 72-130102-00 Serial Numbers | | | | | |
| 43548-01 | | | | | |
| MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .00 |
| UP Component For 72-130102-00 Serial Numbers | | | | | |
| 43548-01 | | | | | |

BAT CNTRCT NY
TRCT NY
CNTRCT NY
CNTRCT NY

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 8579.20 | .00 | .00 | .00 | .00 | 8579.20 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# M G E
U P S  S Y S T E M S

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**\*\* REPRINT \*\***
**INVOICE**

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 212778 | 8/27/02 | 1 |

| CUST. ORDER NO. | | TAXABLE |
|---|---|---|
| S2129 | | NO |

| MGE ORDER NO. | REPRESENTATIVE NO. |
|---|---|
| C 284956 | |

| MGE CUSTOMER NO. |
|---|
| 100106  223  005-283 |

| SHIP DATE | SHIP VIA | BILL OF LADING NO. |
|---|---|---|
| 8/26/02 | DOCK/DOCK | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS | |

SOLD TO
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD                CT 06804

SHIP TO
ABC, INC
125 WEST END AVE
NEW YORK                NY 10023

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | UM | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 Contract: CL13227 | | | | | | |
| | PO#: S2129 | | | | | | |
| | Contact Name: Mark Ellis | | | | | | |
| | Contact Phone No: 212-456-0767 | | | | | | |
| | Contract Dates: 06/21/2002 - 06/20/2003 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 2099.400 | 2099.40 |
| | BPMR For 72-131304-01 Serial Numbers | | | | | | |
| | 232191-02, 232191-03, 232191-04, 232191-08, 232191-09 | | | | | | |
| | 232191-10 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 2099.400 | 2099.40 |
| | BPMS For 72-131304-01 Serial Numbers | | | | | | |
| | 232191-02, 232191-03, 232191-04, 232191-08, 232191-09 | | | | | | |
| | 232191-10 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 2099.400 | 2099.40 |
| | INSPECT Site For 72-130101-01 Serial Numbers | | | | | | |
| | 232191-01, 232191-07 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 2099.400 | 2099.40 |
| | INSPECT Site For PM252-42-225 Serial Numbers | | | | | | |
| | 236341-01, 236341-02 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 2099.400 | 2099.40 |
| | PM For 72-130101-01 Serial Numbers | | | | | | |

| | | | UM | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| BAT CNTRCT NY ACCOUNTING | | | EA | | | | 2099.40 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM WOULD BE CHARGED ON PAST DUE ACCOUNTS

ORIGINAL