# MGE
## UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636  FAX (714) 435-1445

| | | |
|---|---|---|
| **INVOICE NO.** | **DATE** | **PAGE** |
| 212778 | 8/27/02 | 2 |
| **CUST. ORDER NO.** | **TAXABLE** | |
| S2129 | NO | |

| SOLD TO | DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD       CT 06804 |
|---|---|
| SHIP TO | ABC, INC<br>125 WEST END AVE<br>NEW YORK        NY 10023 |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. |
|---|---|---|
| 100106 223 005-283 | C 284956 | |

| SHIP DATE | 8/26/02 |
|---|---|
| SHIP VIA | DOCK/DOCK |
| TERMS F.O.B. | |
| | NET 30 DAYS |
| BILL OF LADING NO. | |
| FREIGHT | |

CONTACT: DENISE LUCUK            PPORT ASSOCIATES

**REPRINT INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| BAT CNTRCT NY | 232191-01, 232191-07<br>BATTERY CONTRACT NEW YORK<br>PM For PM252-42-225 Serial Numbers | EA | 1.000 | .000 | | 2099.400 | 2099.40 |
| BAT CNTRCT NY | 236341-01, 236341-02<br>BATTERY CONTRACT NEW YORK<br>ULTIMATE For 72-130101-01 Serial Numbers | EA | 1.000 | .000 | | .000 | .00 |
| BAT CNTRCT NY | 232191-01, 232191-07<br>BATTERY CONTRACT NEW YORK<br>ULTIMATE For 72-130101-01 Serial Numbers | EA | 1.000 | .000 | | .000 | .00 |
| BAT CNTRCT NY | 236341-01, 236341-02<br>BATTERY CONTRACT NEW YORK<br>UP Component For PM252-42-225 Serial Numbers | EA | 1.000 | .000 | | .000 | .00 |
| BAT CNTRCT NY | 232191-01, 232191-07<br>BATTERY CONTRACT NEW YORK<br>UP Component For 72-130101-01 Serial Numbers | EA | 1.000 | .000 | | .000 | .00 |
| BAT CNTRCT NY | 236341-01, 236341-02<br>BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| MAINT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| MAINT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| MAINT CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| MAINT CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| MAINT CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | .00 |

| NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| | | .00 | .00 | .00 | .00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM WILL BE CHARGED AGAINST PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| | | |
|---|---|---|
| INVOICE NO. | DATE | PAGE |
| 212778 | 8/27/02 | 3 |
| CUST. ORDER NO. | | TAXABLE |
| S2129 | | NO |
| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. |
| 100106 223 | 005-283 | C 284956 |

**SOLD TO**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD    CT  06804

**SHIP TO**
ABC, INC
125 WEST END AVE
NEW YORK    NY  10023

| | |
|---|---|
| SHIP DATE | 8/26/02 |
| SHIP VIA | DOCK/DOCK |
| TERMS F.O.B. | |
| | FREIGHT |
| TERMS DISCOUNT | |
| NET 30 DAYS | |

CONTACT: DENISE LUCUK    PPORT ASSOCIATES

**REPRINT INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | 7731.940 | 7731.94 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | 7731.940 | 7731.94 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | 1369.370 | 1369.37 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | 1369.370 | 1369.37 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | .000 | .000 | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 30799.02 | | .00 | .00 | | 30799.02 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE UPS SYSTEMS

*Please note new remit to address*
2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| SOLD TO | SHIP TO |
|---|---|
| DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD    CT 06804 | SNET<br>555 LONG WHARF DRIVE<br>NEW HAVEN    CT 06511 |

| INVOICE NO. | CUST. ORDER NO. | DATE | PAGE |
|---|---|---|---|
| 212874 | S2119 | 8/28/02 | 1 |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. | TAXABLE |
|---|---|---|---|
| 100106    40 | 005-283 | C 285099 | NO |

| SHIP DATE | SHIP VIA | TERMS F.O.B. | FREIGHT | BILL OF LADING NO. |
|---|---|---|---|---|
| 8/27/02 | DOCK/DOCK | NET 30 DAYS | | |

