## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC : | CIVIL ACTION NO. |
|     Plaintiff, : | |
| VS. : | |
| : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. : | |
|     Defendant. : | |
| : | |
| MGE UPS SYSTEMS, INC. : | |
|     Third Party Plaintiff, : | |
| VS. : | |
| ENERSYS, INC., : | |
|     Third Party Defendant. : | |
| : | FEBRUARY 6, 2004 |

## **JURY DEMAND**

Pursuant to Federal Rules of Civil Procedure 38 and 39, Defendant and Third-Party Plaintiff MGE UPS Systems, Inc., respectfully requests a trial by jury on all issues so triable in Plaintiff Data Support Associates, Inc.'s Second Amended Complaint, Defendant and Third-Party Plaintiff MGE UPS Systems, Inc.'s Third Amended Answer, Separate and Additional Defenses and Counterclaims.

        DEFENDANT,
        MGE UPS SYSTEMS, INC.

By: _____
       Michael P. Shea (ct#19598)
       Mario R. Borelli (ct# 18577)
       Jason S. Weathers (ct# 421107)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       (860) 275-0100

    Its Attorneys

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed on this date by regular first class mail to all counsel and pro se parties as follows:

| | |
|---|---|
| Gary S. Klein, Esq.<br>Sandak Hennessey & Greco, LLP<br>970 Summer Street<br>Stamford, CT  06905 | Daniel B. Huyett, Esq.<br>Stevens & Lee<br>111 North Sixth Street<br>P.O. Box 679<br>Reading, PA 19603 |
| Bradford S. Babbitt, Esq.<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | |

_____

Jason S. Weathers

3