**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC : | CIVIL ACTION NO. |
|     Plaintiff, : | |
| VS. : | |
| : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. : | |
|     Defendant. : | |
| : | |
| MGE UPS SYSTEMS, INC. : | |
|     Third Party Plaintiff, : | |
| VS. : | |
| ENERSYS, INC., : | |
|     Third Party Defendant. : | |
| : | FEBRUARY 13, 2004 |

## MOTION TO WITHDRAW APPEARANCE

      Pursuant to Rule 15 of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendant MGE UPS Systems, Inc. Other counsel from Day, Berry & Howard have appeared and will continue to represent the above-mentioned defendants.

>DEFENDANT,
>MGE UPS SYSTEMS, INC.
>
>By: _____
>  Mario R. Borelli (ct# 18577)
>  Day, Berry & Howard LLP
>  CityPlace I
>  Hartford, Connecticut 06103-3499
>  (860) 275-0100
>  (860) 275-0343 (fax)
>
>  Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent on February 13, 2004 by first-class mail, postage prepaid, to all counsel and pro se parties as follows:

Gary S. Klein, Esq.
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT  06905

Daniel Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603

Bradford S. Babbitt, Esq.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Patrick J. McHugh, Esq.
Finn, Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT  06901-2689

_____
Mario R. Borelli