UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DATA SUPPORT ASSOCIATES, INC.** :<br>    Plaintiff | |
| v. : | CIVIL NO.: 3:02cv1418(DJS) |
| **MGE UPS SYSTEMS, INC.** :<br>    Defendant | |
| **MGE UPS SYSTEMS, INC.** :<br>    Third Party Plaintiff | |
| v. | |
| **ENERSYS, INC.** :<br>    Third Party Defendant | |

**ORDER**

The Motion to Withdraw Appearance (Doc. #70) of Mario R. Borelli is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   20th   day of February, 2004.

　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　United States District Judge