UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC | : CIVIL ACTION NO. |
| Plaintiff, | : |
| VS. | : 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. | : |
| Defendant. | : |
| MGE UPS SYSTEMS, INC. | : |
| Third Party Plaintiff, | : |
| VS. | : |
| ENERSYS, INC., | : |
| Third Party Defendant. | : FEBRUARY 27, 2004 |

**<u>ASSENTED TO MOTION FOR LEAVE TO AMEND THIRD PARTY COMPLAINT</u>**

     Pursuant to Federal Rule of Civil Procedure 15(a), defendant/third party plaintiff, MGE UPS Systems, Inc. ("MGE"), hereby moves for leave to file the attached proposed Second Amended Third Party Complaint. Third-party defendant, Enersys, Inc., does not object to the proposed amendment. The proposed amendment would clarify MGE's allegations in the second and third counts and conform the pleadings to the information developed during discovery and known to all parties for several months. The proposed amended pleading adds no new counts and, in fact, deletes some of the language of the First Amended Third-Party Complaint

-2-

WHEREFORE, MGE hereby moves for leave to file the attached proposed Second Amended Third Party Complaint.

        DEFENDANT/THIRD PARTY PLAINTIFF,
        MGE UPS SYSTEMS, INC.


By _____
    Michael P. Shea (ct#19598)
    Jason S. Weathers (ct#24579)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    Its Attorneys

-3-

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this date by regular first class mail to all counsel and pro se parties as follows:

Gary S. Klein, Esq.
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT  06905

Bradford S. Babbitt, Esq.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Daniel B. Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603

Patrick J. McHugh, Esq.
Finn, Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT  06901-2689

_____
Jason S. Weathers