UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DATA SUPPORT ASSOCIATES, INC.** : <br> Plaintiff | |
| v. : | CIVIL NO.: 3:02cv1418(DJS) |
| **MGE UPS SYSTEMS, INC.** : <br> Defendant | |
| **MGE UPS SYSTEMS, INC.** : <br> Third Party Plaintiff | |
| v. | |
| **ENERSYS, INC.** : <br> Third Party Defendant | |

**ORDER**

The Assented to Motion For Leave to Amend Third Party Complaint (Doc. #72) is hereby **GRANTED**. The Clerk shall docket the attached Second Amended Third Party Complaint dated February 27, 2004.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __8th__ day of March, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge