**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| VS. | : | |
| | : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| MGE UPS SYSTEMS, INC. | : | |
| Third Party Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| ENERSYS, INC., | : | |
| Third Party Defendant. | : | |
| | : | MARCH 15, 2004 |
| | : | |

## PLAINTIFF'S LIST OF WITNESSES[1]

Reserving the right to call all witnesses disclosed by other parties, the Plaintiff hereby provides the following list of witnesses:

1) Rudy Kraus, 14 Middleton Road, Newtown, Connecticut: Mr. Kraus will testify regarding the relationship between the parties, the relationship

---

[1] In addition to witnesses listed here, Plaintiff reserves the right to cross examine Defendant's and Third Party Defendant's witnesses and to offer rebuttal and/or impeachment witnesses. The time estimates are only estimates and Plaintiff reserves the right to utilize as much or as little time as necessary. Further, the summaries listed below are extremely generalized summaries of potential areas of inquiry. Plaintiff reserves the right to illicit testimony on other subjects. Further, Plaintiff reserves the right to call these witnesses live or by deposition or both. Finally, by listing certain witnesses and/or subject matter herein, Plaintiff does not waive any of its rights to object to the admissibility of the testimony of such witnesses and/or the subject matter thereof as offered by other parties.

       between the parties and Globix Corporation, the termination of the relationship between DSA and MGE, the selection, purchase, storage, maintenance, delivery, testing, operation, rejection, and attempts to sell the battery systems, the amount of commissions due DSA from MGE, the amount of DSA's damages, and DSA's defenses to MGE's counterclaims. Mr. Kraus is expected to testify for approximately 20 hours.

2) Cheryl Schiavone, 50 Pocono Road, Brookfield, Connecticut: Ms. Schiavone may testify regarding DSA's damages and the defense to MGE's counterclaims. Ms. Schiavone is expected to testify for approximately 3 hours.

3) Rick Sgro, 46 Medford Street, Bristol, CT: Mr. Sgro may testify regarding the selection, purchase, storage, maintenance, delivery, testing, operation, rejection, and attempts to sell the battery systems and the relationship between DSA and Globix. Mr. Sgro is expected to testify for approximately 3 hours.

4) William Whitcomb, 1944 Route 17-B, Bethel, New York: Mr. Whitcomb may testify regarding the performance of the subject batteries and their compliance with their specifications. Mr. Whitcomb is expected to testify for approximately 3 hours.

5) William Beck, 51 Forest Avenue, West Orange, New Jersey: Mr. Beck may testify regarding the selection, purchase, installation, and performance of the subject battery systems. Mr. Beck is expected to testify for approximately 3 hours.

6) Ray Prince, 1660 Scenic Avenue, Costa Mesa, CA: Mr. Prince is expected to testify regarding the performance of the battery systems, his communications with others about such performance, and the issues raised by MGE's Counterclaims against DSA and DSA's claim for commissions. Mr. Prince is expected to testify for 2 hours.

7) Kameel Andrawos 1660 Scenic Avenue, Costa Mesa, CA, Mr. Andrawos is expected to testify regarding the performance of the battery systems, his

        communications with others about such performance, and the issues raised by MGE's Counterclaims against DSA and DSA's claim for commissions. Mr. Andrawos is expected to testify for 2 hours.

8) William Hawke 1660 Scenic Avenue, Costa Mesa, CA: Mr. Hawke is expected to testify about the purchase by MGE of the battery systems, the delivery of the battery systems, and the handling of the battery systems after manufacture. Mr. Hawke is expected to testify for 2 hours.

9) Jeff Wiederkehr, 1660 Scenic Avenue, Costa Mesa, CA: Mr. Wiederkehr is expected to testify regarding MGE's claims against Enersys, the performance of the battery systems, his communications with others about such performance, and the issues raised by MGE's Counterclaims against DSA and DSA's claim for commissions. Mr. Wiederkehr is expected to testify for 2 hours.

10) Patrick Aschoff, 124 Cornelia Lane, Milford, PA: Mr. Aschoff is expected to testify regarding the specifications of the UPS and battery systems, the delivery, installation, testing, and performance of the battery systems, and his conclusions regarding the performance of the battery systems. Mr. Aschoff is expected to testify for 8 hours.

11) Lance Green, 257 South Walter Avenue, Thousand Oaks, CA: Mr. Green may testify regarding the purchase and sale of the battery systems, the performance of the battery systems, and/or Enersys company policies and procedures. Mr. Green is expected to testify for 1 hour.

12) Richard Morrill, 139 Centre Street, New York, NY: Mr. Morrill may testify regarding the operation of the battery systems. Mr. Morrill is expected to testify for 1 hour.

13) Steven Vechy, 2366 Bernville Road, Reading, PA: Mr. Vechy is expected to testify regarding the specifications, sizing, manufacture, warranting, storage, charging, maintenance, care, and handling of the battery systems. Further, Mr. Vechy is expected to testify regarding the warranty of the battery systems and Enersys' policies regarding manufacture, design,

          warranties, service, storage, treatments, and maintenance of batteries. Mr. Vechy is expected to testify for approximately 8 hours.

14) Richard Kristensen, 2366 Bernville Road, Reading, PA: Mr. Kristensen may testify regarding the sizing, selection, manufacture and sale of the battery systems, regarding the performance of Enersys batteries, and regarding Enersys policies and procedures. Mr. Kristensen is expected to testify for 1 hour.

15) Charles McManus, 2366 Bernville Road, Reading, PA: Mr. McManus may testify regarding Enersys policies and procedures, Enersys' response to claimed problems with its batteries, its communications with MGE and DSA about the batteries, its response to MGE's demand for indemnification, its warranty policies, and the manufacture, performance, and operation of Enersys batteries. Mr. McManus is expected to testify for 2 hours.

16) Ariel Schwab, 2366 Bernville Road, Reading, PA: Mr. Schwab is expected to testify regarding the specifications of the UPS and battery systems, the delivery, installation, testing, enhancement, modification, performance, charging, storage, and maintenance of the battery systems, and the interaction among Enersys, MGE, DSA, and Globix during installation. Mr. Schwab is expected to testify for 3 hours.

17) Chuck Snyder, 551 Lucerne Avenue, Placentia, CA: Mr. Snyder is expected to testify regarding the manufacture, testing, care, storage, maintenance, analysis, specifications, and performance of the battery systems. Mr. Snyder is expected to testify for 5 hours.

18) David A. Greenberg, 8 Wright Street, Westport, CT: Mr. Greeenberg is expected to testify regarding the sending, via overnight courier, of certain

documents to MGE in August, 2001. Mr. Greenberg is expected to testify for 1 hour.

**THE PLAINTIFF, DATA SUPPORT ASSOCIATES, INC.**

By\_\_\_\_\_/s/ Gary S. Klein_____
Gary S. Klein (ct 09827)
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT  06905
(203) 425-4200
(203) 325-8608 (fax)
gklein@shglaw.com
Its Attorneys