**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC : | CIVIL ACTION NO. |
|         Plaintiff, : | |
| VS. : | |
| : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. : | |
|         Defendant. : | |
| : | |
| : | |
| : | |
| MGE UPS SYSTEMS, INC. : | |
|         Third Party Plaintiff, : | |
| : | |
| VS. : | |
| : | |
| ENERSYS, INC., : | |
|         Third Party Defendant. : | |
| : | MARCH 15, 2004 |
| : | |

**PLAINTIFF'S LIST OF EXHIBITS[1]**

1. Purchase Order Number 2807 dated April 10, 2000 (PA 1).
2. Bill of Materials dated April 7, 2000 (PA 2)
3. Approval Submittal dated May 8, 2000 (large notebook) beginning Bates Number MGE UPS 8424.
4. e-mail string listing 8/29/01 message from Bill Hawke on top with attachments (PA 3)

---

[1] Plaintiff submits this list pursuant to the Court's standing order regarding Joint Trial Memoranda. By submitting this list, Plaintiff reserves the right to amend the list as necessary, to offer exhibits identified on any other party's list, to use exhibits marked at depositions in the event deposition testimony is presented at trial, and/or, to offer unlisted exhibits for rebuttal and/or impeachment. In addition, by listing an exhibit in this preliminary fashion, Plaintiff does not waive any evidentiary arguments regarding evidence to be offered by any other party. In addition, to the extent that any deposition transcripts are used during the trial as substantive evidence or for impeachment purposes, the Plaintiff reserves the right to mark them as exhibits.

5. e-mail string listing 1031/01 message from Patrick Aschoff on top with attachments (PA 4).
6. Memo from Chuck Snyder dated November 5, 2001 (PA 5)
7. e-mail string listing 11/6/01 message from Patrick Aschoff on top with attachments (PA 6).
8. e-mail string listing 11/12/01 message from Ronn Alonso on top with attachments (PA 7).
9. e-mail string listing 1/2/02 message from Patrick Aschoff on top with attachments (PA 8).
10. e-mail string listing 1/3/02 message from Rudy Kraus on top with attachments (PA 9).
11. e-mail string listing 1/4/02 message from Randy Davis on top with attachments (PA 11).
12. e-mail string listing 1/10/02 message from Patrick Aschoff on top with attachments (PA 12).
13. e-mail string listing 1/11/02 message from Ray Prince on top with attachments (PA 13).
14. e-mail string listing 1/11/02 (11:33 a.m.) message from Ray Prince on top with attachments (PA 14).
15. e-mail string listing 1/21/02 message from Ronn Alonso on top with attachments (PA 15).
16. e-mail string listing 1/23/02 message from Patrick Aschoff on top with attachments (PA 16).
17. e-mail string listing 1/23/02 message from Rod Saunders on top with attachments (PA 17).
18. e-mail string listing 1/23/02 message from Patrick Aschoff on top with attachments (PA 18).
19. Memo dated "October 22, 2002" (created on 1/24/02) from Patrick Aschoff to John Duggan with attachments (PA20).
20. Memo dated January 25, 2002 from Patrick Aschoff to Ariel Schwab with attachments (PA 21)
21. e-mail string listing 2/5/02 message from Patrick Aschoff on top with attachments (PA 22).
22. e-mail string listing 2/6/02 message from Ariel Schwab on top with attachments (PA 23).
23. e-mail string listing 2/6/02 message from Ariel Schwab on top with

