# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| VS. | : | |
| | : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| MGE UPS SYSTEMS, INC. | : | |
| Third Party Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| ENERSYS, INC., | : | |
| Third Party Defendant. | : | |
| | : | MARCH 15, 2004 |
| | : | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Have you ever been a party to a legal proceeding? If so, what kind of case was it and what was your role? What was the outcome?

2. Have you ever been a witness in a case? Explain.

3. Have you ever served on a jury before? If so, explain.

4. Have you or any friends or relatives ever worked for or with any of the parties? If so, explain.

5. Have you ever used or purchased any goods or services made or sold by the parties? If so, explain.

6. Have you served in the military? If so, when, in what position, and in

what rank?

7. Do you have any background or experience in transactions involving the commercial sale of computer equipment, power equipment, or environmental equipment? If so, explain.

8. Do you have any background or experience in transactions involving the sale and delivery of goods that are required to meet a certain specification? If so, explain.

9. Do you hold any biases or prejudices against out of state or international companies, as opposed to companies that are located here in Connecticut?

10. Have you ever had any experience in rejected commercial goods or attempting to return goods on the ground that the goods did not meet your requirements? If so, explain.

11. Do you have any training or experience in electrochemistry, electrical engineering, electrophysics, energy, electricity, or power systems? If so, explain.

12. Do you hold any biases or prejudices relating to a person's service in the armed forces?

13. Are you able to follow the law even if you personally disagree with it?

14. Are you able to wait until you hear all of the evidence prior to making a decision?

15. If the evidence and law support it, are you comfortable awarding damages in substantial amounts?

16. Do you know any of the attorneys involved in this case?

17. Have you ever worked for, or have any of your friends or family worked for, any of the attorneys in this case?

18. Is there anything that you need to tell the Court and parties that would affect your service as a juror in this case?

19. Do you have any experience in building or designing machinery or electrical equipment?

           **THE PLAINTIFF, DATA SUPPORT ASSOCIATES, INC.**

By_____/s/ Gary S. Klein_____
        Gary S. Klein (ct 09827)
        Sandak Hennessey & Greco, LLP
        970 Summer Street
        Stamford, CT  06905
        (203) 425-4200
        (203) 325-8608 (fax)
        gklein@shglaw.com
        Its Attorneys