**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC     : | CIVIL ACTION NO. |
|           Plaintiff,     : | |
| VS.     : | |
|      : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC.     : | |
|           Defendant.     : | |
|      : | |
| MGE UPS SYSTEMS, INC.     : | |
|           Third Party Plaintiff,     : | |
| VS.     : | |
| ENERSYS, INC.,     : | |
|           Third Party Defendant.     : | MARCH 15, 2004 |

## MGE – LIST OF WITNESSES

Defendant/Third Party Defendant MGE UPS Systems, Inc. ("MGE"), anticipates that it may call to testify some or all of the following witnesses and some or all of the witnesses listed by Plaintiff Data Support Associates, Inc. ("DSA") and by Enersys, Inc. ("Enersys"). MGE expressly reserves the right to amend its witness list to call additional witnesses and to change the scope of the expected testimony described below. MGE also expressly reserves its right to use deposition transcripts as permitted by the Federal Rules.

**Kameel Andrawos** – MGE UPS Systems, Inc., 1660 Scenic Drive, Costa Mesa, California 92626. Mr. Andrawos's testimony, including cross-examination, is expected to take 3.5 – 4.5 hours.[1] Mr. Andrawos is expected to testify about the facts and circumstances of the

---

[1] The time estimates for testimony for the witnesses listed herein refer only to the time anticipated for a single direct and cross-examination of the witness during MGE's case-in-chief.

sale by MGE to DSA of batteries and other equipment in Spring 2000.  Mr. Andrawos is also expected to testify regarding procurement of the batteries and certain other equipment, the sale of such equipment to DSA, and communications with DSA about such equipment.  Mr. Andrawos is also expected to testify regarding changes in DSA's order for equipment and services following the original sale, changes in the schedule for delivering the equipment, and the financial details of sale of the batteries and other equipment to DSA.  Mr. Andrawos is also expected to testify about communications between himself and DSA, and may testify about other topics covered during his deposition.

**Patrick Aschoff** – MGE UPS Systems, Inc., 1660 Scenic Drive, Costa Mesa, California 92626.  Mr. Aschoff's testimony, including cross-examination, is expected to take 4.5 to 5.5 hours.  Mr. Aschoff is expected to testify about the batteries installed at the Globix site at 415 Greenwich Street in New York City and about events occurring at that site from approximately April 2001 to approximately May 2002.  Mr. Aschoff may also testify about other topics covered during his deposition.

**William Beck** – CS First Boston, 11 Madison Avenue, New York, New York.  – Mr. Beck's testimony, including cross-examination, is expected to take 3.0 to 3.5 hours.  Mr. Beck, a former employee of Globix Corporation, is expected to testify regarding the Globix project, the equipment delivery schedule for the project, Globix's arrangements with DSA regarding the equipment, Globix's settlement with DSA regarding cancellation of the equipment, Globix's use and maintenance of the batteries, and Globix's effort to sell the 415 Greenwich Street property and related equipment.  Mr. Beck may also testify on other topics covered during his deposition.

**Ronald Croce** – Data Support Associates, 50 Pocono Rd., Brookfield, CT 06804.  Mr. Croce's testimony, including cross-examination, is expected to last 1.0 to 2.0 hours.  Mr. Croce

is expected to testify about his role at DSA, about his knowledge of financial transactions between DSA and MGE, and about his communications with MGE.

**Lance Green** -- 257 South Walter Ave., Thousand Oaks, CA 91320 – Mr. Green's testimony, including cross-examination, is expected to take 1.5 hours or less.  Mr. Green, a former employee of Enersys, is expected to testify regarding MGE's procurement of the batteries from Enersys, communications between Enersys and MGE and Enersys and DSA concerning the batteries, and internal communications at Enersys about the batteries.  He may also testify about other topics covered during his deposition.

