UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC : | CIVIL ACTION NO. |
| Plaintiff, : | |
| VS. : | |
| : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. : | |
| Defendant. : | |
| : | |
| : | |
| : | |
| MGE UPS SYSTEMS, INC. : | |
| Third Party Plaintiff, : | |
| : | |
| VS. : | |
| : | |
| ENERSYS, INC., : | |
| Third Party Defendant. : | March 15, 2004 |
| : | |

**TRIAL EXHIBIT LIST**

Defendant/Counterclaim Plaintiff/Third Party Plaintiff MGE UPS Systems, Inc. ("MGE"), includes in its list of exhibits documents that may become relevant at trial depending on the evidence presented, and that it may offer in its case-in-chief. By listing these exhibits, MGE does not thereby concede their admissibility at trial. MGE expressly reserves the right to amend this list up to the time of trial and to use any of the exhibits listed by Plaintiff Data Support Associates, Inc. ("DSA"), and Third Party Defendant Enersys, Inc. ("Enersys"). MGE also reserves the right to add exhibits to its list in light of the Court's rulings on evidence, and further reserves the right to use charts, enlargements or demonstrative exhibits during the course of the trial as needed.[1]

---

[1] To preserve its rights under this Court's Joint Trial Memorandum Order, MGE hereby objects to each and every exhibit listed by DSA and Enersys until such time as the parties have conferred in a further effort to narrow objections to the large number of trial exhibits in this case.

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 1. | 2 DSA 0002 – 2 DSA 0024 | Section 16610 which is entitled *Uninterruptible Power System Supply* dated January 31, 2000 | | |
| 2. | E 6069 | Email dated February 4, 2000 from Lance Green to Steve Vechy with cc's to Mike Zelinsky, Francis Taylor and Don Ray | | |
| 3. | MGE UPS 08073 | Letter dated February 4, 2000 from Rudy Kraus, Data Support to Christopher Beloy, MGE | | |
| 4. | E 6071 – E 6072 | Email with attachment dated February 14, 2000 from Rich Kristiansen to Paul Foley, Steve Vechy and Don Ray with cc's to Lance Green and Mike Zelinsky | | |
| 5. | E000186 | Email dated February 14, 2000 from Paul Foley to Rich Kristiansen with cc's to Steve Vechy, Lance Green, Mike Zelinsky and Don Ray | | |
| 6. | E000194 & E000196 | Fax with attachment dated February 18, 2000 from Rich Kristiansen, Yuasa to Don Ray, Paul Foley and Steve Vechy | | |
| 7. | MGE UPS 11090 | Yuasa Quotation # 000211 dated February 18, 2000 from Rich Kristiansen, Yuasa to Brett Korn, MGE UPS Systems | | |
| 8. | E 6079 | Email dated February 29, 2000 from Lance Green to Steve Vechy with cc's to Francis Taylor, Don Ray, Paul Foley, Rich Kristiansen, Mike Zelinsky | | |
| 9. | DSA 1242 – DSA 1243 | Email with attachment dated March 21, 2000 from Rich Kristiansen to Rudy Kraus | | |

The parties have agreed to confer again prior to trial in an effort to resolve objections to individual exhibits.

