## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC     Plaintiff, | : CIVIL ACTION NO. : |
| VS. | : |
| | : 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC.     Defendant. | : : |
| | : |
| | : |
| MGE UPS SYSTEMS, INC.     Third Party Plaintiff, | : : |
| | : |
| VS. | : |
| | : |
| ENERSYS, INC.,     Third Party Defendant. | : : |
| | : MARCH 15, 2004 |

**PROPOSED VOIR DIRE QUESTIONS OF DEFENDANT, COUNTER-CLAIM PLAINTIFF, AND THIRD-PARTY PLAINTIFF MGE UPS SYSTEMS, INC.**

In accordance with this Court's Joint Trial Memorandum Order, Defendant/Counterclaim Plaintiff and Third-Party Plaintiff MGE UPS Systems, Inc. (MGE") requests that the Court submit the following proposed voir dire questions during jury selection. MGE reserves its right to submit additional voir dire questions.

1. Have you ever stopped payment, or authorized payment to be stopped, on a personal or business check?

2. Have you ever signed a promissory note, or attempted to enforce a promissory note signed by somebody else? If so, please describe the circumstances surrounding your signing of the note, or your attempts to enforce the note, and the general circumstances surrounding performance under the note.

3. Are you currently or have you ever been a landlord?

4. Do you have any knowledge of, or have you ever been affiliated in any way with, any of the following companies: Globix Corporation, EYP Mission Critical Facilities, Inc., Vanner, Inc., or Enviroguard, Inc.? If so, please describe the basis for your knowledge, or describe your affiliation, which ever the case may be.

5. Do you have an engineering background or any special knowledge of engineering principles? If so, please explain your background or the source of your knowledge.

6. Do you know what an "uninterruptible power system" is? If so, please describe your understanding of that phrase and the reason for your familiarity with that phrase.

7. Do you have any background with power supply or power back-up equipment, uninterruptible power systems, or batteries? If so, please describe your background in detail.

8. Have you ever purchased a good or piece of equipment and attempted to resolve problems in the function or operation of that good or piece of equipment with the seller or manufacturer? If so, please briefly explain your experiences.

        DEFENDANT,
        MGE UPS SYSTEMS, INC.

By: _____
      Michael P. Shea (ct#19598)
      Jason S. Weathers (ct#24579)
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, Connecticut 06103-3499
      (860) 275-0100
      Its Attorneys