## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC<br>　　　　Plaintiff, | : <br> : | CIVIL ACTION NO. |
| VS. | : <br> : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC.<br>　　　　Defendant. | : <br> : <br> : <br> : <br> : | |
| MGE UPS SYSTEMS, INC.<br>　　　　Third Party Plaintiff, | : <br> : | |
| VS. | : <br> : | |
| ENERSYS, INC.,<br>　　　　Third Party Defendant. | : <br> : <br> : | MARCH 15, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, MGE UPS Systems, Inc. has manually filed Exhibits A-E to MGE's Memorandum Regarding Anticipated Evidentiary Problems.

Exhibits A-E have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

　　　　　　　　　　　　　　　　　　DEFENDANT,
　　　　　　　　　　　　　　　　　　MGE UPS SYSTEMS, INC.


　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Michael P. Shea (ct#19598)
　　　　　　　　　　　　　　　　　　Jason S. Weathers (ct#24579)
　　　　　　　　　　　　　　　　　　Day, Berry & Howard LLP
　　　　　　　　　　　　　　　　　　CityPlace I
　　　　　　　　　　　　　　　　　　Hartford, Connecticut 06103-3499
　　　　　　　　　　　　　　　　　　(860) 275-0100
　　　　　　　　　　　　　　　　　　Its Attorneys

41486824_1.DOC  056543-00000