Held
Tue 11:30-11:35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

April 30, 2004

11:30 am

CASE NO. 3-02-cv-1418(DJS)    Data Support v MGE UPS

Bradford S. Babbitt
Elizabeth R. Leong
Craig A. Raabe
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Michael P. Shea
David J. Elliott
Jason S. Weathers
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Daniel B. Huyett
Stevens & Lee
111 N. Sixth St.
PO Box 679
Reading, PA 19603-0679

Gary Scott Klein
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Patrick J. McHugh
Finn Dixon & Herling
One Landmark Sq., Ste. 1400
Stamford, CT 06901

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK