**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DATA SUPPORT ASSOC., INC.        :
    Plaintiff

    v.                  : CIVIL NO.: 3:02cv1418(DJS)

MGE UPS SYS, INC.           :
    Defendant

**ORDER**

In the interest of justice, the above-captioned case is hereby transferred to the

Honorable **Ellen B. Burns**, United States District Judge, who sits in **New Haven**,

Connecticut.  All further pleadings or documents in this matter should be filed with the

Clerk's Office in **New Haven** and bear the docket number **3:02cv1418(EBB)**.  Pleadings or

documents related to this action and filed in any other seat of court will be refused at the

Clerk's Office and returned to you unfiled.  See Local Rule 3(a).

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   26th   day of May, 2004.


                        /s/DJS
                        Dominic J. Squatrito
                        United States District Judge