UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 15  10 21 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DATA SUPPORT ASSOC, INC, :
        Plaintiff :
         :
v. : 3:02-CV-1418 (EBB)
         :
MGE UPS SYS., INC, :
        Defendant :

REFERRAL TO MAGISTRATE JUDGE JOAN GLAZER MARGOLIS

___ All purposes except trial, unless the parties consent to trial before the magistrate judge
 (orefcs)

___ A ruling on all pretrial motions except dispositive motions
(orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes
(orefmisc./dscv)

___ A ruling on the following motions which are currently pending (oref):

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)

___ Other: (orefmisc./misc)

SO ORDERED this 15th day of June, 2004 at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT