**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC<br>Plaintiff, | : | CIVIL ACTION NO. |
| VS. | : | |
| | : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC.<br>Defendant. | : | |
| | : | |
| | : | |
| | : | |
| MGE UPS SYSTEMS, INC.<br>Third Party Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| ENERSYS, INC.,<br>Third Party Defendant. | : | JUNE 25, 2004 |

## STIPULATION OF THE PARTIES CONSENTING TO TRIAL BY THE COURT

Pursuant to Federal Rule of Civil Procedure 39, Plaintiff Data Support Associates, Inc. ("DSA"), Defendant and Third-Party Plaintiff MGE UPS Systems, Inc. ("MGE"), and Third-Party Defendant Enersys, Inc. ("Enersys"), hereby stipulate and consent to trial by the court sitting without a jury on all issues in the above captioned action.

**THE PLAINTIFF, DATA SUPPORT
ASSOCIATES, INC.**

By _____

    Gary S. Klein (ct 09827)
    Sandak Hennessey & Greco, LLP
    970 Summer Street
    Stamford, CT  06905
    (203) 425-4200
    (203) 325-8608 (fax)
    gklein@shglaw.com
    Its Attorneys

**THE DEFENDANT/THIRD PARTY PLAINTIFF, MGE UPS SYSTEMS, INC.**

By

    Michael P. Shea (ct19598)
    Jason S. Weathers (ct24579)
    Day Berry & Howard
    CityPlace I
    Hartford, CT 06103
    860-275-0146
    860-275-0343 (fax)
    Its Attorneys

THE THIRD PARTY DEFENDANT,
ENERSYS, INC.

By _____
Daniel B. Huyett (ct24418)
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
610-478-2219
610-376-5610

Bradford S. Babbitt (ct13938)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Its Attorneys

4

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this date by regular first class mail to all counsel and pro se parties as follows:

Gary S. Klein, Esq.
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT  06905

Bradford S. Babbitt, Esq.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Daniel B. Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603

Patrick J. McHugh, Esq.
Finn, Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT 06901-2689


Jason S. Weathers