UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC<br>Plaintiff,<br>VS.<br><br>MGE UPS SYSTEMS, INC.<br>Defendant.<br><br><br>MGE UPS SYSTEMS, INC.<br>Third Party Plaintiff,<br>VS.<br>ENERSYS, INC.,<br>Third Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br>3:02 CV 1418 (EBB)<br><br><br><br><br><br><br><br><br><br>JUNE 25, 2004 |

**STIPULATION OF THE PARTIES CONSENTING TO TRIAL BY THE COURT**

Pursuant to Federal Rule of Civil Procedure 39, Plaintiff Data Support Associates, Inc. ("DSA"), Defendant and Third-Party Plaintiff MGE UPS Systems, Inc. ("MGE"), and Third-Party Defendant Enersys, Inc. ("Enersys"), hereby stipulate and consent to trial by the court sitting without a jury on all issues in the above captioned action.