## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| VS. | : | |
| | : | 3:02 CV 1418 (DJS) |
| MGE UPS SYSTEMS, INC. | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| MGE UPS SYSTEMS, INC. | : | |
| Third Party Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| ENERSYS, INC., | : | |
| Third Party Defendant. | : | |
| | : | AUGUST 19, 2004 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, MITCHELL R. HARRIS, as attorney for the Defendant, MGE UPS Systems, Inc. in the above-captioned matter.

DEFENDANT,
MGE UPS SYSTEMS, INC.

By: _____
Mitchell R. Harris (ct#09216)
mrharris@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Phone: (860) 275-0100
Facsimile: (860) 275-0343
Its Attorneys

## **CERTIFICATION**

 THIS IS TO CERTIFY that a copy of the foregoing was mailed on this date by regular first class mail to all counsel and pro se parties as follows:

| | |
|---|---|
| Gary S. Klein, Esq.<br>Sandak Hennessey & Greco, LLP<br>970 Summer Street<br>Stamford, CT  06905 | Bradford S. Babbitt, Esq.<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 |
| Daniel Huyett, Esq.<br>Stevens & Lee<br>111 North Sixth Street<br>P.O. Box 679<br>Reading, PA 19603 | Patrick J. McHugh, Esq.<br>Finn, Dixon & Herling LLP<br>One Landmark Square<br>Suite 1400<br>Stamford, CT  06901-2689 |

              _____
              Mitchell R. Harris