FILED

Aug 26  3 19 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC. <br>     Plaintiff, | ) <br> ) <br> ) CIVIL ACTION NO. |
| v. | ) 3: 02 CV1418 (EBB) <br> ) |
| MGE UPS SYSTEMS, INC. <br>     Defendant. | ) <br> ) <br> ) |
| MGE UPS SYSTEMS, INC. <br>     Third Party Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| ENERSYS, INC. <br>     Third Party Defendant | ) <br> ) AUGUST 25, 2004 |

### APPEARANCE

Please enter my appearance for Plaintiff, Data Support Associates, Inc.

                         **THE PLAINTIFF, DATA SUPPORT**
                         **ASSOCIATES, INC.**

                         By_____
                         Peter M. Nolin (ct 06223)
                         Sandak Hennessey & Greco, LLP
                         970 Summer Street
                         Stamford, CT  06905
                         (203) 425-4200
                         (203) 325-8608 (fax)
                         pnolin@shglaw.com
                         Its Attorneys

## CERTIFICATION

I certify that a copy of the foregoing was sent via first class mail, postage prepaid on this 25th day of August, 2004 to:

Michael P. Shea, Esq.
Day Berry & Howard
CityPlace I
Hartford, CT 06103

Bradford S. Babbitt, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Daniel B. Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P. O. Box 679
Reading, PA 19603-0679

Peter M. Nolin

2