## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC. | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| VS. | : | 3:02 CV 1418 (EBB) |
| | : | |
| MGE UPS SYSTEMS, INC. | : | |
| Defendant. | : | |
| | : | |
| | : | |
| MGE UPS SYSTEMS, INC. | : | |
| Third Party Plaintiff, | : | |
| VS. | : | |
| | : | |
| ENERSYS, INC. | : | |
| Third Party Defendant. | : | SEPTEMBER 17, 2004 |

## MOTION FOR LEAVE TO AMEND THIRD AMENDED ANSWER, SEPARATE AND ADDITIONAL DEFENSES, AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15(a), the Defendant/Counterclaim Plaintiff/Third Party Plaintiff, MGE UPS Systems, Inc. ("MGE"), hereby respectfully moves the Court for leave to amend its Third Amended Answer, Separate and Additional Defenses, and Counterclaims, dated February 4, 2004. MGE's proposed Fourth Amended Answer, Separate and Additional Defenses, and Counterclaims, attached hereto, adds a sixth counterclaim for breach of contract against the Plaintiff, Data Support Associates ("DSA"). This counterclaim is based exclusively on the same evidence underlying: (1) allegations in DSA's Second Amended Complaint concerning an alleged breach of purchase order; and (2) MGE's First Counterclaim that concerns a promissory note that is based on a debt arising from the same purchase order. This purchase order has been in this case since the fall of 2002, and DSA has conducted discovery concerning it. The amendment will thus not necessitate any additional discovery or

otherwise prejudice DSA or delay this case. MGE submits the attached memorandum of law in support of this Motion.

DEFENDANT/THIRD PARTY PLAINTIFF,<br>
MGE UPS SYSTEMS, INC.

By_____
    Michael P. Shea (ct#19598)
    Mitchell R. Harris, (ct#09216)
    Jason S. Weathers, (ct#24579)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this date, via regular first class mail, postage prepaid, to all counsel and pro se parties as follows:

| | |
|---|---|
| Gary S. Klein, Esq.<br>Sandak Hennessey & Greco, LLP<br>970 Summer Street<br>Stamford, CT 06905 | Bradford S. Babbitt, Esq.<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 |
| Daniel Huyett, Esq.<br>Stevens & Lee<br>111 North Sixth Street<br>P.O. Box 679<br>Reading, PA 19603 | Patrick J. McHugh, Esq.<br>Finn, Dixon & Herling LLP<br>One Landmark Square<br>Suite 1400<br>Stamford, CT 06901-2689 |

_____
Michael P. Shea