

**DSA**
**DATA SUPPORT ASSOCIATES, INC.**
*Critical Power & Environmental Specialists*

Phone: 203-740-4200
Fax: 203-740-4201

50 Pocono Rd.
Brookfield, CT 06804

August 8, 2001

<u>Via Federal Express</u>
Eric Schlobohm
Financial Services Manager
MGE UPS Systems, Inc.
1660 Scenic Avenue
Costa Mesa, California 92626

RE:   Data Support Associates, Inc. - $535,041.95 Secured Promissory Note

Dear Eric:

I have enclosed one executed original of the Secured Promissory Note (the "Note"), issued by Data Support Associates, Inc. The enclosed Note incorporates the revisions that we agreed upon in the course of our recent conversations.

As you are aware, we have had a number of discussions relating to the prospective sale of the "Collateral", as identified in the Note (the "Collateral"). In essence, the Collateral is particularly suited for UPS systems manufactured and sold by you. Accordingly, your assistance in the placement and/or sale of the Collateral is crucial to our ability to service and pay the Note. You have acknowledged this consideration, and have committed to us that you will include this Collateral, or applicable portions thereof, in any systems sold or leased by you, where the specifications of those systems accommodate their inclusion.

Accordingly, we provide the enclosed Note to you conditioned upon your confirmation of the foregoing commitment. Please acknowledge your confirmation by signing and returning the enclosed counterpart of this letter to us via overnight return mail. If you are unwilling to sign and return the counterpart copy of this letter, please return the enclosed Note to us in the same fashion.

Please contact me if you have any questions. In the meantime, I remain,

Very truly yours,

Randy Kraus, CEO

Acknowledged and Confirmed:

MGE UPS Systems, Inc.

By: _____
    Its:

EXHIBIT id
RK-19
5-2-03  TP

DSA 0315

C/D/DataSupport/schlobohm.ltr8701

04/23/2002 TUE 11:08  [TX/RX NO 5888] ☒002