+SANDAK HENNESSEY & GRECO, LLP
*Attorneys at Law*
970 Summer Street
Stamford, CT 06905
Tel: (203) 425-4200 Fax: (203) 325-5608

## FAX COVER SHEET

*The information contained in this document is attorney/client privileged, and/or confidential or proprietary or trade secret information intended only for the use and viewing by the above named recipient. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this document is strictly prohibited and that if this message was received in error, please contact the sender by telephone and return the original message to the sender by regular U.S. Mail*

| | |
|---|---|
| TO: | Michael P. Shea, Esq., Mario R. Borelli, Esq., Jason S. Weathers, Esq. Bradford S. Babbitt, Esq. Daniel B. Huyett, Esq. |
| FAX NUMBERS: | 1-860-275-0343 <br> 1-860-275-8299 <br> 1-610-376-5610 |
| FROM: | Gary S. Klein, Esq. |
| DATE: | February 26, 2004 |
| PAGES: | 2 (including this cover page) |
| RE: | Data Support Associates, Inc. v. MGE UPS Systems, Inc. |
| COMMENTS: | Attached please find a copy of the fed ex receipt showing proof of delivery of Rudy Kraus' August 8, 2001 letter to Eric Schlobohm attached to the promissory note. |

331 7902 612

FEDERAL EXPRESS
POWERSHIP 3 RECEIPT

SENDER:
David A. Greenberg
Berkowitz, Trager & Trager, LLC
253 Post Road West

Westport
CT 06880

RECIPIENT:
ERIC SCHLOBOHM
MGE UPS SYSTEMS, INC
1660 SCENIC AVENUE

COSTA MESA
CA 92626

TRACKING #:   331 7902 612
DATE:         08/08/01

SERVICE:      PRIORITY LETTER
PAYMENT:      BILL SENDER
WEIGHT:       1 LBS

CHARGE: $ 13.99
REFERENCE:
3212-2