UNITED STATES DISTRICT COURTS
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC.<br>Plaintiff | : |
| v. | : 3:02-CV-1418 (EBB) |
| MGE UPS SYSTEMS, INC.,<br>Defendant/Third Party Plaintiff | : |
| v. | : |
| ENERSYS, INC.,<br>Third Party Defendant | : |

FILED
Oct 4  4 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**NOTICE TO PARTIES**

Due to this Court's schedule, court will not be held as to this litigation on October 18, 2005.

SO ORDERED

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 4th day of October, 2004.