# PURCHASE ORDER

Page: 1

DATA SUPPORT ASSOCIATES, INC.
PO Box 220
Brookfield, CT 06804
Voice (203) 740-4200
Fax (203) 740-4201

P.O. NUMBER: 0000235
ORDER DATE: 07/11/02

VENDOR NUMBER: MGE1000

JOB NO: 06-0171

VENDOR:
MGE UPS SYSTEMS, INC.
C/O BANK OF AMERICA
2643 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693
CONFIRM TO:
TERRI WINCHELL

SHIP TO:
PERRIER GROUP OF AMERICA
c/o CARLSON INDUSTRIAL
270 ROWE AVENUE
MILFORD, CT 06460

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 08/02/02 | BEST WAY | FACTORY | Net 30 |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| CMT-65/44-0F0 COMET 65 KVA 480/480 INPUT FIL | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 19,656.00 | 19,656.00 |
| CMT-480Y/277VAC 480/277 VAC 3w+N+G | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 1,687.00 | 1,687.00 |
| CMT-65/BC-36 65 KVA - 36 MIN. BATTERY | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 10,556.00 | 10,556.00 |
| CMT-REM-MON-PL REMOTE MONITOR PLUS | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 299.00 | 299.00 |
| LINEDRIVER-MON+ REMOTE MONITOR PLUS LINE DRIVE | EACH | 2.00 | 0.00 WHSE: 010 | 0.00 | 315.00 | 630.00 |
| MGE-START-UP OT MGE START-UP DURING OFF HOURS | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 1,864.00 | 1,864.00 |
| MGE-SITEINSPEC MGE PRE-START-UP ACTIVITY | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 1,200.00 | 1,200.00 |
| MGE-TRAINING MGE-ON SITE TRAINING | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 533.00 | 533.00 |
| ALBER BDS256 ALBER BATTERY MONITOR BDS-256 | EACH | 1.00 | 0.00 WHSE: 010 | 0.00 | 12,000.00 | 12,000.00 |

Note: FSA REVIEWING INSTALL PRICE FOR ALBER BATT MONITOR. PRICE MAY DECREASE

FREIGHT: PREPAY AND ADD

Net Order: 48,425.00
Sales Tax: 0.00
Freight: 0.00
Order Total: 48,425.00

Authorized Signature /s/ Terri Winchell     Date 7/11/02