# PURCHASE ORDER

Page:

DATA SUPPORT ASSOCIATES, INC.
PO Box 220
Brookfield, CT 06804
Voice (203) 740-4200
Fax (203) 740-4201

P.O. NUMBER: 0000256
ORDER DATE: 08/07/02

VENDOR NUMBER: MGE1000

JOB NO: 07-0104

VENDOR:
MGE UPS SYSTEMS, INC.
1660 SCENIC AVENUE
COSTA MESA, CA 92626

SHIP TO:
DIOCESE OF ROCKVILLE CENTRE
50 NORTH PARK AVENUE
ROCKVILLE CENTRE, NY 11570

CONFIRM TO:
TERRI WINCHELL

| REQUIRED DATE | SHIP VIA | F.O.B. | | TERMS | |
|---|---|---|---|---|---|
| 09/05/02 | BEST WAY | FACTORY | | Net 30 | |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| CMT-40/22-OFO<br>COMET 40KVA 208/208V, INPUT FI | EACH | 1.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| CMT-40/BC-33<br>40KVA - 33 MINUTE BATTERY | EACH | 0.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| CMT-SNMP<br>SNMP (Includes RS232, U-Talk c | EACH | 1.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| CMTBYP-50-2CB22<br>50kVA Matching Maint. Bypass 2 | EACH | 1.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| MGE-START-UP OT<br>MGE START-UP DURING OFF HOURS | EACH | 1.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| MGEEXTWAR<br>MGE EXTENDED WARRANTY | EACH | 4.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| MGEBATTPM<br>MGE BATTERY PREVENTIVE MAINTEN | EACH | 9.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| MGEMODPM<br>MGE MODULE PREVENTIVE MAINTENA | EACH | 5.00 | 0.00<br>WHSE: 010 | 0.00 | 0.00 | 0.00 |
| /LUMPSUM<br>LUMP SUM PRICE | EACH | 1.00 | 0.00 | 0.00 | 41,573.00 | 41,573.00 |

FREIGHT TO BE PRE-PAID AND ADDED

Authorized Signature _Terri Winchell_   Date _____

Net Order:   41,573.00
Sales Tax:        0.00
Freight:          0.00
Order Total: 41,573.00