

# DATA SUPPORT ASSOCIATES, INC.
*Critical Power & Environmental Specialists*

Visit us @ www.datasupportassociates.com

Headquarters: 50 Pocono Road
Brookfield, CT 06804
Phone: 203-740-4200
Fax: 203-740-4201

520 8th Avenue, 21st Fl.
New York, NY 10018
Phone: 646-473-1230
Fax: 646-473-1244

Michael O'Brien
MGE UPS Systems
1660 Scenic Boulevard
Costa Mesa, CA 92626

September 6, 2002

Dear Mike:

In accordance with your conversation with Rudy Kraus, I am enclosing a check from DSA in the amount of $80,998.20 representing 90% of the combined cost of the equipment ordered under DSA Purchase Order 0000256 ($41,573.00@90%=$37,415.70) dated August 7, 2002 and DSA Purchase Order 0000235 dated July 11, 2002 ($48,425.00@90%=$43,582.50).
By accepting the DSA check in the amount of $80,998.20, MGE UPS Systems agrees to immediately ship the equipment covered under Purchase Order's 0000256 and 0000235 to the Diocese of Rockville Centre, 50 North Park Avenue, Rockville Centre, NY 11570 and to, Perrier Group of America, c/o Carlson Industrial, 270 Rowe Avenue, Milford, CT 06460, respectively.
If you have any questions or require additional information, please contact me at 203.740.4205 or Rudy Kraus at 203.740.4202. Thanks for your assistance in this matter.

Best regards,

Ronald M. Croce
President & COO
Data Support Associates

DATA SUPPORT ASSOCIATES, INC.                                                                  1583

| DATE | INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 09/06/2002 | CK001583 | | 80,998.20 | 0.00 | 80,998.20 |

---

CHECK: 001583   09/06/2002   MGE UPS SYSTEMS, INC.                    CHECK TOTAL:   80,998.20

---

**DSA**  DATA SUPPORT ASSOCIATES, INC.                              FIRST UNION            1583
CRITICAL POWER & ENVIRONMENTAL SPECIALISTS                          51-110/211
P.O. BOX 220
50 POCONO ROAD                                                                             001583
BROOKFIELD, CONNECTICUT 06804
203-740-4200

*EIGHTY THOUSAND NINE HUNDRED NINETY-EIGHT AND 20 / 100

DATE            AMOUNT
09/06/2002      ****80,998.20*

PAY TO THE ORDER OF

MGE UPS SYSTEMS, INC.
C/O BANK OF AMERICA
2643 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

⑈001583⑈ ⑆021101108⑆ 20000 10 26 570 7⑈

---

DATA SUPPORT ASSOCIATES, INC.                                                                  1583

| DATE | INVOICE NO | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 09/06/2002 | CK001583 | | 80,998.20 | 0.00 | 80,998.20 |

CHECK: 001583   09/06/2002   MGE UPS SYSTEMS, INC.                    CHECK TOTAL:   80,998.20