

DATA SUPPORT ASSOCIATES, INC.
CRITICAL POWER & ENVIRONMENTAL SPECIALISTS
P.O. BOX 220
50 POCONO ROAD
BROOKFIELD, CONNECTICUT 06804
203-740-4200

RECEIVED SEP - 9 2002

1583

51-110/211

001583

\*EIGHTY THOUSAND NINE HUNDRED NINETY-EIGHT AND 20/100

DATE 09/06/2002

AMOUNT \*\*\*\*80,998.20\*

PAY TO THE ORDER OF

MESSENGER

PAYMENT STOPPED
RETURNED BY FUND-ATLANTIC

MGE UPS SYSTEMS, INC.
C/O BANK OF AMERICA
2643 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

⑈001583⑈ ⑆021101108⑆ 20000102657007⑈    ⑈000080998 20⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS · COLORED PATTERN · ARTIFIX · WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY