

**Eric Schlobohm**
08/03/2001 11:28 AM

To:   Rudy Kraus <rkraus@datasupportassociates.com> @ MGE-UPS
cc:   Kameel Andrawos/CM/MGEUPS@MGE

Subject: Re: accounting

Rudy,

Good Afternoon!

MGE is looking for a signed returned note by Tuesday August 7th, 2001.

At this point, we need to utilize the commissions to date of $381,383.05.

This consists of the $284,876.05 in addition to commission of $48,525.00 for July 2001, and $47,982.00 for August 2001.

Please review the attached, revise the amount down to $535,041.95 on the note, sign & return it to MGE.



DSAnote2.xls


Respectfully,

Eric Schlobohm
MGE UPS SYSTEMS
Financial Svcs. Mgr.
(714) 445-7400

MGE UPS 000339

| | |
|---|---|
| Square D Cancellation Charge | $950,425.00 |
| Global Power, Battery Monitoring Systems(20) | $251,000.00 |
| EXPO - Spill Containment Systems | $115,000.00 |
| Subtotal: | $1,316,425.00 |
| Less DSA payment on account: | ($400,000.00) |
| Less DSA sales commissions: | ($381,383.05) |
| **Total Due MGE** | **$535,041.95** |

MGE UPS 000340