UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC. )<br>    Plaintiff, ) | Case No. 3:02 CV 1418 (EBB) |
| )<br>v. ) | Judge Ellen B. Burns |
| )<br>MGE UPS SYSTEMS, INC. )<br>    Defendant. ) | Notice of Manual Filing |
| ) | |

    Please take notice that Defendant/Third Party Plaintiff has manually filed the following document or thing:

    Exhibit G to Fourth Amended Answer, Separate and Additional Defenses, and Counterclaims

This document has not been filed electronically because

☐   the document or thing cannot be converted to an electronic format
☒   the electronic file size of the document exceeds 1.5 megabytes
☐   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                        Respectfully submitted,

                                                        /s/
                                                        Michael P. Shea
                                                        CityPlace I
                                                       Hartford, Connecticut 06103-3499
                                                       (860) 275-0100
                                                       (860) 275-0343 (fax)
                                                       Email: mpshea@dbh.com
                                                       Federal Bar No. 19598

-2-

_____

41534559_1.DOC  056543-00000
September 17, 2004 2:41 PM

-2-