## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC. | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| VS. | : | 3:02 CV 1418 (EBB) |
| | : | |
| MGE UPS SYSTEMS, INC. | : | |
| Defendant. | : | |
| | : | |
| | : | |
| MGE UPS SYSTEMS, INC. | : | |
| Third Party Plaintiff, | : | |
| VS. | : | |
| | : | |
| ENERSYS, INC. | : | |
| Third Party Defendant. | : | OCTOBER 4, 2004 |

## STIPULATION REGARDING PRESENTATION OF CERTAIN TRIAL WITNESSES

For purposes of expediting the trial of the above-captioned case, and to avoid the need to re-call witnesses or to designate deposition testimony of witnesses who will be present in the courtroom at some point during the trial, the parties hereby stipulate and agree as follows:

1.  Plaintiff Data Support Associates, Inc. ("DSA") intends to call the following three witnesses for live, "consolidated" testimony: Rudy Kraus, Cheryl Schiavone, and William Beck. DSA shall have the right to examine each of such witnesses before any other party does so.  DSA agrees that with respect to these three witnesses only, Defendant/Counterclaim Plaintiff/Third Party Plaintiff MGE UPS Systems, Inc. ("MGE") and Third Party Defendant Enersys, Inc. ("Enersys") shall, following DSA's initial examination of such witnesses, conduct both direct and cross-examinations, and shall not be limited in such examinations by the scope of DSA's initial examination.   Nothing in this Stipulation shall limit DSA's right to designate deposition

testimony as permitted by law and to call for live testimony any witnesses listed on its or another party's witness list.

2.      MGE intends to call the following three witnesses for live, "consolidated" testimony: Kameel Andrawos, Patrick Aschoff, and Jeffrey Wiederkehr. MGE shall have the right to examine each of such witnesses before any other party does so. MGE agrees that with respect to these three witnesses only, DSA and Enersys shall, following DSA's initial examination of such witnesses, conduct both direct and cross-examinations, and shall not be limited in such examinations by the scope of MGE's initial examination.   Nothing in this Stipulation shall limit MGE's right to designate deposition testimony as permitted by law and to call for live testimony any witnesses listed on its or another party's witness list.

3.      Enersys  intends to call the following witness for live, "consolidated" testimony: Steven Vechy. Enersys shall have the right to examine Mr. Vechy before any other party does so. Enersys agrees that with respect to this witness only, DSA and MGE shall, following Enersys's initial examination of such witness, conduct both direct and cross-examinations, and shall not be limited in such examinations by the scope of Enersys's initial examination. Nothing in this Stipulation shall limit Enersys's right to designate deposition testimony as permitted by law and to call for live testimony any witnesses listed on its or another party's witness list.

PLAINTIFF, DATA SUPPORT
ASSOCIATES, INC.


By _____
    Gary S. Klein (ct#09827)
    Peter M. Nolin (ct#06223)
    Sandak Hennessey & Greco, LLP
    970 Summer Street
    Stamford, Connecticut 06905
    (203) 425-4200
    (203) 325-8608 (fax)
    Its Attorneys

DEFENDANT/THIRD PARTY PLAINTIFF,
MGE UPS SYSTEMS, INC.

By _____
        Michael P. Shea (ct#19598)
        Mitchell R. Harris, (ct#09216)
        Jason S. Weathers, (ct#24579)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        Its Attorneys

THIRD PARTY DEFENDANT,
ENERSYS, INC.


By _____

    Daniel B. Huyett (ct24418)
    Matthew W. Rappleye
    Stevens & Lee
    111 North Sixth Street
    P.O. Box 679
    Reading, PA  19603-0679
    (610) 478-2219
    (610) 376-5610 (fax)

    Bradford S. Babbitt (ct13938)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597
    (860) 275-8200
    (860) 275-8299

    Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this date, via regular first class mail, postage prepaid, to all counsel and pro se parties as follows:

Gary S. Klein, Esq.
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

Daniel Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603

Bradford S. Babbitt, Esq.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Patrick J. McHugh, Esq.
Finn, Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT 06901-2689

_____
Michael P. Shea