# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC       : | CIVIL ACTION NO. |
|         Plaintiff,                          : | |
| VS.                                                      : | |
|                                                  : | 3:02 CV 1418 (EBB) |
| MGE UPS SYSTEMS, INC.              : | |
|         Defendant.                        : | |
|                                                  : | |
|                                                  : | |
| MGE UPS SYSTEMS, INC.              : | |
|         Third Party Plaintiff,          : | |
| VS.                                                      : | |
| ENERSYS, INC.,                               : | |
|         Third Party Defendant.      : | |
|                                                  : | OCTOBER 4, 2004 |
|                                                  : | |

## PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL[1]

**Lance Green**

Page 11 to Page 14, Line 1

Page 15, Lines 18—22

Page 18, Lines 4-8

Page 22, Lines 4-10

Page 40, Line 6 to Page 41, Line 5

**ORAL ARGUMENT IS NOT REQUESTED**

Page 58, Line 25 to Page 65, Line 22

**Bill Hawke**

Page 7, Lines 1-24

Page 38, Line 19 to Page 62, Line 8.

**Richard Kristiansen**

Page 19, Lines 1-12.

Page 139, Line 14 to Page 146, Line 1.

Page 148, Line 19 to Page 151, Line 24.

**Charles McManus**

Page 5 Lines 4-15

Page 19, Lines 11 to Page 20, Line 13

Page 22, Line 12 to Page 23, Line 3.

Page 30, Line 3 to end.

**Ray Prince**

Entire Transcript

---

[1] All exhibits identified within the text of each noted transcript are claimed as part of the testimony.

**<u>Ariel Schwab</u>**

**8/25/03 Transcript at:**

Page 5, Line 23-Page 6, Line 13

Page 8, Line 3 to Line 9

Page 8, Line 25- Page 9, Line 7.

**8/26/03 Transcript at:**

Page 56, Line 24 to Page 68, Line 4.

Page 78, Line 19 to Page 70, Line 23.

**<u>Chuck Snyder</u>**

Page 33, Line 16 to Page 36, Line 23.

Page 48, Line 22- Page 140, Line 21

Page 246, Line 24 to Page 283, Line 10

**Steven Vechy**

Plaintiff reserves the right to cross designate only.

                                      **THE PLAINTIFF, DATA SUPPORT ASSOCIATES, INC.**

                                      By /s/ Gary S. Klein
                                            Gary S. Klein (ct 09827)
                                            Sandak Hennessey & Greco, LLP
                                            707 Summer Street
                                            Stamford, CT  06901-1026
                                            (203) 425-4200
                                            (203) 325-8608 (fax)
                                            gklein@shglaw.com
                                            Its Attorneys

## **CERTIFICATION**

I certify that a copy of the foregoing was sent via facsimile on October 4, 2004 to:

Michael P. Shea, Esq.
Day Berry & Howard
CityPlace I
Hartford, CT 06103

Bradford S. Babbitt, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Daniel B. Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679

/s/ Gary S. Klein
Gary S. Klein