# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC. <br> Plaintiff, <br> VS. <br><br> MGE UPS SYSTEMS, INC. <br> Defendant. <br><br> MGE UPS SYSTEMS, INC. <br> Third Party Plaintiff, <br> VS. <br> ENERSYS, INC. <br> Third Party Defendant. | : CIVIL ACTION NO. <br> : <br> : 3:02 CV 1418 (EBB) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : OCTOBER 4, 2004 |

## STIPULATION REGARDING PRESENTATION OF CERTAIN TRIAL WITNESSES

For purposes of expediting the trial of the above-captioned case, and to avoid the need to re-call witnesses or to designate deposition testimony of witnesses who will be present in the courtroom at some point during the trial, the parties hereby stipulate and agree as follows:

1. Plaintiff Data Support Associates, Inc. ("DSA") intends to call the following three witnesses for live, "consolidated" testimony: Rudy Kraus, Cheryl Schiavone, and William Beck. DSA shall have the right to examine each of such witnesses before any other party does so. DSA agrees that with respect to these three witnesses only, Defendant/Counterclaim Plaintiff/Third Party Plaintiff MGE UPS Systems, Inc. ("MGE") and Third Party Defendant Enersys, Inc. ("Enersys") shall, following DSA's initial examination of such witnesses, conduct both direct and cross-examinations, and shall not be limited in such examinations by the scope of DSA's initial examination. Nothing in this Stipulation shall limit DSA's right to designate deposition