**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC.<br>　　　　　Plaintiff,<br>VS.<br><br>MGE UPS SYSTEMS, INC.<br>　　　　　Defendant.<br><br><br>MGE UPS SYSTEMS, INC.<br>　　　　　Third Party Plaintiff,<br>VS.<br><br>ENERSYS, INC.<br>　　　　　Third Party Defendant. | : CIVIL ACTION NO.<br>:<br>: 3:02 CV 1418 (EBB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER 29, 2004 |

**CORRECTED MOTION FOR LEAVE TO AMEND THIRD AMENDED ANSWER,**
**SEPARATE AND ADDITIONAL DEFENSES, AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 15(a), the Defendant/Counterclaim Plaintiff/Third Party Plaintiff, MGE UPS Systems, Inc. ("MGE"), hereby respectfully moves the Court for leave to amend its Third Amended Answer, Separate and Additional Defenses, and Counterclaims, dated February 4, 2004. MGE's proposed Fourth Amended Answer, Separate and Additional Defenses, and Counterclaims, attached hereto, adds a sixth counterclaim for breach of contract against the Plaintiff, Data Support Associates ("DSA"). This counterclaim is based exclusively on the same evidence underlying: (1) allegations in DSA's Second Amended Complaint concerning an alleged breach of purchase order; and (2) MGE's First Counterclaim that concerns a promissory note that is based on a debt arising from the same purchase order. This purchase order has been in this case since the fall of 2002, and DSA has conducted discovery concerning it. The amendment will thus not necessitate any additional discovery or