United States District Court
District of Connecticut
FILED AT          NEW HAV

Oct 20, 2004
Kevin F. Rowe, Clerk
By P.A. Villano
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC. | : |
| Plaintiff, | : |
| v. | : |
| MGE UPS SYSTEMS, INC. | : CIVIL NO. 3:02 CV 1418 (EBB) |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| ENERSYS, INC. | : |
| Third-Party Defendant. | : OCTOBER 20, 2004 |

### APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for third-party defendant, Enersys, Inc.

_____
Jason M. Kuselias
Federal Bar No.: ct20293
Email: jkuselias@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel: 860 275-8200
Fax: 860-275-8299

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 20th day of October, 2004, to:

Michael P. Shea, Esq.
David J. Elliott, Esq.
Mario F. Borelli, Esq.
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499

Gary S. Klein, Esq.
Sandak, Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

Jason M. Kuselias