AO 187 (Rev. 7/87) Exhibit and Witness List

**United States District Court**
**District of Connecticut**
~~FILED AT      NEW HAVEN~~
10/25/04
Kevin F. Rowe, Clerk
By M. Ruocco
Deputy Clerk

# United States District Court

DISTRICT OF

Data Support Assoc.
v.
MGE UPS Systems, et al

Pltf's
~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02cv1418(EBB)

| PRESIDING JUDGE Ellen Burns | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/13/04 + 10/14/04 | | | Rudy Kraus, Newtown, Ct |
| ✓ | | 10/15/04 | | | Rudy Kraus continues |
| ✓ | | 10/18/04 | | | Rudy Kraus continues |
| ✓ | | 10/19/04 | | | Rudy Kraus continues |
| ✓ | | 10/19/04 | | | William Beck, West Somers, NJ |
| | ✓ | 10/19/04 | | | William Hawke, Orange, CA |
| | ✓ | 10/20/04 | | | William Hawke |
| ✓ | | 10/20/04 | | | David Greenberg, Westport, Ct |
| | ✓ | 10/20/04 | | | William Hawke |
| | ✓ | 10/20/04 | | | Patrick Aschoff, Milford, Pa |
| ✓ | | 10/21/04 | | | Patrick Aschoff |
| ✓ | | 10/25/04 | | | Patrick Aschoff |
| | | 10/25/04 | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.