UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC | : CIVIL ACTION NO. 2004 OCT 28  P 3: 50 |
| Plaintiff, | : |
| VS. | : **U.S. DISTRICT COURT** |
| | : 3:02 CV 1418 (EBB) NEW HAVEN, CT |
| MGE UPS SYSTEMS, INC. | : |
| Defendant. | : |
| | : |
| | : |
| | : |
| MGE UPS SYSTEMS, INC. | : |
| Third Party Plaintiff, | : |
| | : |
| VS. | : |
| | : |
| ENERSYS, INC., | : |
| Third Party Defendant. | : October 8, 2004 |
| | : |

**TRIAL EXHIBIT LIST**

Defendant/Counterclaim Plaintiff/Third Party Plaintiff MGE UPS Systems, Inc.

("MGE"), includes in its list of exhibits documents that it may offer in its case-in-chief.  MGE

expressly reserves the right to amend this list up to the time of trial and to use any of the exhibits

listed by Plaintiff Data Support Associates, Inc. ("DSA"), and Third Party Defendant Enersys,

Inc. ("Enersys").  MGE also reserves the right to add exhibits to its list in light of the Court's

rulings on evidence, and further reserves the right to use charts, enlargements or demonstrative

exhibits during the course of the trial as needed.[1]

---

[1] MGE does not intend to offer the documents that were earlier listed as Exhibits 115, 118, 120, 131, 145, 147, 153, 155, 161, 168 and 170.  This list does not include those exhibits, and there are corresponding gaps on the list where those exhibits appeared earlier.

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 1. | 2 DSA 0002 – 2 DSA 0024 | Section 16610 which is entitled *Uninterruptible Power System Supply* dated January 31, 2000 (Depo. Exhibit RK-48) | | ~~ID~~ Full 10/13/04 |
| 2. | E 6069 | Email dated February 4, 2000 from Lance Green to Steve Vechy with cc's to Mike Zelinsky, Francis Taylor and Don Ray | | ~~Full~~ ID 10/13/04 |
| 3. | MGE UPS 08073 | Letter dated February 4, 2000 from Rudy Kraus, Data Support to Christopher Beloy, MGE | | Full 10/13/04 |
| 4. | E 6071 – E 6072 | Email with attachment dated February 14, 2000 from Rich Kristiansen to Paul Foley, Steve Vechy and Don Ray with cc's to Lance Green and Mike Zelinsky (Depo. Exhibit SV-29; K-4) | | ID |
| 5. | E000186 | Email dated February 14, 2000 from Paul Foley to Rich Kristiansen with cc's to Steve Vechy, Lance Green, Mike Zelinsky and Don Ray | | ID |
| 6. | E000194 & E000196 | Fax with attachment dated February 18, 2000 from Rich Kristiansen, Yuasa to Don Ray, Paul Foley and Steve Vechy (Depo. Exhibit K-6) | | ID |
| 7. | MGE UPS 11090 | Yuasa Quotation # 000211 dated February 18, 2000 from Rich Kristiansen, Yuasa to Brett Korn, MGE UPS Systems (Depo. Exhibit K-5) | | ~~ID~~ Full 10/19/04 |
| 8. | E 6079 | Email dated February 29, 2000 from Lance Green to Steve Vechy with cc's to Francis Taylor, Don Ray, Paul Foley, Rich Kristiansen, Mike Zelinsky | | Full |
| 9. | DSA 1242 – DSA 1243 | Email with attachment dated March 21, 2000 from Rich Kristiansen to Rudy Kraus (Depo. Exhibit RK-9; K-8) | | ID |
| 10. | E 6087 – E 6088 | Email with attachment dated March 23, 2000 from Mike Zelinsky to Lance Green with cc's to Steve Vechy and Meghan McGee | | Full |

-2-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|-----|-----------|-------------|-----------|-----------|
| 11. | MGE UPS 11346 -- MGE UPS 11355 | Five MGE UPS Systems Purchase Orders all dated March 23, 2000 to Yuasa, Inc. | | Full  10\|20\|04 |
| 12. | MGE UPS 11356 | MGE Orders – Shipment Schedule as of March 23, 2000 | | Full |
| 13. | DSA 0355 – DSA 0361 | Letter Agreement dated March 31, 2000 between Globix Corp. and Data Support (Depo. Exhibit RK-4) | | ID Full 10\|14\|04 |
| 14. | DSA 0333 – DSA 0354 | Letter Agreement dated March 31, 2000 between Globix Corp. and Data Support | | ID Full 10\|14\|04 |
| 15. | G 2865 – G 2876 | Globix computer screenshots re: Data Support invoices dated Apr., May & June, 2000, and Jan. & Nov., 2001 | | ID |
| 16. | MGE UPS 08075 – MGE UPS 08079 | Letter dated April 10, 2000 from Data Support to MGE UPS Systems | | Full |
| 17. | MGE UPS 10829 – MGE UPS 10832 | Fax with attachment dated April 14, 2000 from Roger Monaco, MGE to Rudy Kraus, Data Support with cc's to Brett Korn, Ray Prince and Kameel Andrawos | | ID |
| 18. | DSA 2066 – DSA 2069 | Handwritten Ledger Sheets with entries beginning on April 25, 2000 re: Cummins Portion and MGE Portion | | ID |
| 19. | DSA 1279 – DSA 1281 | Email with attachment dated June 16, 2000 from Richard Sgro to W. Beck with cc's to A. Anzalone, Brett Korn, Rudy Kraus and Michael Driscoll | | Full 10\|14\|04 |
| 20. | MGE UPS 11329 | Email dated June 21, 2000 from Brett Korn to M. Driscoll, R. Kraus and R. Sgro | | Full 10\|14\|04 |
| 21. | DSA 1288 | Email chain dated June 21, 2000 among Richard Sgro, Brett Korn, Michael Driscoll, and Rudy Kraus | | Full |

