UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC., | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| MGE UPS SYSTEMS, INC., | : |
| Defendant | : |
| | : |
| MGE UPS SYSTEMS, INC., | : |
| Third Party Plaintiff | : |
| | : |
| v. | : |
| | : |
| ENERSYS INC., | : |
| Third Party Defendant | : |

2004 OCT 28  P 3: 50

CIVIL ACTION NO. 3:02 CV 1418 (EBB)

U.S. DISTRICT COURT
NEW HAVEN, CT

| THIRD PARTY DEFENDANT ENERSYS INC'S TRIAL EXHIBIT LIST | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ex. No. | Date | To | From | Description | Exhibit/ Dep. No. | ID/Full | Admitted |
| E 1 | | | | Buyout Battery Quote Form for 69074,78,80,82,84 | MGE UPS 11206 - 11212 | ID | 10/20/04 |
| E 2 | | | | MGE Faxed Pos | E 391 E924 E383 | | |
| E 3A | | | | Enersys Order Acknowledgement for PO 69074 | E 7273 – 80 E-15 | ID | |
| E 3B | | | | Enersys Order Acknowledgement for PO 69078 | E 7281 - 84 | ID | |

1

| E 3C | – | | | Enersys Order Acknowledgement for PO 69080 | E 7285 - 88 | ID | |
| E 3D | | | | Enersys Order Acknowledgement for PO 69082 | E 7288A - 95 | ID | 10\|20\|04 |
| E 4 | 06/16/00 | | | Enersys – Document change request – re: General Order Flow (E-40) | E7517 – 7524 E-14 | ID | |
| E 5A | | | | MGE produced PO's | MGE UPS 7155 – 59 | ID | |
| E 5B | | | | MGE produced PO's | MGE UPS 10286 – 95 | ID | |
| E 5C | | | | MGE produced PO's | MGE UPS 11215 – 19; 11222 – 31 | ID | |
| E 5D | | | | MGE Produced PO's | MGE UPS 11346 – 55 | ID | |

10/11/04/SL1 482994v1/08444.318

| E 6 | .02/18/00 | P Foley<br>D Ray<br>S Vechy | R Kristiansen | Fax attaching Yuasa Quotation # 000211 (VLRA)<br>(E-21) | E 194<br>E 196<br>K6 | | |
| E 7 | 02/21/00 | B Korn<br>R Kraus | R Kristiansen | Yuasa Quotation # 000215 (wet cell)<br>(E-22) | E000188<br>K13 | ID<br>Full | 10/20/04 |
| E 8 | | | | Enersys VRLA Section 54.51 Specifications | SV 5 | | |
| E 9 | 06/16/00 | W Beck<br>Cc: A Anzalone<br>B Korn<br>R Kraus<br>M Driscoll | R Sgro | Email to Globix attaching DSA letter re: present and proposed shipping dates of batteries<br>(E-41) | DSA 1791 – 1793<br>RK11 | | |
| E 10 | 06/21/00 | M Driscoll<br>R Kraus<br>R Sgro<br>B Korn | B Korn<br>R Sgro | Series of emails re: shipping Globix Batteries – that are manufactured and ready to ship<br>(E-42) | DSA 1288<br>RK 12 | Full | 10/18/04 |
| E 11 | 06/22/00 | B Korn<br>Cc: M Driscoll<br>W Beck<br>A Anzalone | R Sgro<br>DSA | Email re: Investigating temporary storage sites<br>(E-43) | DSA 1290<br>RK 24 | | |

10/11/04/SL1 482994v1/08444.318

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E 12 | 07/25/00 | B Hawke<br>Cc: B Barry<br>S Vechy<br>C McManus | M Zelinsky | Memo re: need ship to address – factory is constipated<br>(E-44) | MGE<br>UPS<br>11328<br>WH5<br>SV7 | | |
| E 13 | 07/26/00 | B Hawk<br>Cc: B Barry<br>S Vechy<br>M McGee<br>R Kristiansen | M Zelinsky | Email re: MGE release to Hodge; not climate controlled<br>(E-46) | E 148<br>SV44<br>WH6<br>K11<br>RK25 | - | |
| E 14 | 07/26/00 | P Cobb/MGE<br>Cc: B Korn<br>J Wright | R Kraus | Ltr re: Kraus visit to Yuasa Sumter Plant w/ McManus & Vechy; "aid in selling these systems"<br>(E-47) | DSA<br>1820 –<br>1821<br>RK 13 | | |
| E 15 | 07/31/00 | B Hawke<br>M Zelinsky<br>M McGee<br>B Barry<br>R Kristiansen<br>S Vechy | S Vechy<br>M Zelinsky | Series of emails re:<br>Cost/Boost Charging Costs<br>(E-51) | E000348<br>WH7 | Full | 10/20/04 |
| E 16 | 08/29/00 | J Batterson<br>R Prince<br>K Andrawos<br>J Lindenstein<br>J Wright | B Garnett | Email re: DSA financial dispute<br>(E-52) | MGE<br>UPS<br>000029<br><br>RP12 | | |

