**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DATA SUPPORT ASSOCIATES, INC | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| VS. | : | |
| | : | 3:02 CV 1418 (EBB) |
| MGE UPS SYSTEMS, INC. | : | |
| Defendant. | : | |
| | : | |
| | : | November 19, 2004 |

**PLAINTIFF'S FIRST MOTION FOR**
**EXTENSION OF TIME TO FILE CLOSING PAPERS**

The Plaintiff hereby moves for an extension of time until December 3, 2004 to file closing papers. In support of this Motion, Plaintiff states (1) this is the first Motion for Extension of time filed by Plaintiff regarding closing papers and (2) Defendants' counsel consents to this extension.

**THE PLAINTIFF, DATA SUPPORT ASSOCIATES, INC.**

By____/s/ Gary S. Klein_____
   Gary S. Klein (ct 09827)
   Sandak Hennessey & Greco, LLP
   707 Summer Street, 3rd Floor
   Stamford, CT  06901
   (203) 425-4200
   (203) 325-8608 (fax)
   gklein@shglaw.com
   Its Attorneys

## **CERTIFICATION**

      I certify that a copy of the foregoing was sent via first class mail on November 19, 2004 to:

Michael P. Shea, Esq.
Day Berry & Howard
CityPlace I
Hartford, CT 06103

Bradford S. Babbitt, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Daniel B. Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679

                                              _____/s/ Gary S. Klein_____
                                                   Gary S. Klein