# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DATA SUPPORT ASSOCIATES, INC : | CIVIL ACTION NO. |
|     Plaintiff, : | |
| VS. : | |
| : | 3:02 CV 1418 (EBB) |
| MGE UPS SYSTEMS, INC. : | |
|     Defendant. : | |
| : | |
| MGE UPS SYSTEMS, INC. : | |
|     Third Party Plaintiff, : | |
| VS. : | |
| ENERSYS, INC., : | |
|     Third Party Defendant. : | |
| : | NOVEMBER 24, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND WITHOUT COSTS AS TO ALL CAUSES OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby Stipulated and Agreed to by and between the parties that this case, including all claims, cross-claims, counterclaims, and/or third party claims, should be dismissed, with prejudice, and without costs.

**THE PLAINTIFF, DATA SUPPORT ASSOCIATES, INC.**

By____/s/ Gary S. Klein_____
      Gary S. Klein (ct 09827)
      Sandak Hennessey & Greco, LLP
      707 Summer Street, 3rd Floor
      Stamford, CT  06901
      (203) 425-4200
      (203) 325-8608 (fax)
      gklein@shglaw.com
      Its Attorneys

**THE DEFENDANT/THIRD PARTY PLAINTIFF, MGE UPS SYSTEMS, INC.**

By____/s/ Michael P. Shea_____
      Michael P. Shea (ct 19598)
      Jason S. Weathers (ct 24579)
      Day Berry & Howard
      CityPlace I
      Hartford, CT 06103
      860-275-0146
      860-275-0343 (fax)
      Its Attorneys

**THE THIRD PARTY DEFENDANT,
ENERSYS, INC.**

By    /s/ Daniel B. Huyett
      Daniel B. Huyett (ct24418)
      Stevens & Lee
      111 North Sixth Street
      P.O. Box 679
      Reading, PA 19603-0679
      610-478-2219
      610-376-5610

      Bradford S. Babbitt (ct13938)
      Robinson & Cole, LLP
      280 Trumbull Street
      Hartford, CT 06103-3597
      Its Attorneys

## **CERTIFICATION**

I certify that a copy of the foregoing was sent via first class mail on November 24, 2004 to:

Michael P. Shea, Esq.
Day Berry & Howard
CityPlace I
Hartford, CT 06103

Bradford S. Babbitt, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Daniel B. Huyett, Esq.
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679

                                                _____/s/ Gary S. Klein_____
                                                     Gary S. Klein