CONTACT: DENISE LUCUK    REP. 1: DATA SUPPORT ASSOCIATES

**REPRINT INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 Contract: CL13305 | | | | | | |
| | PO#: S2119 | | | | | | |
| | Contact Name: DAN GILBERT | | | | | | |
| | Contact Phone No: 203-623-2797 | | | | | | |
| | Contract Dates: 08/01/2002 - 07/31/2003 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK<br>BPMS For 72-160250-21 Serial Numbers<br>246757-02 | EA | 1.000 | .000 | .000 | 864.000 | 864.00 |
| TRCT NY | MAINT CONTRACT NEW YORK<br>PM For 72-160812-22 Serial Numbers<br>246757-01 | EA | 1.000 | .000 | .000 | 2949.600 | 2949.60 |
| CNTRCT NY | MAINT CONTRACT NEW YORK<br>ULTIMATE For 72-160812-22 Serial Numbers<br>246757-01 | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK<br>UP Component For 72-160812-22 Serial Numbers<br>246757-01 | EA | 1.000 | .000 | .000 | .000 | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 3813.60 | | .00 | .00 | | 3813.60 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

*Please note new remit to address*
2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| | |
|---|---|
| SOLD TO: | DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD    CT 06804 |
| SHIP TO: | NY1 NEWS<br>410 WEST 16TH STREET<br>6TH FLOOR<br>ATTN: TOM COVIELLO<br>NEW YORK    NY 10011 |

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 212875 | 8/28/02 | 1 |

| CUST. ORDER NO. | SHIP DATE | TAXABLE |
|---|---|---|
| S2120 | 8/27/02 | NO |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. |
|---|---|---|
| 100106 | 224 | 005-284 |
| | | C 285100 |

| | |
|---|---|
| TERMS F.O.B. | SHIP VIA |
| NET 30 DAYS | DOCK/DOCK |
| FREIGHT | BILL OF LADING NO. |

CONTACT: DENISE LUCUK    REP. 1: DATA SUPPORT ASSOCIATES

**REPRINT INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY ORDERED | QUANTITY SHIPPED BACK | UNIT PRICE | TERMS DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795  Contract: CL13317 | | | | | | |
| | PO#: S2120 | | | | | | |
| | Contact Name: TOM COVILLO | | | | | | |
| | Contact Phone No: 646-773-8043 | | | | | | |
| | Contract Dates: 08/01/2002 - 07/31/2003 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK BPMS For 72-131305-00 Serial Numbers 252485-02, 252485-03, 252485-04 | EA | 1.000 | .000 | 720.000 | .000 | 720.00 |
| T CNTRCT NY | BATTERY CONTRACT NEW YORK PM For 72-130102-01 Serial Numbers 252485-01 | EA | 1.000 | .000 | 720.000 | .000 | 720.00 |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK ULTIMATE For 72-130102-01 Serial Numbers 252485-01 | EA | 1.000 | .000 | 6505.600 | .000 | 6505.60 |
| CNTRCT NY | MAINT CONTRACT NEW YORK UP Component For 72-130102-01 Serial Numbers 252485-01 | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY<br>CNTRCT NY | MAINT CONTRACT NEW YORK<br>MAINT CONTRACT NEW YORK | EA<br>EA | 1.000<br>1.000 | .000<br>.000 | | | |

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 8665.60 | NON TAXABLE | .00 | .00 | | 8665.60 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS    ORIGINAL

# MGE UPS SYSTEMS

*Please note new remit to address*
2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

**\*\* REPRINT INVOICE \*\***
Federal ID# 95-2916508

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 212876 | 8/28/02 | 1 |

| CUST. ORDER NO. | TAXABLE |
|---|---|
| S2132 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 226 005-284 | C 285101 |

| SHIP DATE | 8/27/02 |
|---|---|
| SHIP VIA | DOCK/DOCK |
| BILL OF LADING NO. | |
| TERMS F.O.B. | NET 30 DAYS |
| FREIGHT | |

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD    CT 06804

**SHIP TO:**
ABN AMRO
666 5TH AVE
34TH FLOOR
RICHARD LAMBECK
NEW YORK    NY 10103

CONTACT: DENISE LUCUK
REP. 1: DATA SUPPORT ASSOCIATES

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 Contract: CL13418 | | | | | | |
| | PO#: S2132 | | | | | | |
| | Contact Name: RICHARD LAMBECK | | | | | | |
| | Contact Phone No: 212-409-0772 | | | | | | |
| | Contract Dates: 08/15/2002 - 08/14/2003 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK BPMS For 72-160250-21 Serial Numbers 254281-02 | EA | 1.000 | .000 | .000 | 864.000 | 864.00 |
| TRCT NY | MAINT CONTRACT NEW YORK PM For 72-160500-44 Serial Numbers 254281-01 | EA | 1.000 | .000 | .000 | 2949.600 | 2949.60 |
| CNTRCT NY | MAINT CONTRACT NEW YORK ULTIMATE For 72-160500-44 Serial Numbers 254281-01 | EA | 1.000 | .000 | .000 | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK UP Component For 72-160500-44 | EA | 1.000 | .000 | .000 | .000 | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 3813.60 | | .00 | .00 | | 3813.60 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