2

|     | |
| --- | --- |
|     | attachments (PA 24). |
| 24. | e-mail string listing 2/8/02 message from Ray Prince on top with attachments (PA 25). |
| 25. | e-mail string listing 2/8/02 message from Patrick Aschoff on top with attachments (PA 26). |
| 26. | e-mail string listing 2/8/02 message from Tony Tartol on top with attachments (PA 27). |
| 27. | e-mail string listing 2/8/02 message from Ariel Schwab on top with attachments (PA 28). |
| 28. | e-mail string listing 2/8/02 message from Ray Prince on top with attachments (PA 29). |
| 29. | e-mail string listing 2/23/02 message from Patrick Aschoff on top with attachments (PA 30). |
| 30. | e-mail string listing 2/13/02 message from John Duggan on top with attachments (PA 31). |
| 31. | e-mail string listing 2/21/02 message from Patrick Aschoff on top with attachments (PA 32). |
| 32. | e-mail string listing 2/23/02 message from Patrick Aschoff on top with attachments (PA 33). |
| 33. | e-mail string listing 2/24/02 message from Steve Vechy on top with attachments (PA 34). |
| 34. | e-mail string listing 3/14/02 message from Ariel Schwab on top with attachments (PA 35). |
| 35. | e-mail string listing 4/16/02 message from Patrick Aschoff on top with attachments (PA 36). |
| 36. | e-mail string listing 4/16/02 message from Patrick Aschoff on top with attachments (PA 37). |
| 37. | e-mail string listing 4/23/02 message from Patrick Aschoff on top with attachments (PA 40). |
| 38. | Memo dated May 10, 2002 from Patrick Aschoff to Kameel with attachments (PA 41). |
| 39. | May 16, 2002 letter from Steve Vechy to Jeff Wiederkehr with attachments (PA 42) |
| 40. | e-mail string listing 1/24/02 message from Patrick Aschoff on top with attachments (PA 46). |
| 41. | e-mail string listing 11/13/01 message from Patrick Aschoff on top with |

attachments (PA 47).
42. e-mail string listing 11/14/01 message from John Duggan on top with attachments (PA 48).
43. e-mail string listing 11/27/01 message from John Duggan on top with attachments (PA 49).
44. e-mail string listing 2/27/02 message from Ariel Schwab on top with attachments (PA 52).
45. e-mail string listing 3/19/02 message from Patrick Aschoff on top with attachments (PA 53).
46. Sales Representative Agreement dated 11/1/96 with attachments (RP1)
47. Sales Representative Agreement dated 4/9/01 with attachments (RP2)
48. e-mail string listing 8/5/02 message from Michael O'Brien on top with attachments (RP3)
49. e-mail string listing 8/5/02 message from Liam McPartland on top with attachments (RP4)
50. e-mail string listing 8/6/02 message from Ray Prince on top with attachments (RP5)
51. Facsimile transmission dated August 6, 2002 from George to Mike (RP6).
52. August 8, 2001 letter from Rudy Kraus to Eric Schlobohm with Promissory Note attached (RP7).
53. Letter dated 7/26/00 from Rudy Kraus to Patricia Cobb (RP 11).
54. Facsimile transmission dated 9/12/02 from M. O'Brien to Rudy K (JW 1).
55. Memo from Denise to Rudy Kraus (JW2).
56. Letter from William S. Whitcomb dated December 10, 2002 with report attached (JW3).
57. Letter dated June 7, 2003 from Rudy Kraus to Jeffrey Wiederkehr and Charles McManus (JW4).
58. Letter dated July 16, 2003 from Jeff Wiederkehr to Rudy Kraus.
59. Letter dated July 23, 2003 from Rudy Kraus to Jeff Wiederkehr and Charles McManus.
60. Letter dated August 6, 2003 from Rudy Kraus to Charles McManus and Jeff Wiederkehr.
61. Letter dated July 24, 2003 from Charles McManus to Rudy Kraus.
62. e-mail string listing 9/12/02 message from Jeff Wiederkehr on top with attachments (JW5)
63. e-mail string listing 7/16/01 message from Jeff Wiederkehr on top with