**William Hawke** – MGE UPS Systems, Inc., 1660 Scenic Drive, Costa Mesa, California 92626.  Mr. Hawke's testimony, including cross-examination, is expected to take 2.0 to 3.0 hours. Mr. Hawke is expected to testify about MGE's procurement of the batteries from Enersys, about the documents involved in that procurement, about arrangements to charge certain batteries and arrange for shipping to the Globix site in New York City, and about MGE's communications with Enersys and the Hodge warehouse.  Mr. Hawke is also expected to testify regarding procurement of other equipment, including battery monitors and spill containment systems.  Mr. Hawke may also testify about other topics covered during his deposition.

**Rudy Kraus**.  – Data Support Associates, 50 Pocono Rd., Brookfield, CT 06804.  Mr. Kraus's testimony, including cross-examination, is expected to take 3.5 to 5.0 hours.  Mr. Kraus is expected to testify regarding DSA's receipt and handling of the batteries, DSA's agreements and communications with Globix, DSA's agreements and communications with MGE, DSA's communications with Enersys, and DSA's communications with third parties about the batteries and other equipment.  Mr. Kraus is also expected to testify about DSA's claims and alleged

damages in this litigation.  Mr. Kraus may also testify about other topics covered during depositions in which he testified on behalf of DSA.

**Richard Kristiansen** – 75 Loch Lomond Lane, Middletown, New York.  Mr. Kristiansen's testimony, including cross-examination, is expected to take 2.0 to 3.5 hours.  Mr. Kristiansen, an employee of Enersys, will testify regarding Enersys's sale of the batteries to MGE, the documents relating to that sale, and Enersys's communications with DSA and MGE regarding the batteries.  He may also testify about other topics covered during his deposition.

**Charles McManus** – Enersys, Inc., 2366 Bernville Road, Reading, PA.  Mr. McManus's testimony, including cross-examination, is expected to take 1.5 hours or less.  Mr. McManus is expected to testify regarding meetings and communications between Enersys and DSA and between Enersys and MGE, and other topics covered during his deposition.

**Marco Migliaro** – ESA Consulting, Inc., 14611 Heights Boulevard, Jupiter, Florida 33458-6710.  Mr. Migliaro's testimony, including cross-examination, is expected to take 4.5 – 6.0 hours.  Mr. Migliaro is expected to testify about his qualifications in the fields of batteries generally, batteries operating with a UPS application, the development of specifications for batteries, and battery testing.  Mr. Migliaro is also expected to testify in the form of opinions regarding the specifications relating to the batteries involved in this case, changes to those specifications, application of those specifications to the batteries involved in this case, the handling and maintenance of the batteries remaining in storage, and other topics that were set forth in his report provided to all parties pursuant to Rule 26(a)(2) and/or covered at his deposition.  To the extent DSA is allowed to present testimony of Mr. Whitcomb or Sierra Technologies, Inc., Mr. Migliaro is also expected to offer testimony to rebut such testimony.  Mr. Migliaro may also be asked to rebut testimony offered by Enersys's expert.

**Richard Morrill** – Globix Corporation, 139 Centre Street, New York, NY. Mr. Morrill's testimony, including cross-examination, is expected to take 2.0 to 2.5 hours. Mr. Morrill, an employee of Globix Corporation, is expected to testify regarding Globix's business, Globix's use and re-sale of the batteries, the circumstances at the Globix New York site, documents relating to the batteries and other topics covered during his deposition.

**Michael O'Brien** – MGE UPS Systems, Inc., 1660 Scenic Drive, Costa Mesa, California 92626. Mr. O'Brien's testimony, including cross-examination, is expected to take 2.5 – 4.0 hours. Mr. O'Brien is expected to testify regarding MGE, its corporate structure, and its products. Mr. O'Brien is also expected to testify regarding MGE's counterclaims against DSA, including DSA's role as a sales representative of MGE, MGE's termination of DSA's sales representation, DSA's liability to MGE under buy-and-resale arrangements and under a promissory note, MGE's fraud and breach of contract claims against DSA, and MGE's claim against DSA for breach of a sublease agreement. Mr. O'Brien is also expected to testify about DSA's claim for allegedly unpaid commissions.