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 10. | E 6087 – E 6088 | Email with attachment dated March 23, 2000 from Mike Zelinsky to Lance Green with cc's to Steve Vechy and Meghan McGee | | |
| 11. | MGE UPS 11346 – MGE UPS 11355 | Five MGE UPS Systems Purchase Orders all dated March 23, 2000 to Yuasa, Inc. | | |
| 12. | MGE UPS 11356 | MGE Orders – Shipment Schedule as of March 23, 2000 | | |
| 13. | DSA 0355 – DSA 0361 | Letter Agreement dated March 31, 2000 between Globix Corp. and Data Support | | |
| 14. | DSA 0333 – DSA 0354 | Letter Agreement dated March 31, 2000 between Globix Corp. and Data Support | | |
| 15. | G 2865 – G 2876 | Globix computer screenshots re: Data Support invoices dated Apr., May & June, 2000, and Jan. & Nov., 2001 | | |
| 16. | MGE UPS 08075 – MGE UPS 08079 | Letter dated April 10, 2000 from Data Support to MGE UPS Systems | | |
| 17. | MGE UPS 10829 – MGE UPS 10832 | Fax with attachment dated April 14, 2000 from Roger Monaco, MGE to Rudy Kraus, Data Support with cc's to Brett Korn, Ray Prince and Kameel Andrawos | | |
| 18. | DSA 2066 – DSA 2069 | Handwritten Ledger Sheets with entries beginning on April 25, 2000 re: Cummins Portion and MGE Portion | | |
| 19. | DSA 1279 – DSA 1281 | Email with attachment dated June 16, 2000 from Richard Sgro to W. Beck with cc's to A. Anzalone, Brett Korn, Rudy Kraus and Michael Driscoll | | |
| 20. | MGE UPS 11329 | Email dated June 21, 2000 from Brett Korn to M. Driscoll, R. Kraus and R. Sgro | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 21. | DSA 1288 | Email chain dated June 21, 2000 among Richard Sgro, Brett Korn, Michael Driscoll, and Rudy Kraus | | |
| 22. | DSA 1293 | Email dated June 23, 2000 among Richard Sgro, Brett Korn, Michael Driscoll and Rudy Kraus | | |
| 23. | MGE UPS 11328 | Letter dated July 25, 2000 from Michael Zelinsky, Yuasa to Bill Hawke, MGE with cc's to Bill Barry, Steve Vechy, and Charlie McManus | | |
| 24. | DSA 1819 | Letter dated July 25, 2000 from Michael Zelinsky, Yuasa to Bill Hawke, MGE with cc's to Bill Barry, Steve Vechy, and Charlie McManus and with handwritten notes | | |
| 25. | E000146 – E000147 | Email dated July 26, 2000 from Mike Zelinsky to Francis Taylor, Bill Barry, Bill Hawke, Brett Korn and Florence Crumpler with cc's to Steve Vechy, Meghan McGee and Rich Kristiansen | | |
| 26. | E000148 | Email dated July 26, 2000 from Mike Zelinsky to Bill Hawke, MGE with cc's to Bill Barry, Steve Vechy, Meghan McGee and Rich Kristiansen | | |
| 27. | MGE UPS 000011 – MGE UPS 000012 | Email with attachment dated August 8, 2000 from Jill Wright to Rudy Kraus with cc's to Kameel Andrawos, Brett Korn, R. Sgro and Bill Hawke | | |
| 28. | G 3760 – G 3761 | Email with attachment dated September 1, 2000 from Michael Driscoll, Data Support to William Beck, Fatima Tamimi and Anthony Anzalone with cc's to Rudy Kraus and Richard Sgro | | |
| 29. | MGE UPS 10958 – MGE UPS 10964 | Fax with attachment dated September 8, 2000 from Jill Wright, MGE UPS to Rudy Kraus and Mike Driscoll | | |
| 30. | DSA 1994 – DSA 1995 | Letter dated September 17, 2000 from Rudy Kraus, Data Support to Bill Beck, Globix | | |