-3-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|-----|------------|-------------|-----------|-----------|
| 22. | DSA 1293 | Email dated June 23, 2000 among Richard Sgro, Brett Korn, Michael Driscoll and Rudy Kraus | | Full |
| 23. | MGE UPS 11328 | Letter dated July 25, 2000 from Michael Zelinsky, Yuasa to Bill Hawke, MGE with cc's to Bill Barry, Steve Vechy, and Charlie McManus (Depo. Exhibit SV-7; K-10)) | | Full |
| 24. | DSA 1819 | Letter dated July 25, 2000 from Michael Zelinsky, Yuasa to Bill Hawke, MGE with cc's to Bill Barry, Steve Vechy, and Charlie McManus and with handwritten notes | | Full |
| 25. | E000146 – E000147 | Email dated July 26, 2000 from Mike Zelinsky to Francis Taylor, Bill Barry, Bill Hawke, Brett Korn and Florence Crumpler with cc's to Steve Vechy, Meghan McGee and Rich Kristiansen | | Full |
| 26. | E000148 | Email dated July 26, 2000 from Mike Zelinsky to Bill Hawke, MGE with cc's to Bill Barry, Steve Vechy, Meghan McGee and Rich Kristiansen (Depo. Exhibit RK-25) | | Full |
| 27. | MGE UPS 000011 – MGE UPS 000012 | Email with attachment dated August 8, 2000 from Jill Wright to Rudy Kraus with cc's to Kameel Andrawos, Brett Korn, R. Sgro and Bill Hawke | | Full 10\|18\|04 |
| 28. | G 3760 – G 3761 | Email with attachment dated September 1, 2000 from Michael Driscoll, Data Support to William Beck, Fatima Tamimi and Anthony Anzalone with cc's to Rudy Kraus and Richard Sgro | | Full 10\|18\|04 |
| 29. | MGE UPS 10958 – MGE UPS 10964 | Fax with attachment dated September 8, 2000 from Jill Wright, MGE UPS to Rudy Kraus and Mike Driscoll | | Full 10\|14\|04 |
| 30. | DSA 1994 – DSA 1995 | Letter dated September 17, 2000 from Rudy Kraus, Data Support to Bill Beck, Globix | | Full 10\|18\|04 |
| 31. | E000255 | Letter dated September 25, 2000 from John Edgar | | Full |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | | at Yuasa to Jill Wright, MGE with cc's to C. McManus, M. McGee, B. Barry and B. Hodge (Depo. Exhibit SV-8) | | |
| 32. | G 0622 – G 0625 | Letter dated September 25, 2000 from Richard Sgro, Data Support to William Beck, Facilities Engineering with cc's to Tony Anzalone, Globix; Rudy Kraus, Data Support; and Mike Driscoll, Data Support | | Full 10|18|04 |
| 33. | DSA 1328 | Email chain dated September 25, 2000 among Jill Wright, Rudy Kraus, M. Driscoll, John Edgar and Charlie McManus | | Full 10|14|04 |
| 34. | DSA 1329 – DSA 1331 | Email with attachment dated September 26, 2000 from Jill Wright, MGE UPS to Rudy Kraus and M. Driscoll, Data Support (Depo. Exhibit RK-29) | | Full 10|18|04 |
| 35. | MGE UPS 11166 – MGE UPS 11167 | Email chain with attachment dated September 26, 2000 among Jill Wright, Bill Hawke, Charlie McManus, Meghan McGee and Bill Barry | | Full |
| 36. | G 0603 – G 0604 | Letter dated September 27, 2000 from Rudy Kraus, Data Support to Bill Beck, Globix | | ~~ID~~ Full 10|19|04 |
| 37. | G 3015 – G 3016 | Email with attachment dated September 27, 2000 from Rudy Kraus, Data Support to W. Beck, Globix | | Full 10|18|04 |
| 38. | MGE UPS 10460 | Letter with attachment dated October 11, 2000 from Rudy Kraus, Data Support to Kameel Andrawos, MGE UPS Systems (Depo. Ex. RK-14) | | Full 10|14|04 |
| 39. | DSA 2111 – DSA 2112 | Two Data Support invoices to Globix dated October 18, 2000 and November 27, 2000, respectively | | ~~ID~~ Full 10|15|04 |
| 40. | E001034 – E001063 | Handwritten memo with attachment dated October 27, 2000 from Jim Smith, Yuasa to Michael Driscoll, Data Support | | Full |