4

| E 17 | 09/08/00 | R Kraus<br>M Discoll | J Wright<br>MGE | Fax re: warranty attaching ltr re terms and conditions and DDS manual re storage & Boosting intervals (E-57) | MGE<br>UPS<br>10958 –<br>10964<br>RK26 | | |
|------|----------|----------------------|-----------------|------------------------------------------------------------------------------------------------------------|----------------------------------------|---|---|
| E 18 | 09/15/00 | R Monaco<br>J Batterson<br>K Andrawos<br>J Wright | B Garnett | Email re: DSA financial dispute (E-61) | MGE<br>UPS<br>000106<br><br>KA2 | | |
| E 19 | 09/17/00 | B Beck<br>Globix | R Kraus | Ltr re: quote for storage and schedule for charging of batteries (E-62) | DSA<br>1994 –95<br>RK27 | | |
| E 20 | 09/25/00 | W Beck | M Driscoll | DSA Ltr re: history of original schedule (E-69) | G622 –<br>25<br>WB7<br>Sgro 4 | | |
| E 21 | 09/25/00 | J Wright<br>Cc: C McManus<br>M McGee<br>B Barry<br>B Hodge | J Edgar | Enersys letter to MGE re: stored batteries & boosting schedule & impact on warranty (E-70) | E255<br>SV8<br>E337<br>DSA110 | Full | 10/30/04 |

5

| E 22 | 09/26/00 | R Kraus M Driscoll | J Wright | MGE Email to DSA attaching Edgar ltrs re: stored batteries and recharging/storage costs (E-71) | DSA 1329 – 1331 RK 29 MGE UPS 11166 – 11167 | | |
|------|----------|--------------------|----------|------------------------------------------------------------------------------------------------|----------------------------------------------|------|----------|
| E 23 | 09/27/00 | W Beck | R Kraus | DSA Email to Globix re Yuasa Battery Storage – w/ attached letter from Edgar (E-74) | G3015 – 16 WB8 | | |
| E 24 | 09/27/00 | B Beck | R Kraus | DSA Ltr to Globix re: definition of cancellation clause (E-75) | G 0603 – 4 RK58 | ID | |
| E 25 | 10/3/00 | B Hawks | Hodge | Memo re Freight Charges | MGE UPS 6698 | Full | 10/20/04 |
| E 26 | 10/11/00 | K Andrawos | R Kraus | Ltr attaching signed ltr of 9/28/00 re: PO 2807 shipped to Hodge & DSA's acceptance of batteries (E-76) | MGE UPS 10460 RK 14 | | |

6

| E 27 | 10/18/00 | R Prince<br>K Andrawos<br>R Monaco<br>J Wright | J Batterson | MGE Email re:<br>financial dispute<br>w/ DSA<br>(E-77) | MGE<br>UPS<br>117<br><br>RP13<br><br>- | | | - |
| E 28 | 10/18/00 | | | DSA Invoices to<br>Globix for 75%<br>billing for 39<br>batteries &<br>#2000916<br>Globix Check for<br>$5,299,386.01<br>(E-78) | DSA<br>2082 –<br>2084<br>RK3 | ID | | |
| E 29 | 10/27/00 | J Wright | M Driscoll | Fax re: info. for<br>pricing boosting | MGE UP<br>6665-<br>6695 | Full | 10/14/04 | -- |
| E 30 | 10/31/00 | | | Executive<br>Summory for<br>meeting w/ Globix<br>and DSA prepared<br>by J. Wright | MGE<br>UPS<br>10461 | | | |
| E 31 | 11/20/00 | K Andrawos<br>Cc:<br>R Kraus<br>M Driscoll | R Sgro | DSA ltr. To MGE<br>authorizing<br>Charging of<br>Stored Batteries<br>for 11/01<br>(E-82) | MGE<br>UPS<br>07235<br>KA3<br>RK30 | | | |
| E 32 | 11/20/00 | M Humphrey<br>W Beck | A Patrick | Globix Email re:<br>canceling DSA<br>equipment<br>contracts<br>(E-83) | G3689<br>WB11 | ID | | |