*Please note new remit to address*
2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| | | |
|---|---|---|
| INVOICE NO. | DATE | PAGE |
| 213393 | 8/30/02 | 1 |
| CUST. ORDER NO. | | TAXABLE |
| S2118 | | NO |
| MGE CUSTOMER NO. | | MGE ORDER NO. |
| 100106 97 005-284 | | C 285208 |

SOLD TO:
DATA SUPPORT ASSOCIATES
50 POCONO RD/PO BOX 220
**Cash in advance only**
**Call Credit Dept**
BROOKFIELD    CT  06804

SHIP TO:
AT&T CERFNET
811 10TH AVENUE
NEW YORK    NY 10017

| SHIP DATE | 8/30/02 |
|---|---|
| SHIP VIA | |
| DOCK/DOCK | |
| TERMS F.O.B. | FREIGHT |
| NET 30 DAYS | PREPAY/ADD |
| BILL OF LADING NO. | |
| REPRESENTATIVE NO. | |

CONTACT: DENISE LUCUK

REP. 1: DATA SUPPORT ASSOCIATES

Federal ID# 95-2916508

**REPRINT INVOICE**

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 | | | | | | |
| | PO#: S2118 | | | | | | |
| | Contact Name: JIM SOMMERS | | | | | | |
| | Contact Phone No: 646-473-1230 | | | | | | |
| FREIGHT NY | FREIGHT NEW YORK | EA | 1.000 | .000 | .000 | 281.350 | 281.35 |
| | FREIGHT/EXPEDITE | | | | | | |
| -04037-05 | BATTERY 12V UPS12-270FR | EA | 1.000 | .000 | .000 | 747.960 | 747.96 |
| | PARTS | | | | | | |
| | MODEL: | | | | | | |
| 72-160402-48 | UPS MODULE 480-480/277 | EA | 1.000 | .000 | .000 | .000 | .00 |
| | OPTIONS: | | | | | | |
| | *** OPTION NOT FOUND *** | | | | | | |
| | PARTS | | | | | | |

FREIGHT AMOUNT: 281.35

NON TAXABLE

| ACCOUNTING | | | | | | |
|---|---|---|---|---|---|---|
| NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | FREIGHT | TERMS DISCOUNT | AMOUNT DUE |
| 1029.31 | | 281.35 | .00 | | | 1310.66 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 213415 | 8/30/02 | 1 |

| CUST.ORDER NO. | | TAXABLE |
|---|---|---|
| S2121 | | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 224 005-284 | C 285402 |

| SHIP DATE | |
|---|---|
| 8/30/02 | |

| SHIP VIA | BILL OF LADING NO. |
|---|---|
| DOCK/DOCK | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS | |

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD/PO Box 220
***Cash in advance only***
****Call Credit Dept*****
BROOKFIELD    CT 06804

**SHIP TO:**
NY1 NEWS
410 WEST 16TH STREET
6TH FLOOR
ATTN:TOM COVIELLO
NEW YORK    NY 10011

CONTACT: DENISE LUCUK    REP. 1: DATA SUPPORT ASSOCIATES

** REPRINT INVOICE **    Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ~130319-01 | SPARE PARTS B 300KVA EPS6 IGB PARTS | EA | 1.000 | .000 | | 5575.200 | 5575.20 |
| FREIGHT NY | FREIGHT NEW YORK FREIGHT/EXPEDITE | EA | 1.000 | .000 | | 55.540 | 55.54 |
| | FREIGHT AMOUNT NON TAXABLE | | | | | 55.54 | |

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 5630.74 | | 55.54 | .00 | | 5686.28 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| | | |
|---|---|---|
| SOLD TO | DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD      CT  06804 | |
| SHIP TO | TIME WARNER - LOCAL NEWS<br>600 EAST EUCLID AVE<br>SAN ANTONIO       TX 78212-5127 | |