attachments (JW7)
64. Letter dated May 21, 2002 from Rudy Kraus to Jeff Wiederkehr (RK 18).
65. e-mail from Bill Whitcomb to Joe Cantoli dated April 29, 2002 with attached report (RK21).
66. e-mail from Mike Zelinsky to Bill Hawke dated July 26, 2000 (RK25).
67. Letter from Rudy Kraus to Bill Beck dated September 17, 2000 (RK27).
68. e-mail from Jill Wright to Rudy Kraus dated September 26, 2000 (RK29).
69. Letter from Richard Sgro to Kameel Andrawos dated November 20, 2000 (RK30).
70. e-mail from Rudy Kraus to Kameel Andrawos dated 8/1/01 (RK32).
71. Facsimile from Carol Andrighetti to Ken Plaster dated 9/17/01 with attachments (RK33).
72. Memo from Ken Plaster to Rudy Kraus dated January 28, 2002 (RK34).
73. Purchase Order dated March 8, 2002 from Data Support Associates, Inc. to Enersys, Inc (RK36).
74. Facsimile from Ken Plaster to Rudy Kraus, DSA 1748 (RK37).
75. Purchase Order dated August 29, 2002 from DSA to Enersys (RK38).
76. Memo titled Review of 240 DDS125-31 Application in UPS with attachments (RK40).
77. Fax Transmittal of advertisement (RK47).
78. Letter dated June 3, 2002 from Jeffrey Wiederkehr to Rudy Krause (RK52).
79. Damage Analysis with backup (RK60)[2]
80. Bill of Materials and Quote Metrotech (RK64).
81. Package of documents regarding Symantec and Chase Delaware Sales (RK65).
82. Symantec Quote (RK66).
83. Memo from Cheryl Schiavone dated December 11, 2002 with attachments (Schiavone 1).
84. EYP's File as produced on September 5, 2003 (EYP1).
85. Engineer's Test Kit Equipment (EYP 6).
86. Fluke Calibration Certificate (EYP7).
87. Report of Robert Neslon as drafted and marked up (Nelson 6).
88. Quotation 207 by Yuasa (SV4).

---

[2] Plaintiff reserves the right to update and modify this damage analysis as appropriate in advance of trial.

5

89. Cut Sheet (SV5).
90. Battery Information dated May 8, 2000 (SV6).
91. Memo from Michael Zelinsky to Bill Hawke dated July 25, 2000 (SV7).
92. Letter from John Duggan to Ariel Schwab dated November 27, 2001 (SV9).
93. e-mail from Ariel Schwab to John Duggan dated November 27, 2001 (SV10).
94. Letter dated May 16, 2002 from Stephen Vechy to Jeff Wiederkehr (SV 13).
95. Letter dated June 14, 2002 from Charles McManus to Jeff Wiederkehr (SV16).
96. Memo from Jeff Wiederkehr to Charles McManus dated September 18, 2002 (SV17).
97. Letter from Dave Petratis to Charles McManus dated October 16, 2002 (SV18).
98. Letter from Charles McManus to David Petratis dated October 29, 2002 (SV19).
99. Letter from Jeff Wiederkehr to Charles McManus dated June 11, 2002.
100. Facsimile re sizing calculations dated January 28, 2000 from Lance Green to Bill Hawke (SV26).
101. e-mail from Mike Zelinsky to Frank Tarantino dated January 31, 2000 (SV27).
102. e-mail string listing 2/10/00 message from Frank Tarantino on top with attachments (SV28).
103. e-mail string listing 2/14/00 message from Paul Foley on top with attachments (SV29).
104. Purchase order from MGE to Yuasa regarding charging of batteries from Bill Hawke to Ron Alonso (SV32).
105. Letter from Gunder to Driscoll dated January 17, 2001 (SV33).
106. Handwritten letter and charts from Smith to Driscoll (SV34).
107. Yuasa Quotation 211 dated 2/18/00 (SV38).
108. Purchase order to Enersys, Inc. dated 9/12/01 (SV45).
109. Purchase order to Enersys dated March 8, 2002 (SV46).
110. 8/29/02 fax from Rick Bode to Ariel Schwab with attachments including purchase order to Enersys dated August 29, 2002 (SV47).
111. e-mail string listing 9/26/00 message from Jill Wright on top with several