**Ray Prince** – MGE UPS Systems, Inc., 1660 Scenic Drive, Costa Mesa, California 92626. Mr. Prince is expected to testify regarding MGE, its corporate structure, and its products. Mr. Prince is also expected to testify regarding MGE's counterclaims against MGE, including DSA's role as a sales representative of MGE, MGE's termination of DSA's sales representation, DSA's liability to MGE under buy-and-resale arrangements and under a promissory note, MGE's fraud and breach of contract claims against DSA, amounts claimed by DSA as unpaid commissions, and MGE's claim against DSA for breach of a sublease agreement. Mr. Prince may also testify about other topics covered at his deposition.

**Cheryl Schiavone** – Data Support Associates, Inc., 50 Pocono Rd., Brookfield, CT 06804.  Ms. Schiavone's testimony, including cross-examination, is expected to take 1.5 to 3.0 hours.  Ms. Schiavone is expected to testify regarding the financial arrangements and balance of payments between DSA and Globix for the Globix projects, financial documents from DSA's records, DSA's commissions arrangement with MGE, DSA's claim against MGE for unpaid commissions, DSA's other damages claims, and other topics covered at her deposition.

**Ariel Schwab** – Enersys, Inc., 2366 Bernville Road, Reading, PA.  Mr. Schwab's testimony, including cross-examination, is expected to take 1.0 hours or less.  Mr. Schwab is expected to testify regarding his communications with representatives of DSA, MGE and Enersys about the batteries, and other topics covered during his deposition.

**Richard Sgro** -- Turner Logistics, Turner Construction, 4 Skyline Drive, Hawthorne, NY 10532.  Mr. Sgro's testimony, including cross-examination, is expected to take 1.5 to 3.0 hours. Mr. Sgro, a former DSA employee, is expected to testify about his role in the Globix project while employed at DSA, his understanding of the arrangements and schedule for delivering and inspecting equipment for that project, documents he authored or received while involved in the project, and other topics covered at his deposition.

**Charles Snyder** -- 551 Lucerne Ave., Placentia, CA.  Mr. Snyder's testimony, including cross-examination, is expected to take 3.0 to 4.0 hours.  Mr. Snyder, a former Enersys employee, is expected to testify regarding his role in testing and analyzing batteries taken from the Globix New York site and the Hodge warehouse, the results and analysis of that testing, his conclusions regarding initial testing of the batteries at the Globix New York site, and his recommendations for maintenance and charging of those batteries and for batteries in the Hodge warehouse.  Mr. Snyder may also testify regarding other topics covered at his deposition.

**Steven Vechy** -- Enersys, Inc., 2366 Bernville Road, Reading, PA. Mr.Vechy's testimony, including cross-examination, is expected to take 4.5 to 5.5 hours. Mr. Vechy is expected to testify regarding storage of the batteries at the Hodge warehouse, the engagement of Enersys by MGE and DSA to charge and maintain the batteries, Enersys's charging and maintenance of the batteries, changes in the market for the type of batteries involved in this case, Enersys's testing of the batteries, and other topics covered during his deposition and a deposition in which he testified on behalf of Enersys.

**Jeffrey Wiederkehr** – MGE UPS Systems, Inc., 1660 Scenic Drive, Costa Mesa, California 92626. Mr. Wiederkehr's testimony, including cross-examination, is expected to take 2.5 – 4.0 hours. Mr. Wiederkehr is expected to testify regarding MGE, its corporate structure, its products, debts owed by DSA to MGE, DSA's promissory note to MGE, MGE's counterclaims against DSA, DSA's claim that MGE owes it commissions, communications between MGE and DSA and between MGE and Enersys, and other topics covered at his deposition.

                              DEFENDANT,
                              MGE UPS SYSTEMS, INC.

                        By: _____
                              Michael P. Shea (ct#19598)
                              Jason S. Weathers (ct#24579)
                              Day, Berry & Howard LLP
                              CityPlace I
                              Hartford, Connecticut 06103-3499
                              (860) 275-0100
                              Its Attorneys