-4-

| **No.** | **Bates Nos.** | **Description** | **Objection** | **Full/I.D.** |
|---|---|---|---|---|
| 31. | E000255 | Letter dated September 25, 2000 from John Edgar at Yuasa to Jill Wright, MGE with cc's to C. McManus, M. McGee, B. Barry and B. Hodge | | |
| 32. | G 0622 – G 0623 | Letter dated September 25, 2000 from Richard Sgro, Data Support to William Beck, Facilities Engineering with cc's to Tony Anzalone, Globix; Rudy Kraus, Data Support; and Mike Driscoll, Data Support | | |
| 33. | DSA 1328 | Email chain dated September 25, 2000 among Jill Wright, Rudy Kraus, M. Driscoll, John Edgar and Charlie McManus | | |
| 34. | DSA 1329 – DSA 1331 | Email with attachment dated September 26, 2000 from Jill Wright, MGE UPS to Rudy Kraus and M. Driscoll, Data Support | | |
| 35. | MGE UPS 11166 – MGE UPS 11167 | Email chain with attachment dated September 26, 2000 among Jill Wright, Bill Hawke, Charlie McManus, Meghan McGee and Bill Barry | | |
| 36. | G 0603 – G 0604 | Letter dated September 27, 2000 from Rudy Kraus, Data Support to Bill Beck, Globix | | |
| 37. | G 3015 – G 3016 | Email with attachment dated September 27, 2000 from Rudy Kraus, Data Support to W. Beck, Globix | | |
| 38. | MGE UPS 10460 | Letter with attachment dated October 11, 2000 from Rudy Kraus, Data Support to Kameel Andrawos, MGE UPS Systems **(Depo. Ex. RK-14)** | | |
| 39. | DSA 2111 – DSA 2112 | Two Data Support invoices to Globix dated October 18, 2000 and November 27, 2000, respectively | | |
| 40. | E001034 – E001063 | Handwritten memo with attachment dated October 27, 2000 from Jim Smith, Yuasa to Michael Driscoll, Data Support | | |
| 41. | DSA 2082 – | Invoice dated November 2, 2000 with attachment | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
|  | DSA 2084 | from Data Support to Globix Corp. |  |  |
| 42. | G 3750 – G 3751 | Email with attachment dated November 8, 2000 from Mike Driscoll, Data Support to William Beck, Globix with cc: to Rudy Kraus re: Schedule Matrix |  |  |
| 43. | G 3754 – G 3755 | Email with attachment dated November 8, 2000 from Mike Driscoll, Data Support to William Beck, Globix with cc: to Rudy Kraus re: Revised Schedule Matrix |  |  |
| 44. | G 3689 | Email dated November 20, 2000 from Alan Patrick, Globix to M. Humphrey, Globix; and William Beck |  |  |
| 45. | DSA 2076 – DSA 2081 | Letter with attachment dated November 27, 2000 from Cheryl Schiavone, Data Support to Bill Beck, Globix; and Letter dated December 20, 2000 from Cheryl Schiavone, Data Support to Bill Beck, Globix |  |  |
| 46. | DSA 2112 | Invoice dated November 27, 2000 from Data Support to Globix Corp. **(Depo Ex. Schiavone 8)** |  |  |
| 47. | BTT 0175 – BTT 0182 | Fax with attachment dated December 11, 2000 from Alan Parick, Globix to Rudy Kraus |  |  |
| 48. | MGE UPS 11280 – MGE UPS 11284 | MGE UPS Systems Purchase Orders. One dated December 13, 2000 to Hodge Trucking; and the other dated December 14, 2000 to Yuasa |  |  |
| 49. | E000376 | Fax dated December 14, 2000 from Bill Hawke, MGE to Ron Alonso, Yuasa |  |  |
| 50. | G 3617 – G 3619 | Email dated December 26, 2000 from Alan Patrick, Globix to S. Reiter, Globix with cc's to Mikhail Maslov and William Beck |  |  |
| 51. | MGE UPS | Email chain dated December 27, 2000 between |  |  |

| <u>No.</u> | <u>Bates Nos.</u> | <u>Description</u> | <u>Objection</u> | <u>Full/I.D.</u> |
|---|---|---|---|---|
|  | 000143 | Ron Alonso and Bill Hawke |  |  |
| 52. | MGE UPS 000140 | Email chain dated December 22 & 27, 2000 among Bill Hawke, Kameel Andrawos, and Ron Alonso |  |  |
| 53. | MGE UPS 000142 – MGE UPS 000143 | Email chain dated January 2, 2001 among Mike Driscoll, Kameel Andrawos, Rudy Kraus, and Ron Alonso |  |  |
| 54. | BTT 0213 – BTT 0216 | Letter with attachment dated January 3, 2001 from Rudy Kraus, Data Support to Dave Greenberg, Esq. |  |  |
| 55. | E 6715 – E 6718 | Enersys Invoices to MGE, Order Date is January 12, 2001 |  |  |
| 56. | G 3653 | Email chain dated January 15, 2001 among Jose Alvarez, Globix; Bill Beck, Globix; and Sheldon Reiter |  |  |
| 57. | DSA 0319 – DSA 0322 | Letter Agreement dated January 16, 2001 with attachments between Globix Corp. and Data Support |  |  |
| 58. | BTT 0001 | Fax cover sheet dated January 16, 2001 from David Greenberg, Esq. to Rudy Kraus |  |  |
| 59. | BTT 0159 – BTT 0160 | Draft Letter Agreement between Data Support and Globix dated January 16, 2001 |  |  |
| 60. | G 3620 – G 3623 | Email with attachment dated January 17, 2001 from Alan Patrick, Globix to Sheldon Reiter; Bill Beck; and B. Reach with cc: to Mikhail Maslov |  |  |
| 61. | DSA 1104 & DSA 1106 | Letter with attachment dated January 17, 2001 from Meghan McGee, Enersys to Michael Driscoll, Data Support |  |  |
| 62. | DSA 2070 – DSA 2075 | Data Support Invoices to Globix, marked paid on January 18, 2001 |  |  |