-5-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 41. | DSA 2082 – DSA 2084 | Invoice dated November 2, 2000 with attachment from Data Support to Globix Corp. (Depo. Exhibit RK-41) | | ~~ID~~ Full 10/15/04 |
| 42. | G 3750 – G 3751 | Email with attachment dated November 8, 2000 from Mike Driscoll, Data Support to William Beck, Globix with cc: to Rudy Kraus re: Schedule Matrix | | Full |
| 43. | G 3754 – G 3755 | Email with attachment dated November 8, 2000 from Mike Driscoll, Data Support to William Beck, Globix with cc: to Rudy Kraus re: Revised Schedule Matrix | | Full |
| 44. | G 3689 | Email dated November 20, 2000 from Alan Patrick, Globix to M. Humphrey, Globix; and William Beck | | ID |
| 45. | DSA 2076 – DSA 2081 | Letter with attachment dated November 27, 2000 from Cheryl Schiavone, Data Support to Bill Beck, Globix; and Letter dated December 20, 2000 from Cheryl Schiavone, Data Support to Bill Beck, Globix | | ~~ID~~ Full 10/15/04 |
| 46. | DSA 2112 | Invoice dated November 27, 2000 from Data Support to Globix Corp. (Depo Ex. Schiavone 8) | | ID |
| 47. | BTT 0175 – BTT 0182 | Fax with attachment dated December 11, 2000 from Alan Patrick, Globix to Rudy Kraus | | ID |
| 48. | MGE UPS 11280 – MGE UPS 11284 | MGE UPS Systems Purchase Orders. One dated December 13, 2000 to Hodge Trucking; and the other dated December 14, 2000 to Yuasa | | Full 10/20/04 |
| 49. | E000376 | Fax dated December 14, 2000 from Bill Hawkc, MGE to Ron Alonso, Yuasa | | Full 10/20/04 |
| 50. | G 3617 – G 3619 | Email dated December 26, 2000 from Alan Patrick, Globix to S. Reiter, Globix with cc's to Mikhail Maslov and William Beck | | ID |

-6-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|-----|-----------|-------------|-----------|-----------|
| 51. | MGE UPS 000143 | Email chain dated December 27, 2000 between Ron Alonso and Bill Hawke | | Full |
| 52. | MGE UPS 000140 | Email chain dated December 22 & 27, 2000 among Bill Hawke, Kameel Andrawos, and Ron Alonso | | Full 10\|20\|04 |
| 53. | MGE UPS 000142 – MGE UPS 000143 | Email chain dated January 2, 2001 among Mike Driscoll, Kameel Andrawos, Rudy Kraus, and Ron Alonso | | Full 10\|14\|04 |
| 54. | BTT 0213 – BTT 0216 | Letter with attachment dated January 3, 2001 from Rudy Kraus, Data Support to Dave Greenberg, Esq. | | ID |
| 55. | E 6715 – E 6718 | Enersys Invoices to MGE, Order Date is January 12, 2001 (Depo. Exhibit E-2) | | Full 10\|20\|04 |
| 56. | G 3653 | Email chain dated January 15, 2001 among Jose Alvarez, Globix; Bill Beck, Globix; and Sheldon Reiter | | Full 10\|19\|04 |
| 57. | DSA 0319 – DSA 0322 | Letter Agreement dated January 16, 2001 with attachments between Globix Corp. and Data Support (Depo. Exhibit RK-57 | | ID Full 10\|15\|04 |
| 58. | BTT 0001 | Fax cover sheet dated January 16, 2001 from David Greenberg, Esq. to Rudy Kraus | | ID |
| 59. | BTT 0159 – BTT 0160 | Draft Letter Agreement between Data Support and Globix dated January 16, 2001 | | ID |
| 60. | G 3620 – G 3623 | Email with attachment dated January 17, 2001 from Alan Patrick, Globix to Sheldon Reiter; Bill Beck; and B. Reach with cc: to Mikhail Maslov | | ID |
| 61. | DSA 1104 & DSA 1106 | Letter with attachment dated January 17, 2001 from Meghan McGee, Enersys to Michael Driscoll, Data Support | | Full 10\|18\|04 |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 62. | DSA 2070 – DSA 2075 | Data Support Invoices to Globix, marked paid on January 18, 2001 | | ID |
| 63. | G 2760 – G 2762 | Email chain dated January 16, 17, 24 & 25, 2001 among Michael Humphrey, Globix; Sheldon Reiter, Globix; B. Beck, Globix; James Schroeder; Alan Patrick, Globix; J. Garcia, Globix; A. Lowenthal, Globix; Mikhail Maslov, Globix; B. Reach, Globix; and R. Bell, Globix | | ID |
| 64. | MGE UPS 000229 | Email dated April 9, 2001 from Patrick Aschoff to Jeff Wiederkehr with cc's to Kameel Andrawos, Alberto Chois, Peter Braun, Robert Sellons and Rod Saunders, all of MGE UPS | | Full 10/20/04 |
| 65. | n/a | Sublease dated May 1, 2001 between MGE UPS Systems and Data Support | | ~~ID~~ Full 10/18/04 |
| 66. | MGE UPS 000244 – MGE UPS 000245 | Email dated May 13, 2001 from Patrick Aschoff, to Kameel Andrawos with cc's to Peter Braun; Ralph Kittel; J. Rice; Mike McDougall | | Full 10/20/04 |
| 67. | MGE UPS 07099 – MGE UPS 07110 | Memo with attachment dated May 31, 2001 from Kameel Andrawos to Rudy Kraus with cc: to Ray Prince | | Full |
| 68. | E000862 | Yuasa Service Report re: MGE dated June, 2001 | | Full |
| 69. | DSA 2205 | Copy of a Globix check dated July 5, 2001 payable to Data Support in the amount of $2,162,452.25 | | ID |
| 70. | HODGE 228 | Letter dated July 24, 2001 from Rudy Kraus, Data Support to Ms. Hodge | | Full |
| 71. | G 3646 – G 3647 | Email chain dated July 25, 2001 among Alan Patrick, Globix; William Beck; Anthony Previte and Michael Maslov | | ID |
| 72. | MGE UPS 000339 – | Email with attachment dated August 3, 2001 from Eric Schlobohm, MGE UPS to Rudy Kraus and | | ~~ID~~ Full 10/18/04 |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | MGE UPS 000340 | Kameel Andrawos | | |
| 73. | BTT 0102 – BTT 0104 | Unsigned blacklined version of the $535,041.95 Secured Promissory Note dated August 8, 2001 wherein Data Support is the borrower and MGE UPS Systems is the lender | | ID  10\|18\|04 |
| 74. | BTT 0105 – BTT 0108 | Unsigned blacklined version of the $535,041.95 Secured Promissory Note dated 2001 between Data Support and MGE UPS Systems | | ID  10\|18\|04 |
| 75. | n/a | Signed Secured Promissory Note dated August 8, 2001 in the amount of $535,041.95 | | ~~ID~~ 10\|15\|04   Full 10\|18\|04 |
| 76. | HODGE 235 | Letter dated August 14, 2001 from Brenda Hodge, Hodge Distribution to Bill Hawke, MGE UPS Systems | | Full |
| 77. | 2 DSA 0226 – 2 DSA 0238 | JP Morgan Chase's Bid entitled *Section 16630-B Pre-Purchase Specifications For VRLA Batteries* dated August 28, 2001 | | ID |
| 78. | E 6995, & E 7001 – E 7023 | Yuasa Service Reports re: Data Support – Sept. – Dec., 2001 and Jan. – Feb. 2002 (Depo. Exhibit E-5) | | Full |
| 79. | E000852 – E000853 | Fax with attachment dated September 12, 2001 from Paul Foley, Enersys to Steve Vechy (Depo. Exhibit SV-38) | | ID |
| 80. | DSA 1315 | Email dated September 14, 2001 between Carol Andrighetti and Rudy Kraus | | Full  10\|18\|04 |
| 81. | E 6710 – E 6711 | Fax with attachment dated September 17, 2001 from Carol Andrighetti, Data Support to Ken Plaster | | Full  10\|18\|04 |
| 82. | DSA 1316 | Email dated September 17, 2001 between Carol Andrighetti and Rudy Kraus | | Full |
| 83. | E 7137 – E 7143 | Enersys Invoices to Data Support, Order Date is September 18, 2001 | | Full |