7

| E 33 | 11/30/00 | M Bell<br>S Reiter<br>W Beck | A Patrick | Globix Email re DSA – tactics going forward & meeting w/ Kraus (E-85) | G3690<br>WB30 | ID | |
| E 34 | 12/01/00 | B Hawke | Hodge | Hodge Invoice #2936 for November storage of 979 pallets (E-86) | MGE UPS 07123 – 24<br>WH8 | ID<br>Full | 10/20/04 |
| E 35 | 12/13/00 | | | MGE PO 79488 for December storage (E-87) | MGE UPS 11282-83 | ID | |
| E 36 | 12/14/00 | R Alonso | B Hawke | MGE Memo re PO 79568 – for 6 month refresh boosting for 39 strings -- w/ attachments to 4/24/02 (E-88) | MGE UPS 11179 --84<br>WH9 | ID | |
| E 37 | 02/14/00 | R Alonso | B Hawke | Memo MGE PO 79568 (E-18) | E 376 | | |

8

| E 38 | 12/26/00 | S Reiter<br>R Bell<br>Cc: W Beck<br>M Maslov | A Patrick | Globix Emails re DSA situation & $39 million of unwanted goods (E-91) | G3617 – 19<br>WB12 | ID | |
| E 39 | 12/27/00 | A Patrick<br>S Reiter<br>R Bell<br>Cc: W Beck<br>M Maslov | A Patrick | Globix Email re: DSA follow up & negotiations (E-92) | G3698<br>WB13 | ID | |
| E 40 | 01/08/01 | W Beck<br>S Reiter<br>Cc: R Bell<br>M Maslov | A Patrick | Series of Globix emails re DSA Settlement Timescales (E-94) | G3965 – 67<br>WB14 | ID | |
| E 41 | 01/15/01 | S Reiter<br>J Alvarez<br>B Beck | B Beck | Series of Globix emails re: Storage space at other warehouses (E-96) | G3653<br>WB15 | | |
| E 42 | 01/16/01 | DSA | Globix | Globix/DSA Settlement Agreement (E-97) | DSA 0319 – 323<br>RK7 | ID | |
| E 43 | 01/18/01 | | | DSA Invoices to Globix for billing for 39 batteries final 10% And 12/21/00 DSA ltr re progressive billing for 5 UPS systems sent to NYC (E-102) | DSA 2070 – 75<br>WB17 | ID | |

9

| E 44 | 02/05/01 | R Alonso M Sandoval | B Hawke | MGE Memo re: PO 81353 Coordinate and select shipment of 5 unboosted strings from Hodge (E-103) | E000335 WH10 PA 57 | - | |
| E 45 | 02/21/01 | B Hodge | B Hawke | MGE Memo re: shipment of unboosted Globix batteries and attached bills of lading to NY (E-105) | MGE UPS 11168 – 11177 WH 11 | | |
| E 46 | 04/09/01 | J Wiederkehr Cc: K Andrawos A Chois P Braun R Sellon R Sauders | P Aschoff | Email re power availability at site (E-111) | MGE UPS 000229 KA 7 PA44 | | — |
| E 47 | 05/03/01 | B Hodge M Ruiz - MGE | B Hawke | Memo re: 1 pallet of 12 cells to ship to Globix NY (E-112) | MGE UPS 11263 – 11264 WH12 | Full | 10\|20\|04 |
| E 48 | 05/13/01 | K Andrawos | P Aschoff | Email re: job status: just got utility power (E-113) | MGE UPS 000244 – 45 PA 45 | | |