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 2113595 | 9/05/02 | 1 |

| CUST. ORDER NO. | TAXABLE |
|---|---|
| 57 | NO |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. |
|---|---|---|
| 100106 188 | S 269996 | 005-284 |

| SHIP DATE | |
|---|---|
| 9/04/02 | |

| SHIP VIA | BILL OF LADING NO. |
|---|---|
| DOCK/DOCK | |

| SHIP F.O.B. | FREIGHT |
|---|---|
| DOCK/DOCK | PREPAY/ADD |

| TERMS | |
|---|---|
| NET 30 DAYS | |

REP. 1: DATA SUPPORT ASSOCIATES

CONTACT: DENISE LUCUK

** REPRINT INVOICE **

Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5-160400-44 | (AH 37049) SYRACUSE, NY<br>NET30, FOB FACTORY, FRT PREPAID/ADDED, DOCK/DOCK<br>CONTACT: BRIAN NEWMAN OF MERIT ELECTRIC 315-437-1453<br>CARRIER TO CALL 24HRS PRIOR TO DELIVERY<br>REF FRT QUOTE 4661<br>WILL REQUIRE A LIFTGATE TRUCK FOR DELIVERY<br><br>MODEL:<br>UPS MODULE 480-480<br>OPTIONS: | EA | 1.000 | 1.000 | .000 | 23167.200 | 23167.20 |
| 85-160009-02 | KIT CONTACT 5 50/80 | | | | | | |
| 86-160151-01 | DOCUMENT PACKAGE 150KVA | EA | 1.000 | .000 | | .000 | .00 |
| 72-165443-324 | MBC 150K 3CB 480/208V/225A 42 | EA | 1.000 | .000 | | 4794.160 | 4794.16 |
| 76-161408-00 | REMOTE AL/STAT SURF/MT | EA | 1.000 | .000 | | 656.600 | 656.60 |
| STRTUP NY | START UP NEW YORK | EA | 1.000 | .000 | | 2045.000 | 2045.00 |
| | BASIC NORMAL HRS | | | | | | |
| 72-160250-81 | BATT CAB S12V370F ADJ | EA | 1.000 | .000 | | 8026.200 | 8026.20 |
| 81-160009-02 | FIELD KIT CONTACT 5 50/80KVA | EA | 1.000 | .000 | | .000 | .00 |

| | FREIGHT AMOUNT | | | | | | 1901.40 |

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT<br>NON-TAXABLE | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 38689.16 | | 1901.40 | .00 | | 40590.56 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE UPS SYSTEMS

*Please note new remit to address*
2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| | |
|---|---|
| SOLD TO | DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD    CT 06804 |
| SHIP TO | PERRIER GROUP OF AMERICA<br>270 ROWE AVE<br>C/O CARLSON INDUSTRIAL<br>MILFORD    CT 06460 |

| INVOICE NO. | CUST. ORDER NO. | DATE | PAGE |
|---|---|---|---|
| 0000235 | 213691 | 9/10/02 | 1 |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. | TAXABLE |
|---|---|---|---|
| 100106 215 005-283 | S 282498 | | NO |

| SHIP DATE | SHIP VIA | BILL OF LADING NO. |
|---|---|---|
| 9/06/02 | DOCK/DOCK | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| NET 30 DAYS DOCK/DOCK | PREPAY/ADD |

CONTACT: DENISE LUCUK    REP. 1: DATA SUPPORT ASSOCIATES

**REPRINT INVOICE**    Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 72-160802-48 | MODEL:<br>UPS 480-480/277<br>OPTIONS: | EA | 1.000 | 1.000 | .000 | 21686.000 | 21686.00 |
| | (AH, 39048) MILFORD, CT<br>NET 30, FOB FACTORY, PREPAID/ADDED, DOCK/DOCK<br>CONTACT: DAVE JASER    203-874-5980    (job #06-0171)<br>CARRIER TO CALL 24HRS PRIOR TO DELIVERY<br>FREIGHT COST NOT INCLUDED IN PO | | | | | | |
| -160006-02 | KIT MONITOR PLUS 50/80 | EA | 1.000 | 1.000 | .000 | 315.000 | 315.00 |
| 06-160080-01 | DOCUMENT PACKAGE 40-80KVA | EA | 1.000 | 1.000 | .000 | .000 | .00 |
| 85-164201-00 | LINE DRIVER KIT | EA | 2.000 | 2.000 | .000 | 315.000 | 630.00 |
| STRTUP NY | START UP NEW YORK | EA | 1.000 | 1.000 | .000 | 1864.000 | 1864.00 |
| TRAINING | TRAINING | EA | 1.000 | 1.000 | .000 | 1733.000 | 1733.00 |
| | SITE TRAINING $1200 | | | | | | |
| 72-160250-141 | ALBER BATTERY    FSA<br>BPS-256 INSTALLED<br>BATT CAB 12HR500FR ADJ | EA | 1.000 | 1.000 | .000 | 12000.000 | 12000.00 |
| 99-17723-00 | KIT, ALBER, COMET BAT 12/12/1 | EA | 1.000 | 1.000 | .000 | 10512.000 | 10512.00 |

| ACCOUNTING | NET SALES AMOUNT | FREIGHT AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | 48425.00 | 1909.91 | NON TAXABLE | | .00 | | 50334.91 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**\*\* REPRINT INVOICE \*\***