attachments (SV49).
112. letter from Meghan McGee to Mike Driscoll dated January 17, 2001 (SV50).
113. e-mail string listing 722/02 message from Chuck Snyder on top with attachments (SV53).
114. Packing List dated 6/20/02 (SV54).
115. e-mail string listing 7/8/02 message from Ariel Schwab on top with attachments (SV55).
116. Service Report number 304539 (SV56).
117. Service Report number 348549 (SV57)
118. e-mail string listing 3/10/03 message from Ariel Schwab on top with several attachments (SV58).
119. e-mail string listing 6/3/03 message from Ariel Schwab on top with several attachments (SV59).
120. Enersys Invoices to MGE for charging (E-2).
121. Service Report Number 150761 (E-3).
122. Enersys Invoices to DSA for Charging (E-4).
123. Service Reports for Charging of batteries starting with 149477 (E-5).
124. Enersys Invoices to DSA for Charging (E-6).
125. Service Reports for charging batteries starting with 149481 (E-7).
126. Enersys Invoices to DSA for charging (E-8).
127. Service Reports and related documents for charging events in summer/fall of 2002 (E-9).
128. e-mail string listing 9/4/03 message from Joe Miranda on top with several attachments (E-10).
129. e-mail string listing 9/9/03 message from Steve Vechy on top with several attachments (E-11).
130. Safety, storage, operating, and maintenance manual (E-12).
131. Service Reports starting with 304539 (E-13).
132. e-mail string listing 9/9/03 message from Steve Vechy on top with several attachments (E-16).
133. e-mail from Ariel Schwab to Larry Burkert dated 8/12/02 (E-18).
134. Facsimile dated 11/12/01 from Chuck Snyder to Rudy Kraus with attached reports (CS2).
135. Review of 240 DDS 125-31 Battery Application in UPS (CS3).
136. e-mail string listing 7/22/02 message from Chuck Snyder on top with

7

      several attachments (CS4).
137. e-mail string listing 7/8/02 message from Ariel Schwab on top with several attachments (CS5).
138. Lab Test Assignment Project 304 (CS6)
139. e-mail string listing 1/3/02 message from Ariel Schwab on top with several attachments (CS9).
140. Lab Test Assignment Project 304 (CS10)
141. Letter from Charles McManus to Rudy Kraus dated July 24, 2003 (McManus 1).
142. Purchase Order from Bill Hawke to Ron Alonso dated 2/5/01 (WH10).
143. Purchase Order from Bill Hawke to Brenda Hodge dated 2/21/01 (WH11).
144. Purchase Order from Bill Hawke to Brenda Hodge dated 5/3/01 (WH12).
145. e-mail string listing 7/22/02 message from Ariel Schwab on top with several attachments (AS10).
146. e-mail string listing 3/21/00 message from Rich Kristiansen on top with several attachments (K8).
147. e-mail string listing 6/22/00 message from Rick Sgro on top with several attachments (KA1).
148. Letter from Rick Sgro to Kameel Andrawos dated 11/20/00 (KA3).
149. e-mail from Mike Driscoll to Kameel Andrawos dated 11/29/00 (KA4).
150. Purchase Order dated 11/2/03 for Symantec.
151. Invoice dated 1/5/04 from Hodge Warehouse to DSA.
152. Purchase Order dated 12/1/03 from Furness to DSA.
153. Quotation dated 10/30/03 from DSA/Encore to JP Morgan Chase.
154. e-mail from Michael O'Brien dated 10/7/02 to Jeff Wiederkehr and Dave Petratis re DSA.
155. MGE UPS System Commissions Statement dated 9/9/02 (MGE UPS 11423).
156. e-mail from Michael O'Brien dated 9/12/02 to Rudy Kraus re: service hold.
157. First Union funds transfer information dated 9/13/02 showing $60,000.00 paid to MGE.
158. Letter from Rudy Kraus to Mike O'Brien dated 10/1/02 with attachments.
159. e-mail from Rick Drnek to Michael O'Brien dated 10/1/02.
160. e-mail from Bill Beck to John Duggan and Rudy Kraus dated 10/1/01.
161. Letter from David Greenberg to Rose Helen Perez dated September 26,

    2002.
162. Damage Analysis as updated prior to trial.
163. Backup invoices and purchase orders in support of claims for commissions (4DSA1-179).
164. Backup invoices and purchase orders in support of claims for commissions (DSA0367-1100).
165. Federal Express receipt dated 8/8/01 to Eric Schlobohm.
166. 2/10/04 Invoice of Robert Nelson;
167. Billing Records of Robert Nelson;
168. 9/29/03 engagement letter between Stevens & Lee and Robert Nelson.

**THE PLAINTIFF, DATA SUPPORT ASSOCIATES, INC.**

By_____/s/Gary S. Klein_____
   Gary S. Klein (ct 09827)
   Sandak Hennessey & Greco, LLP
   970 Summer Street
   Stamford, CT  06905
   (203) 425-4200
   (203) 325-8608 (fax)
   gklein@shglaw.com
   Its Attorneys