| <u>No.</u> | <u>Bates Nos.</u> | <u>Description</u> | <u>Objection</u> | <u>Full/I.D.</u> |
|---|---|---|---|---|
| 63. | G 2760 – G 2762 | Email chain dated January 16, 17, 24 & 25, 2001 among Michael Humphrey, Globix; Sheldon Reiter, Globix; B. Beck, Globix; James Schroeder; Alan Patrick, Globix; J. Garcia, Globix; A. Lowenthal, Globix; Mikhail Maslov, Globix; B. Reach, Globix; and R. Bell, Globix | | |
| 64. | MGE UPS 000229 | Email dated April 9, 2001 from Patrick Aschoff to Jeff Wiederkehr with cc's to Kameel Andrawos, Alberto Chois, Peter Braun, Robert Sellons and Rod Saunders, all of MGE UPS | | |
| 65. | n/a | Sublease dated May 1, 2001 between MGE UPS Systems and Data Support | | |
| 66. | MGE UPS 000244 – MGE UPS 000245 | Email dated May 13, 2001 from Patrick Aschoff, to Kameel Andrawos with cc's to Peter Braun; Ralph Kittel; J. Rice; Mike McDougall | | |
| 67. | MGE UPS 07099 – MGE UPS 07110 | Memo with attachment dated May 31, 2001 from Kameel Andrawos to Rudy Kraus with cc: to Ray Prince | | |
| 68. | E000862 | Yuasa Service Report re: MGE dated June, 2001 | | |
| 69. | DSA 2205 | Copy of a Globix check dated July 5, 2001 payable to Data Support in the amount of $2,162,452.25 | | |
| 70. | HODGE 228 | Letter dated July 24, 2001 from Rudy Kraus, Data Support to Ms. Hodge | | |
| 71. | G 3646 – G 3647 | Email chain dated July 25, 2001 among Alan Patrick, Globix; William Beck; Anthony Previte and Michael Maslov | | |
| 72. | MGE UPS 000339 – MGE UPS 000340 | Email with attachment dated August 3, 2001 from Eric Schlobohm, MGE UPS to Rudy Kraus and Kameel Andrawos | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 73. | BTT 0102 – BTT 0104 | Unsigned blacklined version of the $535,041.95 Secured Promissory Note dated August 8, 2001 wherein Data Support is the borrower and MGE UPS Systems is the lender | | |
| 74. | BTT 0105 – BTT 0108 | Unsigned blacklined version of the $535,041.95 Secured Promissory Note dated 2001 between Data Support and MGE UPS Systems | | |
| 75. | n/a | Signed Secured Promissory Note dated August 8, 2001 in the amount of $535,041.95 | | |
| 76. | HODGE 235 | Letter dated August 14, 2001 from Brenda Hodge, Hodge Distribution to Bill Hawke, MGE UPS Systems | | |
| 77. | 2 DSA 0226 – 2 DSA 0238 | JP Morgan Chase's Bid entitled *Section 16630-B Pre-Purchase Specifications For VRLA Batteries* dated August 28, 2001 | | |
| 78. | E 6995, & E 7001 – E 7023 | Yuasa Service Reports re: Data Support – Sept. – Dec., 2001 and Jan. – Feb. 2002 | | |
| 79. | E000852 – E000853 | Fax with attachment dated September 12, 2001 from Paul Foley, Enersys to Steve Vechy | | |
| 80. | DSA 1315 | Email dated September 14, 2001 between Carol Andrighetti and Rudy Kraus | | |
| 81. | E 6710 – E 6711 | Fax with attachment dated September 17, 2001 from Carol Andrighetti, Data Support to Ken Plaster | | |
| 82. | DSA 1316 | Email dated September 17, 2001 between Carol Andrighetti and Rudy Kraus | | |
| 83. | E 7137 – E 7143 | Enersys Invoices to Data Support, Order Date is September 18, 2001 | | |
| 84. | 2 DSA 0356 | Purchase Order Agreement dated October 3, 2001 between Unity Electric and Data Support | | |
| 85. | DSA 1879 | Purchase Order 3172 dated October 23, 2001 | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
|  |  | from D.P. Facilities to Data Support |  |  |
| 86. | DSA 1923 – DSA 1924 | Memo with attachment dated October 24, 2001 from Joe Cantoli, Data Support to Lorrie |  |  |
| 87. | G2857 – G2858 | Memo of Understanding with attachment as of November 1, 2001 between Globix Corp. and Data Support |  |  |
| 88. | MGE UPS 000610 – MGE UPS 000612 | Email with attachment dated November 2, 2001 from Chuck Snyder, Enersys to Kameel Andrawos, MGE UPS |  |  |
| 89. | SIERRA 1 – SIERRA 19 | Presentation to Chase Manhattan Bank dated November 4, 2001 Prepared by Sierra Technologies entitled *Uninterruptible Power Supply System Inspection and Maintenance, 1200KVA Redundant Teledyne UPS System* |  |  |
| 90. | E000503 | Email dated November 7, 2001 from Ariel Schwab to R. Kraus, Data Support with cc: to Steve Vechy |  |  |
| 91. | n/a | Purchase Order No. 57 - Order Date of November 8, 2001 from Data Support to MGE UPS Systems |  |  |
| 92. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 57.  Invoice no. 213595 dated September 05, 2002 |  |  |
| 93. | EYP 28 – EYP 34 | Fax with attachment dated November 12, 2001 from Chuck Snyder, Enersys to Rudy Kraus, Data Support |  |  |
| 94. | G2812 – G2864 | Globix Corporation Bill of Sale dated November 13, 2001 |  |  |
| 95. | E 6982 – E 6986 | Letter with attachment dated November 21, 2001 from Ariel Schwab, Enersys to Globix Corp. |  |  |
| 96. | E 4899, | Enersys Lab Test Assignment form with |  |  |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
|  | E 4965, E 6266 & E 4942 | attachments dated December 14, 2001 originating from Ariel Schwab |  |  |
| 97. | DSA 1165 | Email dated February 5, 2002 from Carol Andrighetti to Rudy Kraus with cc: to John Duggan |  |  |
| 98. | n/a | Email chain dated February 8, 2002 among Ray Prince, Tony Tartol, and Kameel Andrawos **(Depo Ex. RP-16)** |  |  |
| 99. | DSA 1218 – DSA 1223 | Email chain with attachment dated February 21, 2002 among Tony Tartol, Rudy Kraus and Kameel Andrawos |  |  |
| 100. | G 4100 | Email dated February 21, 2002 from Patrick Aschoff, MGE to Mr. Duggan; Rudy Kraus; Schwab, A.; Resurreccion, J.; Mr. Vechy; Mr. Beck; Mrs. Azmi; and Mr. Anzalone with cc's to Northeast Customer Support Rep.; Bill Hawke; Kameel; Northeast Regional manager; Ron Alonso; Battery Sales UPS/Switchgear |  |  |
| 101. | MGE UPS 006536 – MGE UPS 006537 | Email dated February 21, 2002 from Patrick Aschoff, MGE UPS Systems to Mr. Duggan, Rudy Kraus, Schwab A., Resurreccion J., Mr. Vechy, Mr. Beck, Mrs. Azmi, Mr. Anzalone with cc's to Bill Hawke, Kameel Andrawos, Paul Sisilli, Ron Alonso, Kristiansen R., Northeast Customer Support Rep. |  |  |
| 102. | DSA 1227 – DSA 1229 | Email with attachment dated February 26, 2002 from Carol Andrighetti to Rudy Kraus |  |  |
| 103. | E001165 – E001173 | Email with attachment dated February 27, 2002 from Patrick Aschoff, MGE UPS Systems to Rudy Kraus with cc's to G. Macdona, Northeast Regional Manager, Northeast Customer Support Rep, Ron Alonso, Schwaba, resurreccionj, Mr. Vechy, Mr. Beck, Battery Sales UPS/Switchgear |  |  |
| 104. | E 6999 – E 7000 | Purchase Order with order date of March 8, 2002 between Data Support and Enersys |  |  |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 105. | E 7144 – E 7146 | Enersys Invoices to Data Support – Order Date is March 11, 2002 | | |
| 106. | E 6996 – E 6998 | Yuasa Service Reports re: Data Support, March – May, 2002 | | |