-9-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 84. | 2 DSA 0356 | Purchase Order Agreement dated October 3, 2001 between Unity Electric and Data Support | | Full 10/14/04 |
| 85. | DSA 1879 | Purchase Order 3172 dated October 23, 2001 from D.P. Facilities to Data Support | | Full 10/14/04 |
| 86. | DSA 1923 – DSA 1924 | Memo with attachment dated October 24, 2001 from Joe Cantoli, Data Support to Lorrie | | Full |
| 87. | G2857 – G2858 | Memo of Understanding with attachment as of November 1, 2001 between Globix Corp. and Data Support | | ID Full 10/15/04 |
| 88. | MGE UPS 000610 – MGE UPS 000612 | Email with attachment dated November 2, 2001 from Chuck Snyder, Enersys to Kameel Andrawos, MGE UPS | | Full |
| 89. | SIERRA 1 – SIERRA 19 | Presentation to Chase Manhattan Bank dated November 4, 2001 Prepared by Sierra Technologies entitled *Uninterruptible Power Supply System Inspection and Maintenance, 1200KVA Redundant Teledyne UPS System* | | ID |
| 90. | E000503 | Email dated November 7, 2001 from Ariel Schwab to R. Kraus, Data Support with cc: to Steve Vechy (Depo. Exhibit AS-2) | | Full |
| 91. | n/a | Purchase Order No. 57 - Order Date of November 8, 2001 from Data Support to MGE UPS Systems | | Full |
| 92. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 57. Invoice no. 213595 dated September 05, 2002 | | Full |
| 93. | EYP 28 – EYP 34 | Fax with attachment dated November 12, 2001 from Chuck Snyder, Enersys to Rudy Kraus, Data Support (Depo. Exhibit CS-2) | | Full |
| 94. | G2812 – | Globix Corporation Bill of Sale dated November | | ID Full 10/15/04 |