10/11/04/SL1 482994v1/08444.318

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E 49 | 07/03/01 | R Kraus<br>Cc: D Petratis<br>K Andrawos<br>J Padgett<br>R Monaco | R Prince | Email re: outstanding balance of $900,000 DSA owes MGE & DSA's sale of Globix batteries (E-117) | MGE UPS 000312 RP14 | | |
| E 50 | 07/16/01 | K Andrawos | J Wiederkehr | Email regarding Andrawos & the right numbers (E-118) | MGE UPS 000318 JW7 | ID | |
| E 51 | 08/29/01 | R Kristiansen | P Aschoff | Series of emails re Globix NYC Battery Discharge in 08/01 (E-122) | MGE UPS 000359 – 361 PA3 | | |
| E 52 | 10/8/01 | Globix | R Kraus | | DSA 1845 | | |
| E 53 | 10/31/01 | K Andrawos<br>Cc: P Sisilli | P Aschoff | Email re Globix battery - #4 discharge & 2 cells removed (E-129) | MGE UPS 000593 – 595 PA 4 | | |
| E 54 | 10/31/01 | | | Enersys LTA Project 304 No. 55 W/o 1891 w/ attached data on testing Globix cells (E-130) | E 4897 – 5002 CS6 | | |
| E 55 | 11/01/01 | Globix | DSA | Memo of Understanding re: 8 Strings (8 + 26 = 34) (E-131) | G2857 – 2858 RK61 | ID | |

11

| E 56 | 11/02/01 | K Andrawos | C Snyder | Email attaching Review of 240 DDS125-31 Battery Application in UPS prepared (E-133) | MGE UPS 000610 – 612 KA 8 CS7 | | |
| E 57 | 11/02/01 | | | Review of 240-DDS125-31 Battery Application in UPS by Chuck Snyder (E-134) | EYP 35 – 38 CS3 | | |
| E 58 | 11/02/01 | A Schwab J Resurreccion Cc: r Kraus | P Aschoff | Email attaching History of Globix Battery String 4 and discharge dates (E-135) | E 496 - 501 | $f$ | 10/25/04 |
| E 59 | 11/05/01 | C McManus S Weik S Vechy | C Sndyer | Memo re summary of work on 2 returned cells and review of 240 DDS125-31 Battery Application in UPS and charts (E-136) | E 30 – 33 PA 5 | | |
| E 60 | 11/06/01 | M McManus Cc: K Andrawos P Sisilli R Alonso R Kristiansen | P Aschoff | Email re visit to watch breakdown of jar – w/ attached chronology (E-137) | MGE UPS 000614 – 619 PA6 | | |

10/11/04/SLi 482994v1/08444.318

| E 61 | 11/09/01 | | C Snyder | Review of 240 DDS125-31 Battery Application in UPS And MGE/Globix Application for DD125-31 Battery dated 11/9/01 prepared by C Snyder (E-138) | DSA 1711 – 1720 RK40 | | |
|------|----------|----|---------|------|------|----|----|
| E 62 | 11/12/01 | R Kraus | C Snyder | Fax to DSA/Kraus attaching memo and technical report of MGE/Globix Application for DD125-31 Battery (E-140) | EYP 28 – 34 CS2 | | |
| E 63 | 11/13/01 | B Beck | R Kraus | Bill of Sale to Globix Corporation from DSA (E-143) | G2812 – 2864 RK55 | ID | |
| E 64 | 11/13/01 | K Andrawos B Hawke | R Alonso | Series of emails re voltage drop (E-144) | MGE UPS 689 - 690 | | |
| E 65 | 11/13/01 | Vanner | P Aschoff | Email re monitors not operational (E-145) | MGE UPS 12141 - 12142 | | |

10/11/04/SL1 482994v1/08444.318

| E 66 | 11/14/01 | B Beck<br>T Anzalone<br>J Mansillia<br>Cc: P Aschoff<br>R Kraus<br>A Schwab | J Dugan | Email attaching agenda for 11/16/01 meeting at Globix (E-147) | DSA 1365 – 1366 RK41 PA 48 | | |
| E 67 | 11/20/01 | P Aschoff | A Schwab | Fax attaching 11/19/01 Method of Procedure – conditioning cycle – by C Snyder (E-148) | MGE UPS 11683 – 84 CS8 | | |
| E 68 | 11/21/01 | B Beck | A Schwab | Ltr to Globix attaching Enersys Warranty Sheet (E-149) | E 6982 – 6986 AS3 | Full | 10/19/04 |
| E 69 | 11/27/01 | B Beck<br>Cc: T anzalone<br>J Mansilla<br>R Kraus<br>P Aschoff | J Dugan | Series of emails re Globix MOP Battery Recovery – w/ attached MOP (E-150) | DSA 1396 – 1402 PA49 | | |
| E 70 | 11/27/01 | A Schwab | J Duggan | Ltr re: testing some batteries in storage at Sumter (E-152) | E524 SV9 | | |
| E 71 | 11/27/01 | J Duggan<br>Cc: R Kraus<br>S Vechy | A Schwab | Series of emails re: testing Battery strings in storage (E-153) | E525 SV10 | | |