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 213811 | 9/11/02 | 1 |

| CUST. ORDER NO. | | TAXABLE |
|---|---|---|
| S2065 | | NO |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. |
|---|---|---|
| 100106  21 | 005-284 | C 285857 |

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD    CT 06804

**SHIP TO:**
ABC, INC
47 WEST 66TH STREET
NEW YORK     NY 10023

| SHIP DATE | SHIP VIA | BILL OF LADING NO. |
|---|---|---|
| 9/09/02 | DOCK/DOCK | |

| TERMS F.O.B. | FREIGHT |
|---|---|
| CASH IN ADVANCE | |

CONTACT: DENISE LUCUK
REP. 1: DATA SUPPORT ASSOCIATES
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | TERMS DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | CSS District: 795  Contract: CL13751 | | | | | | | |
| | PO#: S2065 | | | | | | | |
| | Contact Name: Mark Ellis | | | | | | | |
| | Contact Phone No: 212/456-0767 | | | | | | | |
| | Contract Dates: 12/10/2001 - 12/09/2002 | | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK BPMS For BPA2000/321AJC Serial Numbers 54015-02 | EA | 1.000 | .000 | | 1140.000 | .00 | 1140.00 |
| TRCT NY | MAINT CONTRACT NEW YORK PM For EPS-2030/22,66 Serial Numbers 54015-01 | EA | 1.000 | .000 | | .000 | | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK ULTIMATE For EPS-2030/22,66 Serial Numbers 54015-01 | EA | 1.000 | .000 | | 2728.320 | | 2728.32 |
| CNTRCT NY | MAINT CONTRACT NEW YORK UP Component For EPS-2030/22,66 Serial Numbers 54015-01 | EA | 1.000 | .000 | | .000 | | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| | 3868.32 | | .00 | .00 | | | 3868.32 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

*Please note new remit to address*
2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| INVOICE NO | DATE | PAGE |
|---|---|---|
| 213812 | 9/11/02 | 1 |

| CUST. ORDER NO. | | TAXABLE |
|---|---|---|
| S2065 | | NO |

| MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. |
|---|---|---|
| 100106 228 005-284 | C 285858 | |

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD    CT  06804

**SHIP TO:**
ABC TELEVISION NETWORK
147 COLUMBUS AVE.
8TH FLOOR
NEW YORK    NY  10023

| SHIP DATE | SHIP VIA | TERMS F.O.B. | FREIGHT | BILL OF LADING NO. |
|---|---|---|---|---|
| 9/09/02 | DOCK/DOCK | CASH IN ADVANCE | | |

CONTACT: DENISE LUCUK
REP. 1: DATA SUPPORT ASSOCIATES

**REPRINT ** INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | TERMS DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | CSS District: 795  Contract: CL13749 | | | | | | | |
| | PO#: S2065 | | | | | | | |
| | Contact Name: Mark Ellis | | | | | | | |
| | Contact Phone No: 212/456-0767 | | | | | | | |
| | Contract Dates: 12/10/2001 - 12/09/2002 | | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK | EA | 1.000 | .000 | | 569.600 | | 569.60 |
| | BPMS For BPA2000/321AJC Serial Numbers | | | | | | | |
| | 54007-02 | | | | | | | |
| TRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | | .00 |
| | PM For EPS-2030/42,66 Serial Numbers | | | | | | | |
| | 54007-01 | | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | 3410.400 | | 3410.40 |
| | ULTIMATE For EPS-2030/42,66 Serial Numbers | | | | | | | |
| | 54007-01 | | | | | | | |
| CNTRCT NY | MAINT CONTRACT NEW YORK | EA | 1.000 | .000 | | .000 | | .00 |
| | UP Component For EPS-2030/42,66 Serial Numbers | | | | | | | |
| | 54007-01 | | | | | | | |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 3980.00 | | .00 | .00 | | 3980.00 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD      CT  06804