| 107. | MGE UPS 006600 – MGE UPS 006603 | Email dated April 23, 2002 from Patrick Aschoff, MGE UPS Systems to J. Cantoli, Rudy Kraus, Bill Hawke, Kameel Andrawos, Paul Sisilli, Ray Prince, Mr. Beck with cc's to Ron Alonso, Schwab A., Resurreccion J., Mr. Vechy, and Kristiansen R. | | |
| 108. | MGE UPS 006556 – MGE UPS 006599 | Email with attachment dated April 23, 2002 from Patrick Aschoff, MEG UPS Systems to J. Cantoli, Rudy Kraus, Bill Hawke, Kameel Andrawos, Paul Sisilli, Ray Prince, Mr. Beck with cc's to Ron Alonso, Schwab, A., Resurreccion, J., Mr. Vechy, and Kristiansen, R. | | |
| 109. | DSA 1895 – DSA 1896 | Fax dated June 3, 2002 from Joe Cantoli, Data Support re: April 11 letter | | |
| 110. | n/a | Drop Ship Order re: P.O. No. 199 - Order Date of June 6, 2002 from Data Support to MGE UPS Systems | | |
| 111. | n/a | Revised Purchase Order No. 199 - Order Date of June 6, 2002 from Data Support to MGE UPS Systems | | |
| 112. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 199.  Invoice no. 208121 dated June 8, 2002 | | |
| 113. | n/a | Purchase Order No. 211 - Order Date of June 18, 2002 from Data Support to MGE UPS Systems | | |
| 114. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 211.  Invoice no. 210837 dated July 25, 2002 | | |
| 115. | n/a | Purchase Order designated as "John Raio" from | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | | Data Support to MGE UPS Systems | | |
| 116. | n/a | Corresponding MGE invoice to Data Support re: P.O. designated as "John Raio". Invoice no. 208769 dated June 25, 2002 | | |
| 117. | E 5697 – E 5699 | Fax with attachment dated June 25, 2002 from Ariel Schwab, Enersys to Joe Cantoli | | |
| 118. | n/a | Purchase Order No. S2080 from Data Support to MGE UPS Systems | | |
| 119. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2080. Invoice no. 209108 dated June 28, 2002 | | |
| 120. | n/a | Purchase Order No. S2102 from Data Support to MGE UPS Systems | | |
| 121. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2102. Invoice no. 209229 dated June 28, 2002 | | |
| 122. | n/a | Purchase Order No. S2064 from Data Support to MGE UPS Systems | | |
| 123. | n/a | Corresponding MGE invoices to Data Support re: P.O. No. S2064. Invoice no. 209306 dated June 28, 2002 and invoice no. 209461 dated June 28, 2002 | | |
| 124. | n/a | Purchase Order No. S2074 from Data Support to MGE UPS Systems | | |
| 125. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2074. Invoice no. 209307 dated June 28, 2002 | | |
| 126. | n/a | Purchase Order No. 235 - Order Date of July 11, 2002 from Data Support to MGE UPS Systems | | |
| 127. | n/a | Corresponding MGE invoice to Data Support re: | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
|  |  | P.O. No. 235.  Invoice no. 213691 dated September 10, 2002 |  |  |
| 128. | n/a | Purchase Order No. S2108 from Data Support to MGE UPS Systems |  |  |
| 129. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2108.  Invoice no. 210722 dated July 24, 2002 |  |  |
| 130. | E000791 | Letter dated July 25, 2002 from Rick Bode to Rudy Kraus |  |  |
| 131. | n/a | Purchase Order No. S2107 from Data Support to MGE UPS Systems |  |  |
| 132. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2107.  Invoice no. 210858 dated July 25, 2002 |  |  |
| 133. | n/a | Purchase Order No. 246 - Order Date of July 25, 2002 from Data Support to MGE UPS Systems |  |  |
| 134. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 246.  Invoice no. 211083 dated July 27, 2002 |  |  |
| 135. | n/a | Purchase Order No. 247 - Order Date of July 26, 2002 from Data Support to MGE UPS Systems |  |  |
| 136. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 247.  Invoice no. 211289 dated July 31, 2002 |  |  |
| 137. | n/a | Purchase Order No. 256 - Order Date of August 7, 2002 from Data Support to MGE UPS Systems |  |  |
| 138. | n/a | Corresponding MGE invoices to Data Support re: P.O. No. 256.  Invoice no. 213932 dated September 14, 2002 and 214340 dated September 21, 2002 |  |  |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 139. | n/a | Purchase Order No. 264 - Order Date of August 21, 2002 from Data Support to MGE UPS Systems | | |
| 140. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 264. Invoice no. 212705 dated August 24, 2002 | | |
| 141. | n/a | Purchase Order No. S2128 from Data Support to MGE UPS Systems | | |
| 142. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2128. Invoice no. 212777 dated August 27, 2002 | | |
| 143. | n/a | Purchase Order No. S2129 from Data Support to MGE UPS Systems | | |
| 144. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2129. Invoice no. 212778 dated August 27, 2002 | | |
| 145. | n/a | Purchase Order No. S2119 from Data Support to MGE UPS Systems | | |
| 146. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2119. Invoice no. 212874 dated August 28, 2002 | | |
| 147. | n/a | Purchase Order No. S2120 from Data Support to MGE UPS Systems | | |
| 148. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2120. Invoice no. 212875 dated August 28, 2002 | | |
| 149. | n/a | Purchase Order No. S2132 from Data Support to MGE UPS Systems | | |
| 150. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2132. Invoice no. 212876 dated August 28, 2002 | | |
| 151. | E000790 | Purchase Order with order date of August 29, | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | | 2002 between Data Support and Enersys, Inc. faxed from Rudy Kraus, Data Support to R. Bode, Enersys | | |
| 152. | E 7147 – E 7149 | Enersys Invoices to Data Support, Order Date is August 30, 2002 | | |
| 153. | n/a | Purchase Order No. S2118 from Data Support to MGE UPS Systems | | |
| 154. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2118. Invoice no. 213393 dated August 30, 2002 | | |
| 155. | n/a | Purchase Order No. S2121 from Data Support to MGE UPS Systems | | |
| 156. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2121. Invoice no. 213415 dated August 30, 2002 | | |
| 157. | n/a | Letter with enclosed check dated September 6, 2002 from Ronald Croce, Data Support to Michael O'Brien, MGE UPS Systems | | |
| 158. | n/a | Copy of Data Support's check dated September 6, 2002 made payable to MGE UPS Systems in the amount of $80,998.20 and marked "Payment Stopped" | | |
| 159. | n/a | Purchase Order No. S2065 from Data Support to MGE UPS Systems | | |
| 160. | n/a | Corresponding MGE invoices to Data Support re: P.O. No. S2065. Invoice no. 213811 dated September 11, 2002 and invoice no. 213812 dated September 11, 2002 | | |
| 161. | n/a | Purchase Order No. S2077 from Data Support to MGE UPS Systems | | |
| 162. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2077. Invoice no. 213892 dated September 12, 2002 | | |