-10-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | G2864 | 13, 2001<br>(Depo. Exhibit Globix 10) | | |
| 95. | E 6982 –<br>E 6986 | Letter with attachment dated November 21, 2001 from Ariel Schwab, Enersys to Globix Corp.<br>(Depo. Exhibit AS-3) | | Full |
| 96. | E 4899,<br>E 4965,<br>E 6266 &<br>E 4942 | Enersys Lab Test Assignment form with attachments dated December 14, 2001 originating from Ariel Schwab<br>(Depo. Exhibit CS-10) | | Full |
| 97. | DSA 1165 | Email dated February 5, 2002 from Carol Andrighetti to Rudy Kraus with cc: to John Duggan | | Full<br>10\|14\|04 |
| 98. | n/a | Email chain dated February 8, 2002 among Ray Prince, Tony Tartol, and Kameel Andrawos<br>(Depo Ex. RP-16) | | Full |
| 99. | DSA 1218 –<br>DSA 1223 | Email chain with attachment dated February 21, 2002 among Tony Tartol, Rudy Kraus and Kameel Andrawos | | Full |
| 100. | G 4100 | Email dated February 21, 2002 from Patrick Aschoff, MGE to Mr. Duggan; Rudy Kraus; Schwab, A.; Resurreccion, J.; Mr. Vechy; Mr. Beck; Mrs. Azmi; and Mr. Anzalone with cc's to Northeast Customer Support Rep.; Bill Hawke; Kameel; Northeast Regional manager; Ron Alonso; Battery Sales UPS/Switchgear | | Full<br>10/21/04 |
| 101. | MGE UPS 006536 –<br>MGE UPS 006537 | Email dated February 21, 2002 from Patrick Aschoff, MGE UPS Systems to Mr. Duggan, Rudy Kraus, Schwab A., Resurreccion J., Mr. Vechy, Mr. Beck, Mrs. Azmi, Mr. Anzalone with cc's to Bill Hawke, Kameel Andrawos, Paul Sisilli, Ron Alonso, Kristiansen R., Northeast Customer Support Rep. | | Full |
| 102. | DSA 1227 –<br>DSA 1229 | Email with attachment dated February 26, 2002 from Carol Andrighetti to Rudy Kraus<br>(Depo Exhibit RK-45) | | Full<br>10\|18\|04 |

-11-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 103. | E001165 – E001173 | Email with attachment dated February 27, 2002 from Patrick Aschoff, MGE UPS Systems to Rudy Kraus with cc's to G. Macdona, Northeast Regional Manager, Northeast Customer Support Rep, Ron Alonso, Schwab, Resurreccion, Mr. Vechy, Mr. Beck, Battery Sales UPS/Switchgear | | Full |
| 104. | E 6999 – E 7000 | Purchase Order with order date of March 8, 2002 between Data Support and Enersys | | Full 10/18/04 |
| 105. | E 7144 – E 7146 | Enersys Invoices to Data Support – Order Date is March 11, 2002 (Depo. Exhibit E-6) | | Full |
| 106. | E 6996 – E 6998 | Yuasa Service Reports re: Data Support, March – May, 2002 | | Full |
| 107. | MGE UPS 006600 – MGE UPS 006603 | Email dated April 23, 2002 from Patrick Aschoff, MGE UPS Systems to J. Cantoli, Rudy Kraus, Bill Hawke, Kameel Andrawos, Paul Sisilli, Ray Prince, Mr. Beck with cc's to Ron Alonso, Schwab A., Resurreccion J., Mr. Vechy, and Kristiansen R. | | Full 10/14/04 |
| 108. | MGE UPS 006556 – MGE UPS 006599 | Email with attachment dated April 23, 2002 from Patrick Aschoff, MEG UPS Systems to J. Cantoli, Rudy Kraus, Bill Hawke, Kameel Andrawos, Paul Sisilli, Ray Prince, Mr. Beck with cc's to Ron Alonso, Schwab, A., Resurreccion, J., Mr. Vechy, and Kristiansen, R. | | Full |
| 109. | DSA 1895 – DSA 1896 | Fax dated June 3, 2002 from Joe Cantoli, Data Support re: April 11 letter | | ID |
| 110. | n/a | Drop Ship Order re: P.O. No. 199 - Order Date of June 6, 2002 from Data Support to MGE UPS Systems | | Full |
| 111. | n/a | Revised Purchase Order No. 199 - Order Date of June 6, 2002 from Data Support to MGE UPS Systems | | Full |
| 112. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 199. Invoice no. 208121 dated June 8, | | Full |

-12-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | | 2002 | | |
| 113. | n/a | Purchase Order No. 211 - Order Date of June 18, 2002 from Data Support to MGE UPS Systems | | Full |
| 114. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 211. Invoice no. 210837 dated July 25, 2002[2] | | Full |
| 115. | | | | |
| 116. | n/a | Corresponding MGE invoice to Data Support re: P.O. designated as "John Raio". Invoice no. 208769 dated June 25, 2002 | | ID |
| 117. | E 5697 – E 5699 | Fax with attachment dated June 25, 2002 from Ariel Schwab, Enersys to Joe Cantoli (Depo. Exhibit AS-8) | | Full |
| 118. | | | | |
| 119. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2080. Invoice no. 209108 dated June 28, 2002 | | ID |
| 120. | | | | |
| 121. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2102. Invoice no. 209229 dated June 28, 2002 | | ID |
| 122. | n/a | Purchase Order No. S2064 from Data Support to MGE UPS Systems | | Full |
| 123. | n/a | Corresponding MGE invoices to Data Support re: P.O. No. S2064. Invoice no. 209306 dated June 28, 2002 and invoice no. 209461 dated June 28, 2002 | | Full |
| 124. | n/a | Purchase Order No. S2074 from Data Support to MGE UPS Systems | | Full |
| 125. | n/a | Corresponding MGE invoice to Data Support re: | | Full |

[2] See footnote 1, supra, with regard to exhibits earlier listed as numbers 115, 118, 120, 131, 145, 147, 153, 155, 161, 168 and 170.