14

| E 72 | 12/14/01 | | | Enersys LTA Project 304 No. 55 Sup. A w/o 1891 – tests of 2 cells from Hodge (E-154) | E4899 E4965 E6266 E4942 CS10 | | |
|---|---|---|---|---|---|---|---|
| E 73 | 12/19/01 | | – | Enersys LTA Project 3109 No 20 w/o 1904 (E-156) | E7185 – 7192 E4942 | ID | |
| E 74 | 01/03/02 | A Schwab J Resurreccion Cc: R Alonso C Snyder S Vechy | P Aschoff A Schwab | Series of emails re Globix NYC attaching discharge data from 5 strings on Decembers tests (E-159) | E6162 -- 6176 CS9 | | |
| E 75 | 01/03/02 | Phil – Vanner 2 | P Aschoff | Email re discharge at Globix & Vanner problems (E-160) | MGE UPS 12190 – 91 PA 10 | – | – |
| E 76 | 01/07/02 | K Andrawos | R Prince | MGE emails re: future business w/ Globix & potential bankruptcy (E-162) | MGE UPS 6450 RP15 | | |
| E 77 | 01/11/02 | R Wilson J Wiederkehr B Hawke K Andrawos P Sisilli | R Prince | Email attaching memo from P Aschoff re Lack of Performance of Batteries (E-166) | MGE UPS 11736 -- 39 | | |

15

| E 78 | 01/21/02 | P Aschoff<br>S Vechy<br>J Miranda | A Schwab | Series of emails re Globx MOP adding cells (E-168) | E93 | | |
| E 79 | 12/23/02 | | | Series of Emails re Globix Batteries | MGE UPS 11763 - 64 PA 18 | | |
| E 80 | 01/23/02 | J Cantoli<br>R Kraus | P Aschoff | Email re Chase Batteries – review Burlington's data on 4 Metrotech (E-173) | MGE UPS1176 5 – 66 PA19 | | |
| E 81 | 02/08/02 | R Prince | D Petratis<br>P Aschoff | Series of emails re: documents to show chain of control of batteries (E-186) | MGE UPS 11908 – 09 RP17 PA 26 | | |
| E 82 | 02/08/02 | R Prince<br>Cc: K Andrawos | R Tartol | Series of emails re: Globix stored batteries – put together 1 pg spec on batteries (E-188) | MGE UPS 6504 – 6505 PA 27 RP 16 | ID | |
| E 83 | 02/08/02 | P Aschoff<br>S Vechy<br>Cc: J Resurreccion<br>R Alonso | A Schwab | Series of emails re: Globix NY Battery addition of 8 extra cells (E-189) | MGE UPS 6516 – 18 PA28 | | |
| E 84 | 02/21/02 | J Dugan<br>R Kraus<br>A Schwab<br>J Resurrecion<br>W Beck | P Aschoff | Email re Globix 415 Greenwich – meeting 2/25 (E-193) | PA32 | | |

10/11/04/SL1 482994v1/08444.318

| E 85 | 2/21/02 | | | | DSA 1218 – 23 | | |
|------|---------|---|---|---|---|---|---|
| E 86 | 02/24/02 | P Aschoff R Alonso A Schwab J Resurreccion S Vechy R Kristiansen | Steve Vechy | Series of emails re Globix NYC – Enersys responding in expedient & supportive manner (E-198) | MGE UPS 11185 – 86 PA34 | | |
| E 87 | 02/26/02 | R Kraus | C Andrighetti MGE | MGE Email to DSA attaching spec sheet MGE put together Info – Yuasa Battery System – 33 strings available (see RP16) (E-201) | DSA 1227 – 1229 RK45 | | |
| E 88 | 02/27/02 | R Kraus Cc: R Alonso J Resurreccion S Vechy B Beck | P Aschoff | Email attaching MOP for battery install replacement (E-202) | E001165 – 1173 PA52 RK49 | | |
| E 89 | 03/01/02 | | | Globix Ch 11 filed – docket (E-205) | | ID\_\_\_\_\_ ID 10/19/04 | |
| E 90 | 03/19/02 | R Kraus Cc: B Hawke K Androw P Sisilli A Schwab S Vechy B Beck | P Aschoff | Email attaching latest MOP Project report – Globix battery replacement Vanner Phase Completed (E-209) | MGE UPS 006552 – 54 PA53 RK50 | | |