**SHIP TO:**
GOLDMAN SACHS ODC
ONE PIERREPONT PLAZA
17TH FLOOR
BROOKLYN       NY  11201

** REPRINT **
INVOICE
Federal ID# 95-2916508

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 213892 | 9/12/02 | 1 |

| CUST. ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| S2077 | C 285941 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 | 227 005-284 |

| SHIP DATE | 9/11/02 |
| SHIP VIA | DOCK/DOCK |
| TERMS F.O.B. | FREIGHT |
| BILL OF LADING NO. | |

TERMS: CASH IN ADVANCE
REP. 1: DATA SUPPORT ASSOCIATES
CONTACT: DENISE LUCUK

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 | | | | | | |
| | PO#: S2077 | | | | | | |
| | Contact Name: GREG WHEELER | | | | | | |
| | Contact Phone No: 718-694-7328 | | | | | | |
| FREIGHT NY | FREIGHT NEW YORK FREIGHT/EXPEDITE | EA | 1.000 | .000 | .000 | 576.500 | 576.50 |
| SPARES NY | SPARES NEW YORK SPARE PARTS | EA | 1.000 | .000 | .000 | .000 | .00 |
| 04-15311-474 | CB 1600A PHF361600 24ST 1AB PARTS | EA | 1.000 | .000 | .000 | 36464.000 | 36464.00 |
| 04-15311-461 | CB 1200A MHL361200 24V ST 1AB PARTS | EA | 1.000 | .000 | .000 | .000 | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 37040.50 | | .00 | .00 | | 37040.50 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

| | | |
|---|---|---|
| SOLD TO | DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD  CT  06804 | |
| SHIP TO | THE DIOCESE OF ROCKVILLE<br>50. NORTH PARK AVENUE<br>ROCKVILLE CENTRE NY 11570 | |

| INVOICE NO. | CUST. ORDER NO. | MGE CUSTOMER NO. | MGE ORDER NO. | REPRESENTATIVE NO. | PAGE |
|---|---|---|---|---|---|
| 213932 | 256 | 100106 220 005-284 | S 284150 | | 1 |

| DATE | SHIP DATE | SHIP VIA | TERMS F.O.B. | FREIGHT | BILL OF LADING NO. | TAXABLE |
|---|---|---|---|---|---|---|
| 9/14/02 | 9/12/02 | DOCK/DOCK | NET 30 DAYS | PREPAY/ADD | | NO |

CONTACT: DENISE LUCUK       REP. 1: DATA SUPPORT ASSOCIATES

** REPRINT INVOICE **
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | (AH, 35049) ROCKVILLE CENTRE, NY | | | | | |
| | NET 30, FOB FACTORY, PREPAY/ADD, DOCK/DOCK | | | | | |
| | CONTACT:EVA CASALE 516-678-5800 X515 | | | | | |
| | CARRIER TO CALL 24HRS PRIOR TO DELIVERY | | | | | |
| | FREIGHT COST NOT INCLUDED IN PO | | | | | |
| | MODEL: | | | | | |
| 72-160512-22 | UPS 50KVA 208-208 | EA | 1.000 | .000 | | |
| | OPTIONS: | | | | | |
| -160009-02 | KIT CONTACT 5 50/80 | EA | 1.000 | .000 | | |
| 85-160051-02 | KIT U-TALK 50/80 | EA | 1.000 | .000 | | |
| 86-160080-01 | DOCUMENT PACKAGE 40-80KVA | EA | 1.000 | .000 | | |
| 72-165452-242 | MBC 50KVA 2CB 208V/175A 26" | EA | 1.000 | .000 | | |
| 66071 | MULTISLOT | EA | 1.000 | .000 | | |
| 66062 | SNMP 10 BASE T CARD | EA | 1.000 | .000 | | |
| 66063 | U-TALK BASIC ACQUISITION CARD | EA | 1.000 | .000 | | |
| | START UP NEW YORK | EA | 1.000 | .000 | | |
| | WARRANTY NEW YORK | EA | 1.000 | .000 | | |
| | PARTS, LABOR SITE INSPEC PM | | | | | |
| | LABOR NY | | | | | |
| | LABOR NEW YORK | EA | 1.000 | .000 | | |
| | BAT LABOR NY | | | | | |
| | BATTERY LABOR NEW YORK | EA | 1.000 | .000 | | |
| 72-160250-70 | BATT S12V285F STD-ALN 50/80 | EA | 1.000 | .000 | | |

| NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | .000 | | |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM WILL BE CHARGED AGAINST PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

| | |
|---|---|
| INVOICE NO. | 213932 |
| DATE | 9/14/02 |
| PAGE | 2 |
| CUST. ORDER NO. | |
| MGE ORDER NO. | S 284150 |
| TAXABLE | NO |