| <u>No.</u> | <u>Bates Nos.</u> | <u>Description</u> | <u>Objection</u> | <u>Full/I.D.</u> |
|---|---|---|---|---|
| 163. | n/a | Purchase Order No. S2126 from Data Support to MGE UPS Systems | | |
| 164. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2126. Invoice no. 214142 dated September 18, 2002 | | |
| 165. | E001064 | Memo referencing an attachment dated September 18, 2002 from Jeff Wiederkehr, MGE to Charles McManus | | |
| 166. | DSA 1882 | Purchase Order dated September 24, 2002 from Cauldwell Wingate to Data Support | | |
| 167. | DSA 0302 | Fax dated September 25, 2002 from Jocelyn Hartzog, Ad Coordinator, EC&M to Sheilah Purcell, DSA | | |
| 168. | n/a | Purchase Order designated as "Ultimate Contra" from Data Support to MGE UPS Systems | | |
| 169. | n/a | Corresponding MGE invoice to Data Support re: P.O. designated as "Ultimate Contra". Invoice no. 215007 dated September 30, 2002 | | |
| 170. | n/a | Purchase Order No. 296 from Data Support to MGE UPS Systems | | |
| 171. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 296. Invoice no. 215015 dated September 30, 2002 | | |
| 172. | E 7033 – E 7079 | Enersys Service Reports re: Data Support, Sept. – Nov. 2002 | | |
| 173. | BTT 0184 – BTT 0185 | Fax with attachment dated October 9, 2002 from Paul Berg, Esq. to Gary Klein | | |
| 174. | MGE UPS 122345 – MGE UPS 122346 | Letter dated October 16, 2002 from Dave Petratis, MGE to Charles McManus, Enersys | | |