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | | P.O. No. S2074. Invoice no. 209307 dated June 28, 2002 | | |
| 126. | n/a | Purchase Order No. 235 - Order Date of July 11, 2002 from Data Support to MGE UPS Systems | | Full |
| 127. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 235. Invoice no. 213691 dated September 10, 2002 | | Full |
| 128. | n/a | Purchase Order No. S2108 from Data Support to MGE UPS Systems | | Full |
| 129. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2108. Invoice no. 210722 dated July 24, 2002 | | Full |
| 130. | E000791 | Letter dated July 25, 2002 from Rick Bode to Rudy Kraus | | Full  10\|14\|04 |
| 131. | | | | |
| 132. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2107. Invoice no. 210858 dated July 25, 2002 | | ID |
| 133. | n/a | Purchase Order No. 246 - Order Date of July 25, 2002 from Data Support to MGE UPS Systems | | Full |
| 134. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 246. Invoice no. 211083 dated July 27, 2002 | | Full |
| 135. | n/a | Purchase Order No. 247 - Order Date of July 26, 2002 from Data Support to MGE UPS Systems | | Full |
| 136. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 247. Invoice no. 211289 dated July 31, 2002 | | Full |
| 137. | n/a | Purchase Order No. 256 - Order Date of August 7, 2002 from Data Support to MGE UPS Systems | | Full |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 138. | n/a | Corresponding MGE invoices to Data Support re: P.O. No. 256.  Invoice no. 213932 dated September 14, 2002 and 214340 dated September 21, 2002 | | Full |
| 139. | n/a | Purchase Order No. 264 - Order Date of August 21, 2002 from Data Support to MGE UPS Systems | | Full |
| 140. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 264.  Invoice no. 212705 dated August 24, 2002 | | Full |
| 141. | n/a | Purchase Order No. S2128 from Data Support to MGE UPS Systems | | Full |
| 142. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2128.  Invoice no. 212777 dated August 27, 2002 | | Full |
| 143. | n/a | Purchase Order No. S2129 from Data Support to MGE UPS Systems | | Full |
| 144. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2129.  Invoice no. 212778 dated August 27, 2002 | | Full |
| 145. | | | | |
| 146. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2119.  Invoice no. 212874 dated August 28, 2002 | | ID |
| 147. | | | | |
| 148. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2120.  Invoice no. 212875 dated August 28, 2002 | | ID |
| 149. | n/a | Purchase Order No. S2132 from Data Support to MGE UPS Systems | | Full |
| 150. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2132.  Invoice no. 212876 dated August 28, 2002 | | Full |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| 151. | E000790 | Purchase Order with order date of August 29, 2002 between Data Support and Enersys, Inc. faxed from Rudy Kraus, Data Support to R. Bode, Enersys | | Full |
| 152. | E 7147 – E 7149 | Enersys Invoices to Data Support, Order Date is August 30, 2002 | | Full |
| 153. | | | | |
| 154. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2118.  Invoice no. 213393 dated August 30, 2002 | | ID |
| 155. | | | | |
| 156. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2121.  Invoice no. 213415 dated August 30, 2002 | | ID |
| 157. | n/a | Letter with enclosed check dated September 6, 2002 from Ronald Croce, Data Support to Michael O'Brien, MGE UPS Systems | | Full |
| 158. | n/a | Copy of Data Support's check dated September 6, 2002 made payable to MGE UPS Systems in the amount of $80,998.20 and marked "Payment Stopped" | | Full |
| 159. | n/a | Purchase Order No. S2065 from Data Support to MGE UPS Systems | | Full |
| 160. | n/a | Corresponding MGE invoices to Data Support re: P.O. No. S2065.  Invoice no. 213811 dated September 11, 2002 and invoice no. 213812 dated September 11, 2002 | | Full |
| 161. | | | | |
| 162. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. S2077.  Invoice no. 213892 dated September 12, 2002 | | ID |
| 163. | n/a | Purchase Order No. S2126 from Data Support to MGE UPS Systems | | Full |
| 164. | n/a | Corresponding MGE invoice to Data Support re: | | Full |

-16-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
|  |  | P.O. No. S2126.  Invoice no. 214142 dated September 18, 2002 |  |  |
| 165. | E001064 | Memo referencing an attachment dated September 18, 2002 from Jeff Wiederkehr, MGE to Charles McManus |  | Full |
| 166. | DSA 1882 | Purchase Order dated September 24, 2002 from Cauldwell Wingate to Data Support |  | ID |
| 167. | DSA 0302 | Fax dated September 25, 2002 from Jocelyn Hartzog, Ad Coordinator, EC&M to Sheilah Purcell, DSA |  | Full 10\|18\|04 |
| 168. |  |  |  |  |
| 169. | n/a | Corresponding MGE invoice to Data Support re: P.O. designated as "Ultimate Contra".  Invoice no. 215007 dated September 30, 2002 |  | ID |
| 170. |  |  |  |  |
| 171. | n/a | Corresponding MGE invoice to Data Support re: P.O. No. 296.  Invoice no. 215015 dated September 30, 2002 |  | ID |
| 172. | E 7033 – E 7079 | Enersys Service Reports re: Data Support, Sept. – Nov. 2002 |  | Full |
| 173. | BTT 0184 – BTT 0185 | Fax with attachment dated October 9, 2002 from Paul Berg, Esq. to Gary Klein |  | ID |
| 174. | MGE UPS 122345 – MGE UPS 122346 | Letter dated October 16, 2002 from Dave Petratis, MGE to Charles McManus, Enersys |  | Full |
| 175. | MGE UPS 11360 | Letter dated October 29, 2002 from Charles McManus, Enersys to David Petratis, MGE UPS Systems |  | Full |
| 176. | G 3663 – G 3665 | Email with attachment dated November 20, 2002 from Bill Beck, Globix to Tony Previte |  | ID |
| 177. | G 3597 – G 3598 | Email chain dated January 7, 2003 among Bill Beck, Globix; Karen Wiedenmann; and S. |  | ID 10\|19\|04 |