10/11/04/SL1 482994v1/08444.318

| E 91 | 04/09/02 | | | EYP Battery Rundown Testing Comissioning Report for Globix (E-211) | DSA 1412 – 1507 CS15 | ID | |
| E 92 | 04/22/02 | R Kraus Cc: K Andrawos J Wiederkehr | R Prince | Email re DSA's MGE loan & threatening to sue (E-215) | MGE UPS 006555 RP18 | ID 10/18/04 | Full 10/19/04 |
| E 93 | 04/23/02 | | | MGE UPS Battery System Commissioning -- Globix (E-216) | MGE UPS 006558 – 006599 CS14 | | |
| E 94 | 04/23/02 | J Cantoli R Kraus K Andrawos P Sisilli R Prince W. Beck | P Aschoff | Email re Globix battery discharge report (E-217) | MGE UPS 6600 – 6603 PA39 | | |
| E 95 | 04/23/02 | J Cantoli R Kraus B Hawke K Andrawos R Prince W. Beck | P Aschoff | Email attaching battery discharge report for Globix NYC & 2 letters from Enersys re: battery strings compliant and under warranty (E-218) | PA40 | | |
| E 96 | 04/26/02 | J Cantoli R Kraus | B Whitcomb | Email attaching EYP Summary report for Globix Battery Rundown Testing (E-221) | DSA 1264 – 1271 RK21 EYP 2 | ID | |

18

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E 97 | 05/10/02 | K Andrawos | P Aschoff | Globix Battery Discharge Summary/ Performance History (E-223) | MGE UPS 11601 – 04 PA41 | | |
| E 98 | 05/16/02 | J Wiederkehr | S Vechy | Ltr re follow up on conf. Call – Globix & Warranty extension (E-224) | E 773 - 777 | | |
| E 99 | 05/21/02 | J Wiederkehr | R Kraus | DSA rejection letter (E-226) | DSA 1510 RK51 RK18 | ID | |
| E 100 | 05/30/02 | S Vechy J Resurreccion L Sobjak | C Snyder | Email attaching graphs for Kraus visit on 5/30/02 (E-228) | E6265 – 6269 AS6 | -- | |
| E 101 | 05/30/02 | A Schwab S Vechy J Resurreccion | C Snyder | Email re talking points – slides for Kraus's visit on 5/30/02 (E-230) | E000783 – 787 CS13 | | |
| E 102 | 06/03/02 | R Kraus | J Wiederkehr | MGE Ltr responding to DSA rejection letter (E-231) | DSA 1511 RK52 | | |
| E 103 | 06/10/02 | J Wiederkehr | R Kraus | Ltr re furthering settlement discussions (E-233) | DSA 1508 JW6 | Full | 10|14|01 |

19

| E 104 | 06/11/02 | C McManus | J Wiederkehr | Ltr re DSA's rejecting 39 strings (E-234) | SV20 | | |
| E 105 | 06/14/02 | J Wiederkehr | C McManus | Ltr re: response to DSA letter re: rejecting 39 strings (E-235) | MGE UPS DSA309 – 310 SV16 | | |
| E 106 | 06/20/02 | J Cantoli | EYP | EYP Invoice no. 0011892 - Globix Battery Evaluation and check (E-236) | EYP4 | | |
| E 107 | 09/25/02 | S Purcell | J Hartzog | DSA Classified Ad proof for Yuasa Battery System (E-250) | DSA 302 RK47 | | |
| E 108 | 10/25/02 | B Beck | R Kraus | DSA Ltr to Globix re proposal for deinstallation of batteries (E-252) | G2896 – 97 WB28 | ID | |
| E 109 | 12/10/02 | R Kraus | B Whitcomb | EYP Ltr attaching revised page 4 and 4/9/02 EYP Battery Rundown Testing Comissioning Report for Globix (E-254) | DSA 1421 – 1422 JW3 | ID | |
| E 110 | 01/07/03 | B Beck K Wiedenmann | B Beck | Globix Series of emails re Teaser text to sell 10 minute batteries (E-255) | G3597 – 98 WB29 | ID | |