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD    CT 06804

**SHIP TO:**
THE DIOCESE OF ROCKVILLE
50 NORTH PARK AVENUE
ROCKVILLE CENTRE NY 11570

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 220 | 005-284 |

| SHIP DATE | SHIP VIA | TERMS F.O.B. | FREIGHT | BILL OF LADING NO. |
|---|---|---|---|---|
| 9/12/02 | 256 | DOCK/DOCK | PREPAY/ADD | |
| | NET 30 DAYS | | PPORT ASSOCIATES | |

CONTACT: DENISE LUCUK

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | NON TAXABLE | | | | | |

** REPRINT INVOICE **

Federal ID# 95-2916508

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 42622.91 | | | .00 | | 42622.91 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE UPS SYSTEMS

*Please note new remit to address*
2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD    CT 06804

**SHIP TO:**
THE DIOCESE OF ROCKVILLE
50 NORTH PARK AVENUE
ROCKVILLE CENTRE NY 11570

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 214340 | 9/21/02 | 1 |

| CUST. ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| 256 | S 284150 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 220 005-284 |  |

| SHIP DATE | 9/20/02 |
| SHIP VIA | DOCK/DOCK |
| BILL OF LADING NO. |  |
| TERMS F.O.B. | DOCK/DOCK |
| FREIGHT | PREPAY/ADD |
| TERMS | NET 30 DAYS |

CONTACT: DENISE LUCUK
REP. 1: DATA SUPPORT ASSOCIATES

Federal ID# 95-2916508

**\*\* REPRINT INVOICE \*\***

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 66071 | MULTISLOT | EA | 1.000 | .000 | | |
| 66062 | SNMP 10 BASE T CARD | EA | 1.000 | .000 | | |
| 66063 | U-TALK BASIC ACQUISITION CARD | EA | 1.000 | .000 | | |

(AH, 35049) ROCKVILLE CENTRE, NY
NET 30, FOB FACTORY, PREPAY/ADD, DOCK/DOCK
CONTACT: EVA CASALE 516-678-5800 X515
CARRIER TO CALL 24HRS PRIOR TO DELIVERY
FREIGHT COST NOT INCLUDED IN PO

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 765.25 | | | .00 | | 765.25 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE UPS SYSTEMS

*Please note new remit to address*

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD   CT   06804

**SHIP TO:**
NY LIFE
51 MADISON AVE
2ND FLOOR
STEVE FACCHETTI
NEW YORK   NY 10010

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 214142 | 9/18/02 | 1 |

| CUST. ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| S2126 | C 286205 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 221 005-283 | |

| SHIP DATE | 9/16/02 |
| SHIP VIA | |
| DOCK/DOCK | |
| TERMS F.O.B. | FREIGHT |
| BILL OF LADING NO. | |

TERMS: CASH IN ADVANCE
REP. 1: DATA SUPPORT ASSOCIATES

CONTACT: DENISE LUCUK

**REPRINT INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK ORDERED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 Contract: CL13211 | | | | | | |
| | PO#: S2126 | | | | | | |
| | Contact Name: Albert Thompson | | | | | | |
| | Contact Phone No: 212-576-3945 | | | | | | |
| | Contract Dates: 09/14/2002 - 09/13/2003 | | | | | | |
| BAT CNTRCT NY | BATTERY CONTRACT NEW YORK BPMS For 72-170100-10 Serial Numbers 263667-01 | EA | 1.000 | .000 | | 513.000 | 513.00 |
| RCT NY | MAINT CONTRACT NEW YORK PM For 72-170100-10 Serial Numbers 263667-01 | EA | 1.000 | .000 | | .000 | .00 |
| CNTRCT NY | MAINT CONTRACT NEW YORK ULTIMATE For 72-170100-10 Serial Numbers 263667-01 | EA | 1.000 | .000 | | 1846.800 | 1846.80 |
| CNTRCT NY | MAINT CONTRACT NEW YORK UP Component For 72-170100-10 Serial Numbers 263667-01 | EA | 1.000 | .000 | | .000 | .00 |

NON TAXABLE

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 2359.80 | | .00 | .00 | .00 | 2359.80 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*Please note new remit to address*