| <u>No.</u> | <u>Bates Nos.</u> | <u>Description</u> | <u>Objection</u> | <u>Full/I.D.</u> |
|---|---|---|---|---|
| 175. | MGE UPS 11360 | Letter dated October 29, 2002 from Charles McManus, Enersys to David Petratis, MGE UPS Systems | | |
| 176. | G 3663 – G 3665 | Email with attachment dated November 20, 2002 from Bill Beck, Globix to Tony Previte | | |
| 177. | G 3597 – G 3598 | Email chain dated January 7, 2003 among Bill Beck, Globix; Karen Wiedenmann; and S. Blancha | | |
| 178. | G 3673 – G 3676 | Email with attachment dated January 12, 2003 from Geoffrey MacDonald, Bestweb to Bill Beck | | |
| 179. | n/a | Data Support's website news "Welcome Additions to Staff and Product Lines" dated February 28, 2003 **(Depo Exh. RK-16)** | | |
| 180. | n/a | Data Support's Responses to MGE's Third Set of Interrogatories and Requests for Production dated April 24, 2003 **(Depo Exh. RK-2)** | | |
| 181. | E 7950 – E 7951 | Fax with attachment dated May 29, 2003 from Mike Miranda to Joe Cantolli | | |
| 182. | E 7952 – E 7953 | Enersys Service Report dated July 12, 2003 re: JP Morgan Chase | | |
| 183. | E 6067 – E 6068 | Fax dated July 22, 2003 from Lance Green, Yuasa to Bill Hawke, MGE UPS Systems with cc: to Brett Korn | | |
| 184. | E 7450 – E 7451 | Email chain with date range of August 19, 2003 through September 9, 2003 between Steve Vechy and Rudy Kraus | | |
| 185. | E 7132 | Email dated September 3, 2003 from Mike Miranda to Ariel Schwab with cc: to Robert Flotz | | |
| 186. | G 2908 – G 2909 | Letter dated October 22, 2003 from Rudy Kraus, Data Support to Bill Beck, Globix | | |