-17-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | | Blancha<br>(Depo. Exhibit Globix 7) | | |
| 178. | G 3673 –<br>G 3676 | Email with attachment dated January 12, 2003<br>from Geoffrey MacDonald, Bestweb to Bill Beck | | ID |
| 179. | n/a | Data Support's website news "Welcome<br>Additions to Staff and Product Lines" dated<br>February 28, 2003<br>(Depo Exh. RK-16) | | Full<br>10/18/04 |
| 180. | n/a | Data Support's Responses to MGE's Third Set of<br>Interrogatories and Requests for Production dated<br>April 24, 2003<br>(Depo Exh. RK-2) | | ID |
| 181. | E 7950 –<br>E 7951 | Fax with attachment dated May 29, 2003 from<br>Mike Miranda to Joe Cantolli | | ID |
| 182. | E 7952 –<br>E 7953 | Enersys Service Report dated July 12, 2003 re: JP<br>Morgan Chase | | ID |
| 183. | E 6067 –<br>E 6068 | Fax dated July 22, 2003 from Lance Green,<br>Yuasa to Bill Hawke, MGE UPS Systems with<br>cc: to Brett Korn<br>(Depo. Exhibit LG-4) | | ID |
| 184. | E 7450 –<br>E 7451 | Email chain with date range of August 19, 2003<br>through September 9, 2003 between Steve Vechy<br>and Rudy Kraus<br>(Depo Exhibit E-11) | | Full |
| 185. | E 7132 | Email dated September 3, 2003 from Mike<br>Miranda to Ariel Schwab with cc: to Robert Flotz | | ID |
| 186. | G 2908 –<br>G 2909 | Letter dated October 22, 2003 from Rudy Kraus,<br>Data Support to Bill Beck, Globix | | ID |
| 187. | n/a | Quotation dated October 29, 2003 from Steve<br>Friedman, Encore Power to Chuck Shalley with<br>cc: to Paul Adams<br>(Depo Ex. RK 66) | | Full |
| 188. | n/a | Insurance policy issued by The Hartford to Data | | Full |

-18-

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
| | | Support faxed by Sandak Hennessey & Greco on December 17, 2003 | | |
| 189. | n/a | Expert Report dated January 14, 2004 prepared by Marco Migliaro of ESA Consulting Engineers and supplements | | ID |
| 190. | n/a | Fax with attachment dated February 10, 2004 from Gary Klein, Esq. to Michael Shea, Esq., Mario Borelli, Esq., Jason Weathers, Esq., Bradford Babbitt, Esq., and Daniel Huyett, Esq. re: the Symantec & Chase Delaware sales (Depo Ex. RK 65) | | Full |
| 191. | E 7453 – E 7486 | Yuasa's Safety, Storage, Operating and Maintenance Manual for the DDS, DDV and DGX Battery Systems | | Full |
| 192. | E000200 – E000376 | KW Per Cell Rating For Minutes to Final Voltage Report prepared by Yuasa | | ID |
| 193. | SIERRA 20 – SIERRA 38 | Various, Undated Battery Performance Test Charts and Graphs | | ID |
| 194. | EYP 35 – EYP 38 | Undated document entitled *Review of 240-DDS125-31 Battery Application in UPS* prepared by Chuck Snyder | | Full |
| 195. | DSA 1900 – DSA 1902 | Undated -- Data Support's bill of materials and quotation for JP Morgan Chase re: Yuasa Battery System | | ID |
| 196. | DSA 2062 | Handwritten notes re: overnight package to Alan at Globix | | ID |
| 197. | E 5967 | Undated Graph re: DD125-31 Discharge at Chase Bank (Depo. Exhibit CS-11) | | ID |
| 198. | DSA 1299 – DSA 1301 | E-mail dated August 8, 2000 from Jill Wright to Rudy Kraus with attachment | | Full |
| 199. | MGE UPS 19 – | E-mail dated August 16, 2000 from Jill Wright to Kameel Andrawos with attached letter dated | | Full |