10/11/04/SL1 482994v1/08444.318

| E 111 | 5/2/03 | | | First Plaintiff's Damages chart (E-267) | RK15 | | |
|---|---|---|---|---|---|---|---|
| E 112 | 7/9/03 | | | Second Plaintiff's Damages chart (E-268) | RP9 RK56 | | |
| E 113 | 1/16/04 | | | Third Plaintiff's Damages chart (E-269) | RK60 UPDSA 2 | | |
| E 114 | | | | Graph – DD125-31 Discharge at Chase Bank (Metrotech) (E-380) | E5967 CS11 | | |
| E 115 | 12/07/01 | R Reid | H Trinkowsky BEC | Executive summary & test results re: testing on 3 strings at Metrotech (E-402) | DSA 1903 – 1920 RK 43 PA 55 CS12 | ID | |
| E 116 | | | | Enersys lab calibration & temperature records (E-432) | E7923 - 7944 | ID | |
| E 117 | | | | Globix Payments to DSA (E-435) | RK 62 | ID | |
| E 118 | | | | Metrotech Quote (E-436) | RK 64 | ID | |
| E 119 | | | | DSA Website – DSA News | | ID | |
| E 120 A | | | | Table 3 - Nelson Expert Report | | ID | |

10/11/04/SLI 482994v1/08444.318

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E 120 B | | | | Table 4 – Nelson Expert Report | | ID | |
| E 120 C | | | | Table 5 – Nelson Expert Report | | ID | |
| E 120 D | | | | Table 7 – Nelson Expert Report | | ID | |
| E 120 E | | | | Table 8 – Nelson Expert Report | | ID | |
| E 120 F | | | | Table 9 – Nelson Expert Report | | ID | |
| E 120 G | | | | Table 10 – Nelson Expert Report | | ID | |
| E 121 | | | | | Nelson 2 | ID | |
| E 122 | | | | | Nelson 4 | ID | |
| E 123 | | | | | Nelson 6 | ID | |
| E 124 | | | | | WH 1 | ID | |
| E 125 | | | | | WH 3 | ID | |
| E 126 | | | | | WH 5 | | |
| E 127 | | | | | WH 6 | | |
| E 128 | | | | | WH 7 | | |
| E 129 | | | | | WH 8 | ID | |
| E 130 | | | | | WH 9 | ID | |
| E 131 | | | | | WH 10 | | |
| E 132 | | | | | WH 11 | Full | 10/20/04 |
| E 133 | | | | | WH 12 | | |
| E 134 | | | | | LG 1 | ID | |
| E 135 | | | | | LG 3 | | |
| E 136 | | | | | RK 11 | | |
| E 137 | | | | | RK 12 | | |
| E 138 | | | | | RK 24 | | |
| E 139 | | | | | SGRO 4 | | |
| E 140 | | | | | RK 30 | | |
| E 141 | | | | | RP 12 | | |
| E 142 | | | | | RP 13 | | |
| E 143 | | | | | RP 14 | | |
| E 144 | | | | | RP 15 | | |
| E 145 | | | | | RP 16 | | |

22

10/11/04/SL1 482994v1/08444.318

| E 146 | | | | | RP 17 | | |
|-------|--|--|--|--|-------|--|--|
| E 147 | | | | | RP 18 | ID | |
| E 148 | | | | | PA 42 | | |
| E 149 | | | | | SV 14 | | |
| E 150 | | | | | SV15 | | |
| E 151 | | | | | SV 20 | | |
| E 152 | | | | | SV 16 | | |
| E 153 | | | | | CS 1 | | |
| E 154 | | | | | CS 2 | | |
| E 155 | | | | | CS 3 | | |
| E 156 | | | | | CS 6 | | |
| E 157 | | | | | CS 7 | | |
| E 158 | | | | | CS 8 | | |
| E 159 | | | | | CS 9 | | |
| E 160 | | | | | CS 10 | | |
| E 161 | | | | | CS 11 | | |
| E 162 | | | | | CS 12 | | |
| E 163 | | | | | CS 13 | | |
| E 164 | | | | | CS 14 | | |
| E 165 | | | | | CS 15 | | |
| E 166 | | | | DSA 1513 – 1515 | | | |
| E 167 | | | | | PA 23 | | |
| E 168 | | | | | K - 13 | | |
| E 169 | | | | | RK 32 (MGE UPS 338) | | |
| E 170 | | | | | PA 46 (MGE UPS 6471 – 6479) | | |
| E 171 | | | | | RK 48 (E 965) | | |
| | | | | | | | |
| | | | | | | | |

10/11/04/SL1 482994v1/08444.318