**\*\* REPRINT \*\***
**INVOICE**

Federal ID# 95-2916508

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 215007 | 9/30/02 | 1 |

| CUST. ORDER NO. | MGE ORDER NO. | TAXABLE |
|---|---|---|
| ULTIMATE CONTRA | C 287101 | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. |
|---|---|
| 100106 | 103 005-283 |

| SHIP DATE | FREIGHT |
|---|---|
| 9/30/02 | |

| SHIP VIA | BILL OF LADING NO. |
|---|---|
| DOCK/DOCK | |

| TERMS F.O.B. | |
|---|---|
| CASH IN ADVANCE | |

REP. 1: DATA SUPPORT ASSOCIATES

CONTACT: DENISE LUCUK

**SOLD TO:**
DATA SUPPORT ASSOCIATES
50 POCONO RD
P.O. Box 220
BROOKFIELD    CT  06804

**SHIP TO:**
PFIZER INC
CENTRAL RESEARCH DIVISION
230 EASTERN POINT ROAD
GROTON    CT  06340

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED | QUANTITY BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | CSS District: 795 | | | | | | |
| | PO#: ULTIMATE CONTRA | | | | | | |
| | Contact Name: JOYCE EMERY | | | | | | |
| | Contact Phone No: 860-441-1896 | | | | | | |
| | LABOR NEW YORK | EA | 18.000 | .000 | | 165.000 | 2970.00 |
| | LABOR NON CONTRACT | | | | | | |
| LABOR NY | | | | | | | |
| | TRAVEL NEW YORK | EA | 348.000 | .000 | | .370 | 128.76 |
| | TRAVEL | | | | | | |
| TRAVEL NY | | | | | | | |
| | NON TAXABLE | | | | | | |

| ACCOUNTING | NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | 3098.76 | | .00 | .00 | | 3098.76 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL

# MGE
## UPS SYSTEMS

2643 Collections Center Drive
Chicago, IL 60693
(714) 557-1636 FAX (714) 435-1445

*\*Please note new remit to address\**

| | |
|---|---|
| SOLD TO | DATA SUPPORT ASSOCIATES<br>50 POCONO RD<br>P.O. Box 220<br>BROOKFIELD   CT 06804 |
| SHIP TO | AVON PRODUCTS<br>601 MIDLAND AVE.<br>ATTN: JEFF DIORIO<br>RYE   NY 10580 |

| INVOICE NO. | DATE | PAGE |
|---|---|---|
| 215015 | 9/30/02 | 1 |

| CUST. ORDER NO. | | TAXABLE |
|---|---|---|
| 0000296 | | NO |

| MGE CUSTOMER NO. | REPRESENTATIVE NO. | MGE ORDER NO. |
|---|---|---|
| 100106 31 005-283 | | C 287172 |

| SHIP DATE | |
|---|---|
| 9/30/02 | BILL OF LADING NO. |

| SHIP VIA | |
|---|---|
| DOCK/DOCK | FREIGHT |

| TERMS F.O.B. | |
|---|---|
| CASH IN ADVANCE | ALLOWED |

REP. 1: DATA SUPPORT ASSOCIATES

CONTACT: DENISE LUCUK

**\*\* REPRINT \*\***
**INVOICE**
Federal ID# 95-2916508

| PART NUMBER | DESCRIPTION | U/M | QUANTITY SHIPPED | QUANTITY ORDERED BACK | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | CSS District: 795<br>PO#: 0000296<br>Contact Name: Jeff Diorio<br>Contact Phone No: 914-935-2284 | | | | | |
| | FREIGHT NEW YORK<br>FREIGHT/EXPEDITE | | | | | |
| FREIGHT NY | | EA | 1.000 | .000 | 55.590 | 55.59 |
| -23080 | FILTER AIR 24.56X29.56X0.875<br>PARTS | EA | 6.000 | .000 | 15.890 | 95.34 |
| 04-23081 | FILTER AIR 16.56X29.56X0.875<br>PARTS | EA | 6.000 | .000 | 13.450 | 80.70 |
| | NON TAXABLE | | | | | |

| ACCOUNTING | | | | | |
|---|---|---|---|---|---|
| NET SALES AMOUNT | TRADE DISCOUNT | MISC. CHARGES | TAXES | TERMS DISCOUNT | AMOUNT DUE |
| 231.63 | | .00 | .00 | | 231.63 |

INTEREST AT THE RATE OF 1.5% PER MONTH, EQUAL TO 18% PER ANNUM, WILL BE CHARGED TO ALL PAST DUE ACCOUNTS

ORIGINAL