-18-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 187. | n/a | Quotation dated October 29, 2003 from Steve Friedman, Encore Power to Chuck Shalley with cc: to Paul Adams **(Depo Ex. RK 66)** | | |
| 188. | n/a | Insurance policy issued by The Hartford to Data Support faxed by Sandak Hennessey & Greco on December 17, 2003 | | |
| 189. | n/a | Expert Report dated January 14, 2004 prepared by Marco Migliaro of ESA Consulting Engineers and supplements | | |
| 190. | n/a | Fax with attachment dated February 10, 2004 from Gary Klein, Esq. to Michael Shea, Esq., Mario Borelli, Esq., Jason Weathers, Esq., Bradford Babbitt, Esq., and Daniel Huyett, Esq. re: the Symantec & Chase Delaware sales **(Depo Ex. RK 65)** | | |
| 191. | E 7453 – E 7486 | Yuasa's Safety, Storage, Operating and Maintenance Manual for the DDS, DDV and DGX Battery Systems | | |
| 192. | E000200 – E000376 | KW Per Cell Rating For Minutes to Final Voltage Report prepared by Yuasa | | |
| 193. | SIERRA 20 – SIERRA 38 | Various, Undated Battery Performance Test Charts and Graphs | | |
| 194. | EYP 35 – EYP 38 | Undated document entitled *Review of 240-DDS125-31 Battery Application in UPS* prepared by Chuck Snyder | | |
| 195. | DSA 1900 – DSA 1902 | Undated – Data Support's bill of materials and quotation for JP Morgan Chase re: Yuasa Battery System | | |
| 196. | DSA 2062 | Handwritten notes re: overnight package to Alan at Globix | | |
| 197. | E 5967 | Undated Graph re: DD125-31 Discharge at Chase Bank | | |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
|  |  |  |  |  |

        DEFENDANT,
        MGE UPS SYSTEMS, INC.


By: _____
       Michael P. Shea (ct#19598)
       Jason S. Weathers (ct#24579)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       (860) 275-0100
       Its Attorneys