| No. | Bates Nos. | Description | Objection | Full/I.D. |
|---|---|---|---|---|
|  | MGE UPS 21 | August 15, 2000 from Michael J. Driscoll to Jill Wright |  |  |
| 200. | MGE UPS 120 – MGE UPS 121 | E-mail dated October 23, 2000 from Rudy Kraus to Kameel Andrawos |  | Full<br>10|15|04 |
| 201. | MGE UPS 7065 – MGE UPS 7068 | Memo dated December 27, 2000 from Yvonne to Kameel with attachment |  | Full |
| 202. | DSA 1756 – DSA 1759 | Fax dated January 22, 2001 from Kameel Andrawos to Rudy, Data Support Associates, with attached Memo dated January 21, 2001 from Kameel Andrawos to Rudy Kraus and with attached E-mail dated January 21, 2001 from Kameel Andrawos to Rudy Kraus |  | Full |
| 203. | MGE UPS 166 – MGE UPS 167 | E-mail dated March 5, 2001 from Rudy Kraus to Kameel Andrawos with attachment |  | Full<br>10|14|04 |
| 204. | MGE UPS 10860 – MGE UPS 10864 | Drawings by N.K. Engineers, Inc. dated March 18, 2000 |  | Full<br>10|13|04 |
| 205. | MGE UPS 13 – MGE UPS 14 | E-mail dated August 9, 2000 from Jill Wright to Kameel Andrawos with attachment |  | Full |
| 206. | MGE UPS 118 | E-mail dated October 23, 2000 from Brett Garnett to Rudy Kraus |  | Full |
| 207. | MGE UPS 146 – MGE UPS 148 | E-mail dated January 9, 2001 from Mike Driscoll to Kameel Andrawos with attached letter dated January 9, 2001 from Michael J. Driscoll to Kameel Andrawos |  | Full |
| 208. | MGE UPS 240 – MGE UPS 243 | E-mail dated May 10, 2001 from Patrick Aschoff to Kameel Andrawos with attachment |  | Full<br>10|20|04 |

-20-

| 209. | MGE UPS 313 | E-mail dated July 5, 2001 from Rudy Kraus to Kameel Andrawos | | Full |
|---|---|---|---|---|
| 210. | MGE UPS 10499-10506 | Specification Section 16429, 480 Volt Switchboard, dated 29 March 2000 | | Full 10/13/04 |
| 211. | | Battery Configuration and Order Entry System, CORE II, Version 2.10, June 2000 Yuasa, Inc. | | ID |
| 212. | | Section 58.01, CORE II Instruction Manual, Version 2.10, June 2000 Yuasa, Inc. | | ID |
| 213. | BTT 0073-77 | Fax to David Greenberg from Cheryl Schiavone dated July 21, 2000, with attachment | | ID |
| 214. | BTT 0112-0117 | Fax to David Greenberg from Rudy Kraus dated July 5, 2001, with attachment | | ID |
| 215. | MGE UPS 122421 | Bill of Lading from North American Van Lines dated 9/12/02 | | Full |
| 216. | MGE UPS 122422 | Bill of Lading from North American Van Lines dated 9/13/02 | | Full |
| 217. | MGE UPS 122445-122563 | Documents showing lease payments by MGE to Newmark & Co. Real Estate | | ID |
| 218. | MGE UPS 122425-122444 | Field Service Reports | | Full |
| 219. | | Globix Corporation: Key Developments | | ID |
| 220. | | DSA PO 57 dated 11/08/01; MGE Order of Acknowledgement – Inv. No. 213595 dated 9/5/02; Bill of Lading dated 9/4/02 | | Full |
| 221. | | DSA PO 199 dated 6/6/02; MGE Order of Acknowledgement – Inv. No. 208121 dated 6/8/02; Bill of Lading dated 6/7/02 | | Full |
| 222. | | DSA PO 264 dated 8/21/02; MGE Order of Acknowledgement – Inv. No. 212705 dated 8/24/02; Bill of Lading 8/22/02 | | Full |
| 223. | | Faxed Copies of MGE Invoice No.s 69074, 69082, 69084 | | Full |
| 224. | MGE UPS 122610 – 614; 122658 – 661; 122689 – 691; 122716 – 767; 122762 - 767 | Package of Documents related to Commissions Payments | | ID |
| 225. | | RK2 | | ID |
| 226. | | RK8 | | ID |
| 227. | | RK11 | | ID |
| 228. | | RK13 | | ID |
| 229. | | RK15 | | ID Full 10/15/04 |
| 230. | | RK28 | | ID |
| 231. | | RK30 | | ID |

-21-

| 232. | | RK40 | | ID |
|------|--|------|--|----|
| 233. | | RK42 | | ID |
| 234. | | RK57 | | ID |
| 235. | | RK59 | | ID |
| 236. | | RK60 | | ID |
| 237. | | E1 | | ID |
| 238. | | E3 | | ID |
| 239. | | SV16 | | ID |
| 240. | | SV21 | | ID |
| 241. | | SV28 | | ID |
| 242. | | SV30 | | ID |
| 243. | | SV48 and 48A | | ID |
| 244. | | LG2 | | ID |
| 245. | | K3 | | ID |
| 246. | | K10 | | ID |
| 247. | | PA40 | | ID |
| 248. | | AS1 | | ID |
| 249. | | AS4 | | ID |
| 250. | | Sgro 4 | | ID |
| 251. | | CS6 | | ID |
| 252. | | CS8 | | ID |
| 253. | | CS9 | | ID |
| 254. | | CS12 | | ID |
| 255. | | CS13 | | ID |
| 256. | | CS14 | | ID |
| 257 | | Drawing of | | ID | 10/20/04 |
| 258 | | Calculation on Board | | ID | 10/21/04 |

DEFENDANT,
MGE UPS SYSTEMS, INC.

By: _____
Michael P. Shea (ct#19598)
Jason S. Weathers (ct#24579)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

-22-